**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

WILLIAM KENZO NAKAMURA
U.S. COURTHOUSE, SUITE 215
SEATTLE, WASHINGTON 98104

October 16, 2001

Kenneth J. Murphy, Clerk
260 Joseph P. Kinneary
US Courthouse
85 Marconi Blvd.
Columbus, OH   43215

DEC 0 3 2001

C01-1654 R

IN RE: MDL 1407 PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Dear Sir:

   Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation.  The Order became effective October 9, 2001 (CTO-1) Tag Along Cases. We have assigned an individual Western District of Washington (WAW) case number to your case to be transferred to us as listed below.

   Please send us your file along with a certified copy of your docket entries.  When you send your file, please refer to our civil action number.

| Title of Case | Your Number | WAW Number |
|---|---|---|
| 1. Silvey vs. Smithkline | 1-01-164 | C01-1654 R |

Sincerely,

BRUCE RIFKIN, CLERK
By
Mary Duett, Deputy Clerk
206-553-4080 ext 2154

CV 01-1654 #14

14