```
                               FILED ____ENTERED
                               LODGED ____RECEIVED
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAR 14 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                    DEPUTY

PRESENT: THE HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT

DATE: MARCH 12, 2003

| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL NO. 1407 |
|---|---|
| This document relates to: Silvey, et al. v. Smithkline Beecham, No. C01-1654 | |

cc: counsel BJR

IN CHAMBERS PROCEEDING:

The court held a telephone conference in order to resolve a dispute over a second deposition notice served on a nurse involved in the Yale Hemorrhagic Stroke Project ("HSP"). The court ordered that the defendant be allowed to conduct a second deposition of this individual, on the condition that the deposition occur at her convenience, not exceed one hour, and entail questions limited to the HSP.



CV 01 01654 /00000015

MINUTE ENTRY - MARCH 12, 2003

15

vb

United States District Court
for the
Western District of Washington
March 26, 2003


* * MAILING CERTIFICATE OF CLERK * *


Re:   2:01-cv-01654


True and correct copies of the attached were mailed by the clerk to the following:


    Robert C Tucker, Esq.
    ARTER & HADDEN LLP
    STE 1100
    925 EUCLID AVE
    CLEVELAND, OH   44115-1475
    FAX 1-216-696-2645

    Janet Gilligan Abaray, Esq.
    LOPEZ HODES RESTAINO MILMAN & SKIKOS
    STE 2090
    312 WALNUT ST
    CINCINNATI, OH   45202
    FAX 1-513-852-5611

    Beverly Hayes Pace, Esq.
    LOPEZ HODES RESTAINO MILMAN & SKIKOS
    STE 2090
    312 WALNUT ST
    CINCINNATI, OH   45202
    FAX 1-513-852-5611

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Silvey,

    Plaintiff,

        vs.

Smithkline Beecham,

    Defendant.                                          Case No.  2:01-cv-01654

Document number 15 was scanned and saved on the court's file server.

By:
Deputy Clerk

DATE:   March 26, 2003