1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

IN RE PHENYLPROPANOLAMINE (PPA)
PRODUCTS LIABILITY LITIGATION

MDL No. 1407

11

This document relates to:

**PETITION FOR REMAND ORDER**

12

13

*Pamela Silvey  v. Smithkline Beecham
Corporation* [Case No. 01-CV-1654]

14

15

The below-signed counsel of record in the following case(s):

16

*Pamela Silvey  v. Smithkline Beecham Corporation* [Case No. 01-CV-1654]

17

hereby certifies to the Court in good faith that the described case has completed case-

18

specific fact discovery, and that all other generic fact and expert discovery as to each

19

defendant is complete or time-barred, and otherwise is ripe for remand to its transferor

20

court for further proceedings and disposition.

21

The below-signed counsel further certifies in good faith that the following

22

information is accurate:

23

Case Caption:  Pamela Silvey  v. Smithkline Beecham Corporation

24

Transferor Court:  United States District Court, Southern District of Ohio

25

Date of Original Filing:  March 19, 2001

26

Date Docketed in MDL 1407:  December 4, 2001

27

Date of Alleged Injury:  January 15, 1998

28

Specific Type of Injury Claimed:  Hemorrhagic Stroke

1

PETITION FOR REMAND ORDER
MDL NO. 1407

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1   Identity of All Defendants:  SmithKline Beecham Corporation

2   Estimated Length of Trial: Four (4) weeks

3      DATED this _19_ day of December, 2003.

4

5                                 Respectfully submitted,

6                                 MICHAEL J. STORTZ

7                                 DRINKER BIDDLE & REATH LLP

8                                 50 Fremont Street, 20th Floor
                                   San Francisco, California  94105-2235

9                                 Telephone: (415) 591-7500
                                   Facsimile: (415) 591-7510

10

11                                ATTER & HADDEN LLP
                               Huntington Building

12                                925 Euclid Ave., #1100
                               Cleveland, Ohio 44115

13                                Telephone: (216) 696-1100
                               Facsimile:  (216) 696-2645

14                                Attorneys for SmithKline Beecham
                               Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PETITION FOR REMAND ORDER
MDL NO. 1407

SF1\334230\1

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

THE HONORABLE BARBARA J. ROTHSTEIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE PHENYLPROPANOLAMINE (PPA)
PRODUCTS LIABILITY LITIGATION

MDL DOCKET #1407

**CERTIFICATE OF SERVICE**

This document relates to the following action:

*Pamela Silvey v. Smithkline Beecham*
[Case No. 01-CV-1654]

I, Krista L. Cosner, certify and declare as folllows:

1.     I am now and at all times herein mentioned a citizen of the United States and resident of the State of California, over the age of eighteen years, not a party to the above-entitled action, and am competent to testify as a witness.

2.     I am an associate with the firm of Drinker Biddle & Reath LLP, whose business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105.

3.     On December 19, 2003, we caused to be served upon certain counsel for record at the addresses and in the manner indicated below, true and correct copies of:

(1)     Petition for Remand Order;

(2)     this Certificate of Service

1

## CERTIFICATE OF SERVICE

2

3        I, Krista L. Cosner, do hereby certify that on December 19, 2003, I electronically

4    filed the foregoing documents with the Clerk of the Court using the CM/ECF system

5    which will send notification of such filing to the following:

6

| **MDL Plaintiff's Lead Counsel** | **MDL Defendant's Liaison Counsel** |
|---|---|
| Arthur Sherman | Douglas A. Hofmann |
| Sherman Salkow Petoyan & Weber | Arissa Peterson |
| 11601 Wilshire Blvd., Suite 675 | Williams, Kastner & Gibbs PLLC |
| Los Angeles, CA  90025 | 601 Union Street, Suite 4100 |
| | Seattle, WA  98101 |
| Richard Lewis | |
| Cohen Milstein Hausfeld & toll | **Defendant's Liaison Counsel** |
| West Tower, Suite 500 | D. Joseph Hurson |
| Washington, DC  20005-3934 | Lane Powell Spears Lubersky LLP |
| | 1420 Fifth Avenue |
| **MDL Plaintiff's Liaison Counsel:** | Suite 4100 |
| Lance E. Palmer | Seattle, WA  98101 |
| Levinson Friedman LLP | |
| 720 Third Avenue | **Defendants Counsel** |
| Suite 1800 | Robert Tucker |
| Seattle, WA  98104 | Tucker Ellis & West LLP |
| e-mail: lep@admiralty.com | 925 Euclid Ave. |
| | 1150 Huntington Bldg. |
| **Plaintiffs Counsel** | Cleveland, OH  44115 |
| Janet Abaray | |
| Lopez Hodes Restaino Milman Skikos & Polos | |
| 312 Walnut Street, Suite 2090 | |
| Cincinatti, OH  45202 | |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

        I served the document(s) BY OVERNIGHT DELIVERY.  I enclosed a true copy

24

of said document(s) in a Federal Express envelope, as addressed above.

25
26
27
28

1

2

3

            *s/ Krista L. Cosner*

4
            Krista L. Cosner, Cal. (State Bar No. 213338)
            Drinker Biddle & Reath LLP

5
            50 Fremont Street, 20th Floor
            San Francisco, CA  94105

6
            Telephone:  (415) 591-7500
            Fascimile: (415) 591-7510

7
            E-mail: krista.cosner@dbr.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\315270\1

3

CERTIFICATE OF SERVICE