——— FILED ——— ENTERED
——— LODGED ——— RECEIVED

**FEB 12 2004**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION,

_____

This document relates to: all actions listed on
Attachment A to this Order

MDL NO. 1407

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice

Theiler, United States Magistrate Judge:

It has come to the Court's attention that discovery will be necessitated in the cases

*Johnnie C. Bryant v. Novartis Pharm. Corp., et al.* (03-cv-2102) and *Janelle Fields v. Novartis*

*Pharm. Corp., et al.* (03-cv-2096) as a result of consortium-based claims filed by plaintiffs'

spouses. Accordingly, the Court hereby deems the *Bryant* and *Fields* cases ineligible for

remand. *See* MDL No. 1407, Order Re: Eligibility of First Round of Petitions for Remand

(Dkt. 2462 at 3 n.1) and Minute Order Re: Eligibility of First Round of Petitions for Remand

(Dkt. 2466.)

DATED this 12 day of February, 2004.

BRUCE RIFKIN, Clerk

By: _____
Deputy Clerk

ORDER
PAGE – 1

**Attachment A**

| | | |
|---|---|---|
| 02-cv-538 | – | Rhonda Bailey v. Schering-Plough Healthcare Products, Inc., et al. |
| 02-cv-22 | – | Karen Baranowski v. American Home Products |
| 02-cv-29 | – | Eleanor D. Beattie, et al. v. Novartis Consumer Health, Inc., et al. |
| 01-cv-2026 | – | Londell Bell v. Bayer Corp., et al. |
| 03-cv-2102 | – | Johnnie C. Bryant v. Novartis Pharm. Corp., et al. |
| 01-cv-2137 | – | Sharon Carter v. Bayer Corp. |
| 03-cv-2094 | – | Priscilla D. Chambers v. Chattem, Inc., et al. |
| 03-cv-2107 | – | Gregory L. Davis v. Bayer Corp., et al. |
| 03-cv-2096 | – | Janell Fields v. Novartis Pharm. Corp., et al. |
| 02-cv-373 | – | Lynette Fisk, et al. v. Novartis AG, et al. |
| 03-cv-1396 | – | Pam Fort v. Bayer Corp. |
| 02-cv-1863 | – | Daniel S. Goettsch v. Smithkline Beecham Consumer Healthcare, et al. |
| 01-cv-2227 | – | Nina Hastings, et al. v. Novartis Corp. |
| 03-cv-2104 | – | Billie Ray Jackson v. Bayer Corp., et al. |
| 02-cv-1272 | – | Gerald Jones, et al. v. Perrigo Co., et al. |
| 02-cv-371 | – | Paul A. Kelley, et al. v. Bayer Corp., et al. |
| 01-cv-1406 | – | Stacey Kerrigan, et al. v. Whitehall-Robins, et al. |
| 02-cv-1261 | – | Linda King-Corbin, et al. v. SmithKline Beecham Corp. |
| 02-cv-420 | – | Rose Lynn Kobar v. Novartis Corp., et al. |
| 02-cv-38 | – | Kathlyn Kopecky v. American Home Products |
| 03-cv-2097 | – | Brenda Lambert v. Bayer Corp., et al. |
| 02-cv-1020 | – | Stephanie Lambert, et al. v. Bayer Corp., et al. |
| 02-cv-21 | – | Ronald Lewis, et al. v. Glaxosmithkline PLC, et al. |
| 03-cv-2093 | – | Barbara Ann Lupo v. Novartis Pharm. Corp., et al. |
| 02-cv-918 | – | Bernadette Massey, et al. v. Sandoz Pharm. Corp., et al. |
| 01-cv-2167 | – | Lurline McKinney, et al. v. Bayer Corp., et al. |
| 03-cv-2111 | – | Curtis Morris v. Bayer Corp., et al. |

## Attachment A

03-cv-1390   –   Sandra Mustoe, et al. v. Bayer Corp., et al.

02-cv-278   –   Charles Newman, et al. v. American Home Products, et al.

03-cv-2113   –   Edna Mae Newton v. Bayer Corp., et al.

02-cv-364   –   Lynne Nill, et al. v. Perrigo Sales Corp., et al.

01-cv-2098   –   George Norwood, et al. v. Bayer Corp., et al.

02-cv-1168   –   Tracy Patton v. Novartis Consumer Health, Inc.

01-cv-2164   –   Elvira S. Quarrels, et al. v. Bayer Corp.

03-cv-2100   –   Rosa Richter v. Wyeth, et al.

02-cv-372   –   Lonnie Roberts v. SmithKline Beecham Corp., et al.

02-cv-904   –   Sharon Roberts-Weisner, et al. v. Whitehall-Robins Healthcare, et al.

01-cv-2166   –   Perry Robinson, et al. v. Bayer Corp., et al.

01-cv-2172   –   Dennis Romero, et al. v. Bayer Corp.

02-cv-1532   –   Maria Ronberg, et al. v. Perrigo, et al.

01-cv-1654   –   Pamela Silvey v. Smithkline Beecham Corp.

01-cv-1655   –   Kimberly Prather Strazis, et al. v. Bayer Corp., et al.

01-cv-1656   –   Bettye Lou Taylor, et al. v. Bayer Corp., et al.

01-cv-2182   –   John Tutwiler, et al. v. Novartis Consumer Health

01-cv-2100   –   Nathaniel Williams v. GlaxoSmithKline, PLC et al.

01-cv-1405   –   Alexander P. Ziolkowski v. Novartis Consumer Health, Inc., et al.