UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION,<br><br>_____<br><br>This document relates to the actions listed on Attachment A | MDL NO. 1407<br><br>SUGGESTION OF REMAND ORDER |

The Court, having reviewed the records of the cases listed on Attachment A, and having heard argument of counsel, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed. All remaining issues are case-specific, and best determined by the transferor courts.

(2) These cases will not benefit from further coordinated proceedings as part of MDL 1407, and are ready to be remanded to their respective transferor courts.

For these reasons, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the cases listed on Attachment A. The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts listed

ORDER
Page - 1 -

1  on Appendix A.

     DATED at Seattle, Washington this 12th day of March, 2004.

                              s/ Barbara Jacobs Rothstein
                              BARBARA JACOBS ROTHSTEIN
                              UNITED STATES DISTRICT JUDGE

**APPENDIX A**

| WD WA Cause # | Case | Transferor Court/ Cause # |
|---|---|---|
| 02-cv-538 | Rhonda Bailey v. Schering-Plough Healthcare Products, Inc. | Western Dist. of Kentucky, No. 01-213 |
| 02-cv-29 | Eleanor D. Beattie, et al. v. Novartis Consumer Health, Inc. | Middle Dist. of Louisiana (Baton Rouge), No. 01-1025 |
| 01-cv-2026 | Londell Bell v. Bayer Corp., et al. | Western Dist. of Louisiana (Shreveport), No. 01-2018 |
| 01-cv-2137 | Sharon Carter v. Bayer Corp. | Eastern Dist. of Kentucky(Covington), No. 01-199 |
| 02-cv-373 | Lynette Fisk, et al. v. Novartis AG, et al. | Dist. of Utah (Central), No. 01-985 |
| 02-cv-1863 | Daniel S. Goettsch v. Smithkline Beecham Consumer Healthcare, et al. | Dist. of Minnesota, No. 02-1268 |
| 01-cv-2227 | Nina Hastings, et al. v. Novartis Corp. | Eastern Dist. of Texas (Sherman), No. 01-338 |
| 02-cv-1272 | Gerald Jones, et al. v. Perrigo Co., et al. | Western Dist. of Kentucky (Bowling Green), No. 01-182 |
| 01-cv-1406 | Stacey Kerrigan, et al. v. Whitehall-Robins, et al. | Dist. of Massachusetts, No. 01-10325 |
| 02-cv-420 | Rose Lynn Kobar v. Novartis Corp., et al. | Dist. of Arizona (Phoenix), No. 01-156 |
| 02-cv-1020 | Stephanie Lambert, et al. v. Bayer Corp., et al. | Western Dist. of Louisiana (Shreveport), No. 02-363 |
| 02-cv-21 | Ronald Lewis, et al. v. Glaxosmithkline PLC, et al. | Dist. of Connecticut (New Haven), No. 01-2093 |

ORDER
Page - 3 -

| | | |
|---|---|---|
| 03-cv-2093 | Barbara Ann Lupo v. Novartis Pharm. Corp., et al. | Southern Dist. of Mississippi (Eastern), severed from No. 01-169 |
| 02-cv-918 | Bernadette Massey, et al. v. Sandoz Pharm. Corp., et al. | Southern Dist. of Texas (Houston), No. 01-3795 |
| 01-cv-2167 | Lurline McKinney, et al. v. Bayer Corp., et al. | Western Dist. of Louisiana (Shreveport), No. 01-2219 |
| 03-cv-1390 | Sandra Mustoe, et al. v. Bayer Corp., et al. | Northern Dist. of California, No. 01-4181 |
| 02-cv-278 | Charles Newman, et al. v. American Home Products, et al. | Dist. of Nevada, No. 01-1345 |
| 02-cv-364 | Lynne Nill, et al. v. Perrigo Sales Corp., et al. | Southern Dist. of Ohio (Cincinatti), No. 01-755 |
| 02-cv-1168 | Tracy Patton v. Novartis Consumer Health, Inc. | Southern Dist. of Indiana (New Albany Div.), No. 02-47 |
| 01-cv-2164 | Elvira S. Quarrels, et al. v. Bayer Corp. | Western Dist. of Louisiana (Monroe), No. 01-2195 |
| 02-cv-904 | Sharon Roberts-Weisner, et al. v. Whitehall-Robins Healthcare, et al. | Dist. of Colorado (Denver), No. 02-240 |
| 01-cv-2166 | Perry Robinson, et al. v. Bayer Corp., et al. | Western Dist. of Louisiana (Shreveport), No. 01-2217 |
| 01-cv-2172 | Dennis Romero, et al. v. Bayer Corp. | Western Dist. of Louisiana (Lafayette), No. 01-2196 |
| 01-cv-1654 | Pamela Silvey v. Smithkline Beecham Corp. | Southern Dist. of Ohio (Cincinatti), No. 01-164 |

ORDER
Page - 4 -

| | | |
|---|---|---|
| 01-cv-1656 | Bettye Lou Taylor, et al. v. Bayer Corp., et al. | Northern Dist. of Texas (Lubbock), No. 01-166 |
| 01-cv-2182 | John Tutwiler, et al. v. Novartis Consumer Health | Southern Dist. of Ohio (Dayton), No. 01-447 |
| 01-cv-2100 | Nathaniel Williams v. GlaxoSmithKline, PLC et al. | Western Dist. of Louisiana (Shreveport), No. 01-1981 |
| 01-cv-1405 | Alexander P. Ziolkowski v. Novartis Consumer Health, Inc., et al. | Dist. of Massachusetts, No. 01-10324 |