IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAMELA S. SILVEY, et al,

    Plaintiff

v                                        Civil C-1-01-164

SMITHKLINE BEECH CORP.,

    Defendant.

## ORDER

Pursuant to the Order of Remand issued by the United States District Court, Western District of Washington at Seattle (MDL No. 1407) the above styled case is REINSTATED on the active docket of this Court.

Counsel shall submit a Joint Status Report and Proposed Scheduling Order on or before May 12, 2004.

**IT IS SO ORDERED.**

                                        **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*