**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **PAMELA S. SILVEY, et al.** | : | **Case No. C-1-01-164** |
| | : | |
| Plaintiffs, | : | **Judge Herman J. Weber** |
| | : | |
| vs. | : | |
| | : | |
| **SMITHKLINE BEECHAM CORP.,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs hereby give notice of the appearance of Calvin S. Tregre, Jr. as counsel for the Plaintiffs in the above styled case.

                    Respectfully submitted,

**/s/ Calvin S. Tregre, Jr.**
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
Calvin S. Tregre, Jr. (0073454)
**LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS**
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611(fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com
ctregre@lopez-hodes.com
ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this 8th day of June, 2004, a true and correct copy of the foregoing was electronically filed with the Clerk and was served via electronic mail service through the Clerk via Email and/or via overnight delivery on the following:

Robert C. Tucker, Esq.
Edward E. Taber, Esq.
TUCKER, ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 11002

**Counsel for Defendant, SmithKline Beecham Corporation**

                                        **/s/ Calvin S. Tregre, Jr.**
                                        Calvin S. Tregre, Jr.