



SEP 08 2004

September 3, 2004

Mr. Edward E. Taber, Esq.
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1475

RE:   Pamela S. Silvey, et al. v. SmtihKline Beecham Corp.
      Case No. c-1-01-164

Dear Mr. Taber:

  Enclosed please find a copy of the subpoena which was served on Friday, September 3, 2004 in regards to the above matter.

  Thank you for using Spangler Reporting Services, Inc.

  If you have any questions, please do not hesitate to contact me.

         Sincerely,

         Valerie L. Hutson

Enclosures
cc:   Ms. Janet Abaray, Esq. ✓

THE MERCANTILE CENTER ✦ 120 EAST FOURTH STREET, SUITE 390 ✦ CINCINNATI, OHIO 45202

513-381-3330 ✦ 1-800-791-DEPO (3376) ✦ FX: 513-381-3342 ✦ SRSDEPO@PRIMAX.NET



## NOTARY SUBPOENA
## *DUCES TECUM*

STATE OF OHIO          :
                       :  SS
COUNTY OF HAMILTON     :

To:  Laura Sauerbeck, R.N.
     c/o Hemmer, Pangburn, DeFrank, PLLC
     250 Grandview Drive, Suite 200
     Ft. Mitchell, Kentucky 41017

YOU ARE HEREBY COMMANDED to appear before me or any other notary public within and for the State of Ohio on Friday, September 10, 2004 beginning at 10:00 a.m., at the offices of Spangler Reporting Services, Inc., 120 East Fourth Street, Suite 390, Cincinnati, Ohio 45202, to give testimony and/or produce documents, and the truth to say in a case pending in the United States District Court, Southern District of Ohio, Western Division, Case Number C-1-01-164, wherein Pamela S. Silvey, et al. are the Plaintiffs and SmithKline Beecham Corp. is the Defendant.

YOU ARE COMMANDED TO BRING WITH YOU:

Any and all documentary or electronic records of Pamela Silvey's involvement in any medical studies in which Laura Sauerbeck, R.N. or Joseph Broderick, M.D. participated, including but not limited to the study referenced as "Genetic and Environmental Risk Factors for Hemorrhagic Stroke," or "Genetic and Environmental Risk Factors for Intracerebral Hemorrhage," including any correspondence, interview records, notes, recordings, questionnaires, medical

records, consent forms, results of the studies, published versions of the studies, or other documents of any type. Any documents previously produced at the deposition of Ms. Sauerbeck on March 13, 2003 may be omitted.

Documents may be sent to Tucker, Ellis & West, LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115-1475 in lieu of personal appearance, **ONLY** if the documents contain a notarized certificate authenticating the documents.

WHEREOF FAILNOT UNDER PENALTY OF THE LAW.

Given under my hand and official seal of office this 3rd day of September, 2004.

Valerie L. Hutson
Notary Public – State of Ohio
My Commission Expires: 06/20/2009