```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

PAMELA S. SILVEY, et al,

    Plaintiff

    v.                         Civil: C-1-01-164

SMITHKLINE BEECHAM CORP.

    Defendant

<u>ORDER OF REFERENCE - MOTION</u>

Pursuant to Western Division Rule 1, and 28 U.S.C. § 636, **Timothy Black**, United States Magistrate Judge, is hereby appointed to hear Plaintiff's Motion to Quash (#30) and Motion for Protective Order and for Sanctions (#31).

The Magistrate is further appointed to preside at a jury trial where the parties consent thereto, and to enter final judgment where the parties consent and to hear and determine all post-trial motions.

**IT IS SO ORDERED.**

                                                S/Herman J. Weber
                                    Herman J. Weber, Senior Judge
                                    United States District Court