# EXHIBIT A

1     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF OHIO
2        WESTERN DIVISION
      (W.D. WA. AT SEATTLE - MDL)
3

4  PAMELA S. SILVEY, et al.,    CASE NO. C-1-01-164

5     Plaintiffs    JUDGE HERMAN J. WEBER

6   vs.        JUDGE BARBARA JACOBS
            ROTHSTEIN (MDL)
  SMITHKLINE BEECHAM CORP.,

7     Defendant    MDL CASE NO. 1407

8

9

10   DEPOSITION OF:   HARRY VAN LOVEREN, M.D.

11   BEFORE:     Sheryl M. Williams, RPR, RMR
            Notary Public
12

13   DATE:      October 24, 2003

14   TAKEN BY:    Defendant

15   PLACE:     The University of South Florida
            Department of Neurosurgery
16            4 Columbia Drive, Suite 730
            Tampa, Florida  33606

17

18

19

20

21

22

23       KANABAY COURT REPORTERS
   TAMPA AIRPORT MARRIOTT HOTEL (813) 224-9500
24   ST. PETERSBURG - CLEARWATER   (813) 821-3320

25

# ORIGINAL

2

1

2      APPEARANCES:

3      EDWARD E. TABER
       Tucker Ellis & West LLP
4      1150 Huntington Building
       925 Euclid Avenue
5      Cleveland, Ohio  44115-1475
       (216) 592-5000
6      Attorney for Defendant/
       SmithKline Beecham Corporation

7
       (Telephonic Appearance)
8
       CALVIN S. TREGRE, JR., ESQUIRE
9      Lopez, Hodes, Restaino, Milman,
        Skikos & Polos
10     312 Walnut Street
       Suite 2090
11     Cincinnati, Ohio  45202
       Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

## INDEX TO PROCEEDINGS AND EXHIBITS

| | PAGE | LINE |
|---|---|---|
| Defendant's Exhibit 1 - Renewed Notice of Deposition | 8 | 10 |
| Defendant's Exhibit 2 - St. Bernard Fire Deparment document | 8 | 10 |
| Defendant's Exhibit 3 - Critical Care Record | 9 | 7 |
| Defendant's Exhibit 4 - Trauma History and Physical Form | 10 | 14 |
| Defendant's Exhibit 5 - Pre-Anesthesia Evaluation | 13 | 9 |
| Defendant's Fxhibit 6 - Procedural Consent Form | 14 | 22 |
| Defendant's Exhibit 7 & 8 - Imaging Studies | 17 | 10 |
| Defendant's Exhibit 9 - Operative Report | 22 | 1 |
| Defendant's Exhibit 10 - Good Samaritan Hospital form | 22 | 22 |
| Defendannt's Exhibit 11 - Notes of visits | 23 | 17 |
| Defendant's Exhibit 12 - Discharge Summary | 25 | 7 |
| Defendant's Exhibit 13 - Mayfield Clinic document | 25 | 7 |
| Defendant's Exhibit 14 - Discharge Summary | 29 | 15 |
| Defendant's Exhibit 15 - five pages | 29 | 15 |
| Defendant's Exhibit 17 - five pages | 32 | 23 |
| Defendant's Exhibit 16 - Critical Care Flow Sheet | 35 | 14 |
| Defendant's Exhibit 18-Document on Subarachnoid Hemorrhage | 37 | 24 |
| Cross Examination by Mr. Tregre | 41 | 14 |
| Defendant's Exhibit 19 - Medical Records Binder | 51 | 6 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1    Redirect Examination by Mr. Taber                    51    7

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    member, perhaps?

2        A.    Yes.

3        Q.    What I would like to do now, Doctor, is draw

4    your attention to several pages of the medical record that

5    is part of the Good Samaritan Hospital records.  When a

6    patient arrives at the hospital by EMS, or emergency

7    medical service, do the EMS people typically provide the

8    hospital with information about the patient's history?

9        A.    Yes.

10       Q.    And what I have provided you there, Exhibit

11   Number 2, is a page of the EMS record, dated January 15 of

12   1998, which relates to Mrs. Silvey, document number 2, and

13   I will represent to you the time on that is seven oh two

14   a.m. (indicating).  I am going to ask you a couple of

15   questions about that document.

16                MR. TREGRE:  What is the Bates number on

17   that again?

18                MR. TABER:  Two.

19   BY MR. TABER:

20       Q.    Doctor, does the St. Bernard emergency medical

21   service record indicate in terms of history whether

22   Mrs. Silvey had been taking any medications that day?

23       A.    It says none.

24       Q.    All right.  And does that record also indicate

25   whether -- how high her blood pressure was during her time

1    immediately before arriving at Good Samaritan?

2         A.    It gives three listings, vital signs, at seven

3    twenty, seven thirty and seven thirty-five a.m.

4         Q.    And did Mrs. Silvey have an elevated blood

5    pressure at any of those times, according to that record?

6         A.    No, her blood pressure was normal.

7         Q.    Okay.  The second document you have in front of

8    you, Doctor, is a page from the emergency medical records

9    from Good Samaritan Hospital, which does not have a Bates

10   number on it, but this is the emergency -- handwritten

11   emergency medical record, dated January 15, 1998, and it

12   indicates -- does it indicate the arrival time in the

13   upper right-hand corner?

14        A.    Yes, it's zero seven thirty-seven.

15        Q.    All right.  And, Doctor, is this one of the

16   documents that, perhaps, from time to time you, as the

17   surgeon operating on her that day, would, perhaps, review

18   in looking through her chart?

19        A.    Actually, no.  This is the type of document that

20   the chief resident would review.  They report directly to

21   me.

22        Q.    Okay.  Their findings would be orally reported

23   to you?

24        A.    Yes.

25        Q.    And is this piece of paper, which we have marked

10

1    as Exhibit 3 on the sticker, is this where some of the

2    doctors in the emergency room would write down the results

3    of their history and physical examination of Mrs. Silvey?

4        A.    Yes.

5        Q.    And have those doctors indicated whether,

6    according to the history they obtained, Mrs. Silvey was

7    taking any medications of any type on that day?

8        A.    There's no medications.

9        Q.    I would like to draw your attention to the

10   following page.  Mrs. Silvey was also seen by a trauma

11   team, is that correct?

12       A.    That's correct, because she was in an automobile

13   accident.

14       Q.    Okay.  And what I am showing you now is Exhibit

15   4, which, again, is a copy of the emergency room or Trauma

16   History and Physical Form taken at Good Samaritan.  Does

17   that also appear to be from January 15, 1998?

18       A.    Yes.

19       Q.    And is this another piece of paper where the

20   doctors at the hospital write down the results of their

21   history and physical examination of the patient?

22       A.    Yes.

23       Q.    And on this document do these doctors indicate

24   the results of that history as to whether Mrs. Silvey was

25   taking any medications that day?

11

1    A.    They indicate that she was not taking any

2  medications that day.

3    Q.    Do they indicate whether she does have a history

4  of smoking?

5    A.    They indicate she does have a history of

6  smoking.

7    Q.    When a doctor takes a history from a patient, we

8  discussed the importance of being thorough, when they ask

9  her about medications, in your experience, do doctors

10  typically ask about both prescription and nonprescription

11  medications?

12    A.    Yes.

13    Q.    Next, Doctor, the typed version of the history

14  and physical taken, the next page is a typed version of

15  the prior page, that would be also Exhibit 4, page two and

16  three.  Is this another piece of paper that the doctors

17  write the history and physical examination results on and

18  the results of their examination?

19    A.    Yes.

20        MR. TREGRE:  Counsel, what is the Bates

21  stamp on that document?

22        MR. TABER:  I'm sorry, Calvin, 221.  It's a

23  two-page document, 221, 222.

24  BY MR. TABER:

25    Q.    Doctor, in terms of the history that the trauma

12

1    doctors elicited on January 15th, 1998 at Good Samaritan,

2    does it indicate who gave the history on that day, the

3    Past Medical History section?

4        A.    It says Past Medical History was obtained from

5    the patient's husband.

6        Q.    And does the history as obtained from the

7    husband on this record indicate the results of the

8    question as to whether she was taking any medications

9    whatsoever that day?

10       A.    It says medications, none.

11       Q.    Oaky.  Does the past-medical history give any

12   indication as to whether Mrs. Silvey had been feeling ill

13   in recent days?

14       A.    It states that by the husband, it states, quote,

15   "he, when questioned, did not recall the patient

16   complaining of any recent headaches."  And in the last

17   sentence it says, quote, "The patient has no chronic

18   medical or surgical problems, according to her husband."

19       Q.    All right.  And, Doctor, turn the page to the

20   second page of that document.  What was the results of her

21   lung auscultation or listening to her lungs?

22       A.    It says, quote, "Lungs:  Clear to auscultation

23   bilaterally."

24       Q.    All right.  Finally, Doctor, down in the

25   Laboratory Studies, on a section of that piece of paper

1    indicating the results of their initial examination on

2    January 15th, what was the initial impression made by the

3    trauma team in terms of the cause of her symptoms?

4         A.    It says, quote, "Minor motor vehicle accident

5    with intracerebral hemorrhage secondary to aneurysm of AV

6    malformation as the precipitating cause."

7         Q.    Now, did you ultimately come to agree with that?

8         A.    Yes.

9         Q.    Now, next, Doctor, is Exhibit 5.  Do you have

10   that one?

11        A.    Yes, I do.

12        Q.    Exhibit 5 appears to be another history and

13   physical examination results form.  Is this a form that is

14   filled out at the hospital when a patient is admitted?

15             MR. TREGRE:  I'm sorry, Counsel, what is

16   the Bates number?

17             MR. TABER:  265.

18             MR. TREGRE:  I am sorry?

19             MR. TABER:  265.

20             MR. TREGRE:  You are identifying it --

21             MR. TABER:  Yes.

22             MR. TREGRE:  And you provided this to me?

23             MR. TABER:  Yes.

24   BY MR. TABER:

25        Q.    Doctor, is page 265 of Defense Exhibit 5 an

14

1    anesthesia evaluation done January 15, 1998 for

2    Mrs. Silvey?

3        A.    Yes.

4        Q.    And is this yet another piece of paper where the

5    doctors wrote the results of their history and physical

6    examination on that date?

7        A.    Yes.

8        Q.    And what was, according to this piece of paper,

9    the results of their question as to whether Mrs. Silvey

10   had been taking any medications?

11       A.    No medications were taken that day.

12       Q.    And this document, I gather, was filled out

13   because by this time it was determined that Mrs. Silvey

14   was going to need an operation?

15       A.    That's correct.

16       Q.    Okay.  And you were going to be the surgeon to

17   do that operation?

18       A.    Yes.

19       Q.    And before such an operation is done, there

20   would be a consent form?

21       A.    Yes.

22       Q.    And that's Exhibit 6, page number 1428.  Does

23   this appear to be the consent form that was filled out on

24   behalf of Mrs. Silvey on January 15, 1998 prior to your

25   surgery?

15

1    A.    Yes.

2    Q.    And who signed that form?

3    A.    Kenneth -- I guess that says Silvey.  Kenneth E.

4    Silvey, her husband.

5    Q.    And does this document indicate, Doctor, that

6    either you or someone on your behalf spoke with Mr. Silvey

7    prior to her surgery?

8    A.    Yes.

9         MR. TREGRE:  I am going to assert an

10    objection here, and add that the records that you

11    forwarded to me that you indicated you would be using in

12    this deposition, the records that you forwarded to me

13    begin with the Bates stamp 1437.

14         MR. TABER:  Well, Calvin -- off the record

15    (indicating).

16    (Whereupon a discussion was held off the record).

17    BY MR. TABER:

18    Q.    Doctor, I would like to wrap up this line of

19    inquiry by asking you, in terms of either your memory,

20    your review of the medical chart before today, or your

21    review of the history and physical documents regarding

22    Mrs. Silvey, is there any indication whatsoever in any of

23    her records that she was taking a medication containing

24    phenylpropanolamine before January 15, 1998?

25    A.    Ask me that question again.

18

1    head without contrast, and the second study, Exhibit 8, is

2    an angiogram.

3        Q.    Okay.  And what do these documents indicate in

4    terms of her diagnosis?

5        A.    Well, the first document, CAT scan of the head,

6    simply documents that she has had a significant hemorrhage

7    within the right side of her brain.  The second document,

8    the angiogram, documented that the cause of that

9    hemorrhage is a complex shaped aneurysm of the right

10   middle center of an artery of the brain.

11       Q.    Okay.  And in layman's terms, Doctor, what is an

12   aneurysm?

13       A.    An aneurysm is initially a weak area on the wall

14   of a blood vessel, and over many years that weak area

15   stretches like a balloon coming off the side of a hose.

16   Depending on how thin or thick that wall where that

17   aneurysm is will determine how large the aneurysm can

18   become before it will burst.

19       Q.    And the second test, which is the angiogram, can

20   you just tell me in very basic terms what that test tells?

21       A.    An angiogram is a method where we can

22   specifically look at the blood vessels in the brain, and a

23   catheter is passed into the artery in your groin and up

24   your aorta, past your heart, into your head.  Individually

25   each of the major arteries in the brain is injected with

19

1    dye and pictures are taken in rapid sequence so it creates

2    almost a moving picture of blood flowing through the

3    vessels of the brain.

4        Q.   Okay.  And, Doctor, I notice on the angiogram,

5    the third page, it indicates -- I'm sorry, on the CT scan,

6    which is Exhibit 7, the second page, it indicates that the

7    findings were discussed with the neurosurgeon, and that

8    would have been you, I presume.

9        A.   Yes.

10       Q.   In terms of the aneurysm, do you agree with

11   these reports that the cause of Mrs. Silvey's stroke was a

12   ruptured aneurysm?

13       A.   Yes.

14       Q.   How long can you estimate that an aneurysm had

15   been there?

16       A.   Well, in one sense I know it's been there for

17   many years, and in another sense you have to say it's a

18   problem that started at birth.

19       Q.   Okay.  How so?

20       A.   Most aneurysms are still felt to be birth

21   defects in the sense that you have to be born with a

22   weakness on the vessel wall, unless you have an underlying

23   connective tissue disease, which she did not.  In its

24   current configuration, the configuration, size, shape that

25   it had in 1998 prior to rupture, there would have to have

FORM. CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

1  been a number of years that it was already present in that

2  dimension, so it's a chronic problem.

3      Q.   Okay.  And also in terms of the specific anatomy

4  of this aneurysm where this is on the angiogram, at the

5  trifurcation point of the three major MCA branches, they

6  indicate the size of twelve millimeters in length.  Is

7  this a small, medium or large size aneurysm?

8      A.   Medium, and it is irregularly shaped.

9      Q.   What is the significance of the shape of this

10 aneurysm?

11     A.   The more irregularly shaped an aneurysm is, the

12 more it is felt that it is likely to rupture.

13     Q.   Now, in terms of the smoking history that we

14 discussed before and after, I will represent to you

15 hypothetically, because I don't have it in front of me,

16 that Mrs. Silvey has indicated that she began smoking at

17 the age of fourteen, and that in terms of her pack-year

18 history, that she smoked between one and one half packs

19 every day from the age of fourteen until she was in the

20 hospital on January 15, 1998 at age thirty-four.

21              MR. TREGRE:   Objection.  No basis.

22 MR. TABER:

23     Q.   Okay.  Based on that hypothetical, I ask you to

24 assume it's true.  Is that, in your mind, a significant

25 smoking history?

21

1      A.    Yes.

2      Q.    When a patient who has an aneurysm such as

3  Mrs. Silvey compounds that problem with smoking of that

4  duration, can that cause an aneurysm to burst?

5      A.    I don't know, nor does anyone else.

6      Q.    Have there been -- Doctor, do you follow the

7  medical literature in the field of neurologic surgery?

8      A.    Yes.

9      Q.    And I see Stroke Management on your shelf over

10 there.

11     A.    Yes.

12     Q.    Is that a publication that you review from time

13 to time?

14     A.    Yes.

15     Q.    Have there been a significant number of medical

16 literature publications finding an association between

17 smoking and subarachnoid hemorrhages?

18     A.    Yes.

19     Q.    And the last question about the CT scan and/or

20 the angiogram, was there any indication on any of these

21 documents that she had any vasculitis?

22     A.    No.

23     Q.    Was there any indication that she had any

24 beating (phonetic) of the arteries?

25     A.    No.

22

1      Q.  Moving on, Doctor, to the operation that you did

2  for Mrs. Silvey on January 15, 1998, I have handed you a

3  copy of Exhibit 9, document Bates number stamp 1241, which

4  is a copy of your Operative Report.  Is this a

5  documentation of the operation you performed for

6  Mrs. Silvey on January 15th of 1998?

7      A.  Yes.

8      Q.  And in terms of your findings during that

9  operation, did you, indeed, find an aneurysm in her

10  arteries?

11      A.  Yes.

12      Q.  And you describe the aneurysm in this document

13  as complex and bi-lobed, with a long base.  What is the

14  significance of those findings in terms of how long the

15  aneurysm had been present?

16            MR. TREGRE:  Object to form.

17      A.  Well, this is an aneurysm that formed over a

18  number of years.

19  BY MR. TABER:

20      Q.  Was your operation successful for Mrs. Silvey?

21      A.  Yes.

22      Q.  The day after your operation for Mrs. Silvey,

23  Exhibit 10 is the history and physical form filled out for

24  follow-up of the surgery for that day.  It is a Good

25  Samaritan Hospital history form, number 268.

FORM CSR - LASER REPORTERS PAPER A MFG. CO. 800-626-6313

23

1      A.    Correct.

2      Q.    It would appear, Doctor, that this form was

3  filled out by someone in the respiratory service in order

4  to address her need for a breathing tube?

5      A.    Yes.

6      Q.    And why is it significant to these people, as

7  they have documented, that she is a heavy smoker as is

8  document here?

9      A.    Because they are trying to account for a low

10  oxygen level.

11      Q.    Do patients who are heavy smokers have more

12  problems after surgery in terms of breathing?

13      A.    Yes.

14      Q.    In fact, Doctor, was Mrs. Silvey's recovery

15  complicated by her smoking?

16      A.    Yes.

17      Q.    And I am showing you now what has been marked as

18  Exhibit 11, page 1445.  Is this a note containing the

19  records of your visits with Mrs. Silvey?

20      A.    Yes.

21      Q.    And I would like to ask you, first of all, about

22  did you continue to follow Mrs. Silvey after her

23  operation?

24      A.    Yes.

25      Q.    And you would visit her in the hospital?

24

1      A.    Yes.

2      Q.    On February 3rd, 1998, did you visit her?

3      A.    Yes.

4      Q.    And did you indicate there whether or not she

5   was having any complications in her recovery and, if so,

6   what the cause of that was?

7      A.    Yes.

8      Q.    And the cause was what?

9      A.    Well, let me read it directly.  Quote: "She is

10  sedated with Ativan to achieve improved ventilation which

11  is impaired by ARDS --" which stands for acute respiratory

12  distress syndrome -- "felt to be secondary in part to

13  pneumonia, in combination with an extensive smoking

14  history."

15     Q.    Okay.  In terms of her overall picture in that

16  recovery phase, as indicated on the January 26th note, was

17  her primary problem her breathing?

18     A.    Yes.

19     Q.    Moving forward, then, Doctor, Mrs. Silvey was in

20  the hospital for a period of time.  Did she ultimately

21  recover well from her surgery?

22     A.    Yes.

23     Q.    Did she ultimately have resolution of any

24  impairments cognitively?

25     A.    Yes.

25

1    Q.    And in layman's terms, what does that mean?

2    A.    Intellectual functions, such as memory,

3    judgment.

4    Q.    Okay.  Then would you consider your treatment of

5    Mrs. Silvey to have been quite successful?

6    A.    Yes.

7    Q.    And I would like to draw your attention to

8    Exhibit 13.  Is this a record of your office note at the

9    time indicating that you had seen Mrs. Silvey in the

10   Mayfield Clinic in followup to her hospitalization?

11   A.    Yes.

12   Q.    And what date did you see her for follow-up,

13   according to that document?

14   A.    April 20th, 1998.

15   Q.    And by this time, Doctor, was Mrs. Silvey having

16   an excellent recovery, in your opinion?

17   A.    Yes.

18   Q.    And did you, in fact, clear her to return to

19   work at this time?

20   A.    Yes.

21   Q.    That's a document you signed?

22   A.    Yes.

23   Q.    In follow-up to all of these discussions, is her

24   current prognosis in terms of what she had good?

25   A.    It's been a long time since I have seen her, so

26

1   I do want to qualify that.  As far as I know, her

2   prognosis is good.

3       Q.   Okay.  Doctor, I would like to switch gears and

4   ask you a few questions in follow-up and then we will be

5   done.  My questions are in some part open-ended questions,

6   and what I would like you to do in answering these is only

7   answer with those opinions that you hold to a reasonable

8   degree of medical probability.  Can you do that for me?

9       A.   Yes.

10      Q.   What type of stroke did Mrs. Silvey have?

11      A.   A hemorrhagic stroke due to ruptured aneurysm.

12      Q.   Okay.  Do some doctors or publications refer to

13  this as an aneurysm or subarachnoid hemorrhage?

14      A.   Yes.  This had the additional feature of having

15  an intracerebral hemorrhage with it, so the bursting of

16  the aneurysm was enough to put a large blood clot into the

17  temporal lobe of the brain, itself.

18      Q.   Could you show me where the intracerebral

19  hemorrhage is documented?

20      A.   I am referring to Exhibit number 7, page 456,

21  CAT scan.  Impression:  Large right temporal hematoma

22  associated with small right rim subdural hematoma and

23  predominantly right-sided subarachnoid hemorrhage.  So it

24  is describing three different patterns of hemorrhage.

25      Q.   Okay.  The bulk of the records, Doctor, appear

27

1    to categorize her stroke as primarily a subarachnoid

2    hemorrhage, is that fair?

3        A.   Yes.

4        Q.   Okay.  And in terms of the medical literature,

5    doctors do categorize strokes, correct?

6        A.   Yes.

7        Q.   If you were to categorize this stroke as between

8    an intracranial hemorrhage or a subarachnoid hemorrhage,

9    would you characterize it as a subarachnoid hemorrhage as

10   noted on your medical records?

11       A.   Yes.

12       Q.   What was the cause of her stroke?

13       A.   Ruptured aneurysm.

14       Q.   And is it your opinion, Doctor, that her smoking

15   history played a role in her risk factors for stroke?

16       A.   I am uncertain.

17       Q.   Did she have any other risk factors, according

18   to the records, for stroke?

19       A.   No.

20       Q.   If you were to state the most likely cause of

21   her stroke, based on the medical records, would that be

22   smoking?

23       A.   The most likely cause of her hemorrhagic stroke

24   is being born with an aneurysm.

25       Q.   What was the most likely, of the information you

28

1    have in the record, precipitating cause of an aneurysm to

2    rupture?

3        A.    Aneurysms can rupture without a significant

4    precipitating cause.

5        Q.    And smoking is an unproven cause?

6        A.    Right.

7        Q.    Is it fair to say, Doctor, that, according to

8    the medical records, there is no evidence in this chart of

9    any medication she took on January 15 caused her stroke?

10            MR. TREGRE:    Object to form.

11       A.    In my opinion, there is no evidence of that.

12   BY MR. TABER:

13       Q.    Doctor, switching gears a little bit, can a

14   headache and upper-neck pain be what is called a sentinel

15   (phonetic) symptom before a stroke?

16       A.    You keep using the word stroke, and this is

17   really a hemorrhage.

18       Q.    I do appreciate that.  If I ask a question

19   inartfully, please correct me.

20       A.    All right.

21       Q.    There are many types of strokes?

22       A.    Yes.

23       Q.    And the word stroke is a very broad category,

24   and within the word stroke, this would include

25   subarachnoid hemorrhages, intracranial hemorrhages,

32

1   court.  You may continue, but that is going to be on the

2   record.

3                   MR. TABER:  That's fine.  I will respond

4   after the doctor's deposition.  I don't want to take up

5   his time, but what I will do for you, Calvin, is withdraw

6   the questions about Exhibit 15 so that you don't have any

7   problem.

8                   MR. TREGRE:  No, those questions will not

9   be withdrawn, but my objection will be noted.

10                  MR. TABER:  Okay.

11  BY MR. TABER:

12      Q.   All right.  Doctor, I would like to switch

13  gears.  We are just about done.  Doctor, you have worked

14  with Dr. Broderick before in Cincinnati?

15      A.   Yes.

16      Q.   In fact, you may have published records with

17  him?

18      A.   Yes.

19      Q.   And back in January of 1998, as I understand,

20  you and he would assist each other with patients in order

21  to publish articles about various types of strokes?

22      A.   Yes.

23      Q.   And according to Exhibit 17, following your care

24  and treatment, Mrs. Silvey participated in a study done by

25  Dr. Broderick?

33

1      A.   Yes.

2      Q.   And on page --

3                MR. TREGRE:  I am sorry, what page?

4                MR. TABER:  Sorry, Calvin, 1422.  It's the

5      concent form, Bethesda & Good Samaritan.

6                MR. TREGRE:  It's not in the records you

7      provided to me.

8                MR. TABER:  It most certainly is.

9                MR. TREGRE:  What page?

10               MR. TABER:  Document 1422.

11               MR. TREGRE:  It's not in the medical

12     records that you provided to me in anticipation of this

13     deposition.  Are you looking in the binder, Counsel, to

14     see if you can locate it?

15               MR. TABER:  Yeah, but it's a pretty big

16     binder.

17               MR. TREGRE:  I think you represented to me

18     early on that this was located in the section that was

19     designated as the records from Dr. Van Loveren's office,

20     correct?

21               MR. TABER:  We are talking about a

22     different document.  Let's go off the record for just a

23     second.

24          (Whereupon a discussion was held off the record).

25               MR. TABER:  Calvin, I am going to restart.

34

1    I don't see it from my quick review, but I am not going to

2    keep the doctor waiting a long time.  Please go ahead and

3    object if you don't like it.

4                    MR. TREGRE:  I am going to state a

5    continuing objection to that --

6                    MR. TABER:  Okay.  That's fine.

7                    MR. TREGRE:  I have a continuing objection

8    to every record that you are referring to that has not

9    been provided to my office in anticipation of this

10   deposition.

11                   MR. TABER:  Okay.  For the record, I did

12   bring more copies for you today, but you are present by

13   phone, so I can't hand them to you.

14   BY MR. TABER:

15       Q.   Doctor, let me just wrap it up so we don't keep

16   you waiting all night.  Did you happen to review the two

17   articles about stroke that I sent down to you two weeks

18   ago?

19       A.   Not word for word.

20       Q.   What I would like to ask you about is the

21   document we have -- let me back up.  Doctor, the consent

22   form that was signed back in January of 1998, did

23   Mrs. Silvey participate in a research study back in

24   January or February of 1998 while under your care and

25   treatment at Good Samaritan Hospital?

35

1    A.    Yes.

2    Q.    Would you look at what we have marked as Exhibit

3    17.  Is that a consent form which on page two indicates

4    that you have given her permission to take part in that

5    study?

6    A.    Right.

7    Q.    And does that page two also indicate at the top

8    under whose direction the study is going to be completed?

9    A.    Yes.

10   Q.    And who is indicated there?

11   A.    Laura Sallerbeck.

12   Q.    And also a doctor?

13   A.    Dr. Joseph Broderick.

14   Q.    Now, Doctor, if you could look at the document

15   before that, which is Exhibit 16, which is a page number

16   707, does that form indicate whether, in fact,

17   Ms. Sallerbeck or the stroke team from the University of

18   Cincinnati was to interview Mrs. Silvey on February 13th

19   of 1998?

20   A.    Yes, it indicates that the stroke team did see

21   her.

22   Q.    Now, Doctor, did you ever become aware that

23   Mrs. Silvey and her husband were interviewed as part of

24   the stroke project on February 13th and 14th of 1998?

25   A.    I knew that she was participating and being

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

36

1    interviewed, yes.

2        Q.    How did you learn that information that she was

3    going to be interviewed?

4        A.    Well, I had to give consent.

5        Q.    Back in 1998?

6        A.    Right.

7        Q.    And did you ever -- in terms of the interview

8    that was done in the hospital, were you present for that?

9        A.    No.

10       Q.    Are you familiar, either through your personal

11   involvement or through research or otherwise, with the

12   types of interviews that were done back in February '98 by

13   the stroke team?

14       A.    No.

15       Q.    Are you aware, Doctor, that both Mrs. Silvey and

16   her husband in February of 1998 denied that she had ever

17   used any medication with phenylpropanolamine in the two

18   weeks before her subarachnoid hemorrhage?

19       A.    No.

20                MR. TREGRE:    Object to form.

21   BY MR. TABER:

22       Q.    Are you aware of that now?

23       A.    Yes.

24       Q.    How are you now aware of that?

25       A.    You just told me.

37

1    Q.   Any other source?

2    A.   No.

3    Q.   Okay.  To your knowledge, Doctor, were the

4  interviews that were done in that study done in a manner

5  to ensure the accuracy as well as possible?

6              MR. TREGRE:   Objection.

7    A.   Yes.

8  BY MR. TABER:

9    Q.   Okay.  Were any of the interviews ever done in

10  your presence, Doctor?

11    A.   No.

12    Q.   Doctor, do you find any reference in

13  Mrs. Silvey's medical records from the entire

14  hospitalization from January and February of 1998 that

15  would indicate that she ever took any medication with

16  phenylpropanolamine in the two weeks before January 15,

17  1998?

18    A.   No.

19    Q.   Following up on the research study, Doctor, were

20  the results of the stroke study we discussed specifically

21  published as it relates to subarachnoid hemorrhages in the

22  summer of 2003?

23    A.   Yes.

24    Q.   And is that a document we have marked as Exhibit

25  18 that you are looking at in front of you?

38

1      A.   Yes.

2              MR. TREGRE:   What is the Bates number on

3    that?

4              MR. TABER:   There is not a Bates number on

5    there, Calvin.

6              MR. TREGRE:   What number is that again?

7              MR. TABER:   For identification purposes,

8    this is an article from Stroke Magazine, the issue from

9    summer of 2003, I believe July, entitled Major Risk

10   Factors for Aneurysmal Subarachnoid Hemorrhage in the

11   Young Are Modifiable.

12   BY MR. TABER:

13      Q.   And, Doctor, this was authored by people that

14   you know?

15      A.   Yes.

16      Q.   And some of the data obtained regarding

17   Mrs. Silvey was incorporated into this document?

18      A.   Yes.

19      Q.   Did this -- how many patients were involved in

20   this particular study, Doctor?

21      A.   I have no idea.  I would have to look at it.

22      Q.   (Indicating).

23      A.   Three hundred and twelve.

24      Q.   Is that a significant size study in terms of

25   patients with subarachnoid hemorrhage?

39

1    A.    Well, it's a lot of people.  I don't know how

2  specific your question is.

3    Q.    Okay.  In the results section of the abstract,

4  Doctor, does it indicate what years were utilized in

5  studying these patients with subarachnoid hemorrhage?

6    A.    Between 1994 and 1995 -- 1999, I'm sorry.  '94

7  to '99.

8    Q.    That would include the time when you treated

9  Mrs. Silvey?

10    A.    Yes.

11    Q.    And if I could direct your attention now to the

12  conclusion section of this document, the second page from

13  the end, in terms of the results of that study, in part,

14  are based on Mrs. Silvey's outcome.  Does that study

15  conclude whether Mrs. Silvey had any risk factors that

16  would predispose her to a rupture of her aneurysm?

17    A.    I don't think I understand that question.

18    Q.    All right.  It was not a very good question.

19  Let me ask you to look at the fourth page.  Again, this is

20  Exhibit 18.  Doctor, if I could direct your attention to

21  the part of the section referencing smoking.  Did this

22  study that was done in part from a patient under your care

23  and treatment conclude as to what the most significant

24  modifiable risk factor for subarachnoid hemorrhage is?

25    A.    Yes.

1              MR. TREGRE:  I object to form.

2    BY MR. TABER:

3         Q.   And what was the conclusion?

4         A.   Their conclusion was that it was cigarette

5    smoking.

6         Q.   And they go on to indicate the results of those

7    studies based on this large number of patients.  Did these

8    authors find any statistically significant link between

9    the use of phenylpropanolamine, or PPA, and subarachnoid

10   hemorrhage?

11        A.   No.

12        Q.   And let me clarify that.  Phenylpropanolamine is

13   commonly know as PPA, is it?

14        A.   I don't know.

15        Q.   Okay.  Well, I am just speaking the wrong term,

16   then.  The P value, which is the degree of statistical

17   significance of an association between Phenylpropanolamine

18   and subarachnoid hemorrhage was point eight seven?

19        A.   Correct.

20        Q.   What is the significance of that P value?

21        A.   That the association is just as likely to be rim

22   (phonetic).

23        Q.   Okay.  And then going up a little further,

24   Doctor, did these authors find any statistically

25   significant link between cigarette smoking in their

FORM CSR- LASER  REPORTER'S PAPER & MFG. CO.  800/626-6313

41

1   subarachnoid hemorrhage patients, including Mrs. Silvey?

2        A.    Yes.

3        Q.    What was their conclusion?

4        A.    That smoking was a significant risk factor.

5        Q.    Okay.  I have just a couple of more questions.

6   You are a licensed physician in the state of Florida?

7        A.    Yes.

8        Q.    Do you spend more than fifty percent of your

9   time in the clinical practice of neurosurgery?

10       A.    Yes.

11            MR. TABER:  Doctor, that's all I have for

12   you.  Thank you very much for your time.  Mr. Tregre may

13   have some questions for you.

14                    CROSS EXAMINATION

15   BY MR. TREGRE:

16       Q.    Yes, Doctor, I do have some follow-up questions

17   for you.  Just give me one second to review my notes.

18   Do you recall personally asking Mrs. Silvey whether or not

19   she took any over-the-counter medications?

20       A.    No.

21       Q.    Is there any record of you personally asking

22   Mrs. Silvey in your medical records whether she took any

23   over-the-counter medications?

24       A.    No.  As a matter of fact, when she arrived, I

25   don't think she was coherent.

48

1     Q.   Doctor, I want to ask you a few questions about

2   the stroke study that Mr. Taber referred to.

3     A.   Yes?

4     Q.   In general, isn't it true that patients in

5   stroke studies may not give a full medical history due to

6   their inability to do so?

7              MR. TABER:   Objection.

8     A.   Well, in general, yes, that is true.   That was

9   supposed to be accounted for in the study.

10  BY MR. TREGRE:

11    Q.   Okay.  Would that also include a patient's

12  ability to give his or her medication-use history?

13    A.   Yes.

14    Q.   And is it reasonable to conclude that in a

15  stroke study that there is a degree of underreporting

16  among the subjects studied or among the patients of

17  whether they used any medication?

18             MR. TABER:   Objection.

19    A.   I have no way of knowing the answer to such a

20  specific question about the study.

21  BY MR. TREGRE:

22    Q.   Doctor, do aneurysms always rupture?

23    A.   No.

24    Q.   Doctor, I would also like to refer you to the

25  medical records that were provided to you prior to the

54

1                          CERTIFICATE OF OATH

2      STATE OF FLORIDA              )

3      COUNTY OF PINELLAS            )

4              I, the undersigned authority, certify that HARRY
       VAN LOVEREN, M.D., personally appeared before me and was
5      duly sworn.

6              WITNESS my hand and official seal this 7th day
       of November, 2003.

7

8

9                          _____
                           SHERYL M. WILLIAMS
10                         Notary Public - State of Florida

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FORM CSR-LASER   REPORTERS PAPER & MFG. CO.  800-626-3313

55

1                    REPORTER'S DEPOSITION CERTIFICATE

2    STATE OF FLORIDA              )

3    COUNTY OF PINELLAS            )

4            I, SHERYL M. WILLIAMS, RPR, RMR, certify that I
     was authorized to and did stenographically report the
5    deposition of HARRY VAN LOVEREN, M.D., that a review of
     the transcript was not requested; and that the transcript
6    is a true and complete record of my stenographic notes.

7            I further certify that I am not a relative,
     employee, attorney or counsel of any of the parties, nor
8    am I a relative or employee of any of the parties'
     attorney or counsel connected with the action, nor am I
9    financially interested in the action.

10           DATED this 7th, day of November, 2003.

11

12                    _____
                      SHERYL M. WILLIAMS
13                    RPR, RMR

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(W.D. WA. AT SEATTLE - MDL)

PAMELA S. SILVEY, et al.,                )   CASE NO. C-1-01-164
                                         )
           Plaintiffs,                   )   Judge HERMAN J. WEBER
                                         )
     v.                                  )   JUDGE BARBARA JACOBS
                                         )   ROTHSTEIN (MDL)
SMITHKLINE BEECHAM CORP.,                 )
                                         )   MDL CASE NO. 1407
           Defendant.                    )
                                         )   **RENEWED NOTICE OF DEPOSITION**
                                         )   **OF HARRY VAN LOVEREN, M.D.**
                                         )
                                         )

    Defendant SmithKline Beecham Corporation hereby gives notice pursuant to Rule 30 of

the Federal Rules of Civil Procedure that it will take the deposition of Harry Van Loveren, M.D.,

at The University of South Florida-Tampa, Department of Neurosurgery, 4 Columbia Drive,

Suite 730, Tampa, Florida 33606 on Wednesday, October 22, 2003 at 2:00 p.m. to be recorded

by stenographic and/or sound and video recording. The deposition will continue from day to day

until completed before an officer duly authorized to conduct such a deposition.



EXHIBIT
VAN LOVEREN
1

Respectfully submitted,

ROBERT C. TUCKER, Trial Attorney (0013098)
  email:  rtucker@tuckerellis.com
EDWARD E. TABER (0066707)
  email:  etaber@tuckerellis.com
**TUCKER ELLIS & WEST LLP**
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115
Telephone:   (216) 592-5000
Telefax:      (216) 592-5009

*Attorneys for Defendant*
*SmithKline Beecham Corporation*

2

## CERTIFICATE OF SERVICE

The foregoing **Renewed Notice of Deposition of Harry Van Loveren, M.D.** was sent by facsimile and regular, postage prepaid U.S. Mail this _15TH_ day of October, 2003, to:

Janet G. Abaray, Esq.                      *Attorneys for Plaintiffs*
Calvin S. Tregre, Jr., Esq.
Lopez, Hodes, Restaino, Milman,
 Skikos & Polos
312 Walnut Street
Suite 2090
Cincinnati, Ohio  45202

*One of the Attorneys for Defendant*
*SmithKline Beecham Corporation*

3

May 29 02 09:55a    Fire Department OIC    513-242-0305    p.2

## ST. BERNARD FIRE DEPARTMENT

Run No. #43    Date: 1/15/98

| Name: Pamela Silvey | Sex: M (F) | Age/D.O.B.: 2-1-63 |
|---|---|---|
| Address: 1311 Chase Ave. | | S.S.N.: 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 |
| City: Cinti | State: OH | Zip: 45223 |
| Phone: | Family Physician: | |

| | EMS Unit | Call Rec'd | Responding | At Scene |
|---|---|---|---|---|
| | 1791 | 0656 | 0658 | 0702 |
| | To Hospital | At Hospital | Returning | In Qtrs |
| | 0725 | 0737 | 0815 | N/A |

Situation Found: IN CAR

Chief Complaint:

Medications: NONE

Allergies: NKDA

Location of Call: N I-75

Nature of Call: MVA

Responding From: Q    Medic Response: 2

Other Responding Units: E91, 7LU I-75

Receiving Hospital:

Communications: ☐ Phone  ☐ Telemetry    EKG Sent: Y / N

Base: UC    MD: 43

### HISTORY

☐ HEART DISEASE
☐ RESPIRATORY
☐ SEIZURES
☐ CANCER — NONE
☐ OTHER:
☐ HYPERTENSION
☐ CVA/TIA
☐ DIABETES
☐ PSYCHOLOGICAL

| PUPILS | RT | LT |
|---|---|---|
| Equal | ✓ | |
| Reactive | ✓ | ✓ |
| Dilated | | |
| Constricted | | |
| Unequal | | |

| BREATH SOUNDS | RT | LT |
|---|---|---|
| Clear | ✓ | ✓ |
| Rales | | |
| Rhonchi | | |
| Wheezes | | |
| Decreased | | |
| Absent | | |
| Stridor | | |

### PHYSICAL FINDINGS

**MENTAL STATUS**
☐ ALERT & ORIENTED NORMAL
☐ DISORIENTED/CONFUSED
☑ RESPONDS TO VERBAL STIMULI ONLY
☐ RESPONDS TO PAINFUL STIMULI ONLY
☐ UNRESPONSIVE

**SKIN COLOR**
☑ NORMAL
☐ CYANOTIC
☐ PALE/ASHEN
☐ FLUSHED
☐ JAUNDICED

**SKIN CONDITION**
☐ NORMAL
☐ WARM/HOT
☐ COOL/COLD
☐ MOIST
☐ DRY

### VITAL SIGNS

| TIME | PULSE | B/P | RESP | O₂ SAT |
|---|---|---|---|---|
| 0720 | 68R | 104/70 | 24 | 96 |
| 0720 | 88R | 108/78 | 24 | 97 |
| 0755 | 68R | 104/78 | 24 | 97 |

### MEDICATIONS / DEFIBRILLATION / IV FLUIDS / EKG

| TIME | MED / DEFIB / SOLN / ANGIO | DOSE / JOULES | ROUTE | MONITOR RHYTHM | INIT |
|---|---|---|---|---|---|
| 0719 | Monitor | 3 LD | ET | Sinus Rhythm | TC |
| 0724 | Glucagon | 120 | | ″ | TB |
| 0724 | IV (NS) 7L/RL | | (IM) | ″ | TC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### BLS TREATMENT

☑ PATIENT ASSESSED
☐ TRANSPORT ONLY
☑ OXYGEN
  ☐ CANNULA @ ___ LPM
  ☐ SIMPLE MASK @ ___ LPM
  ☑ COMPLEX MASK @ 15 LPM
  ☐ OTHER @ ___ LPM
☐ VENTILATION
  ☐ BVM
  ☐ VENT @ RATE: ___
☐ AIRWAY INSERTION
  ☐ ORAL
  ☐ NASAL
  ☐ EOA / PTL BY: ___
☑ PULSE OXIMETER

☐ CPR    TIME: ___
☐ BY-STANDER
☐ SQUAD
☐ BLEEDING CONTROL
☐ BANDAGING
☐ BURN CARE
☑ SPINE IMMOBILIZATION
  ☑ C-COLLAR
  ☑ C.I.D.
  ☐ OTHER:
☑ SPINAL IMMOBILIZATION
  ☐ KXF-1 / KED
  ☑ LONG BACKBOARD
  ☐ SHORT BACKBOARD
  ☐ SCOOP
  ☐ OTHER:

☑ EXTRICATION    MINUTES: RAPID
☑ SPLINTING
  ☐ BOARD
  ☐ TRACTION
  ☐ AIR
  ☐ VACUUM
  ☐ OTHER:
☐ COLD PACK
☐ PASG/MAST    TIME
  ☐ IN-PLACE ONLY
  ☐ LEGS ONLY INFLATED
  ☐ FULLY INFLATED
☐ OB DELIVERY
☐ RESTRAINTS
☐ IPECAC    AMOUNT: ___
☐ CRISIS INTERVENTION

### ALS TREATMENT

☑ CARDIAC MONITOR
  ☑ STANDARD    ☐ 12-LEAD
☐ ENDOTRACHEAL INTUBATION
  ET TUBE SIZE: ___
  ☐ ORAL BY: ___
  ☐ NASAL BY: ___
☐ CRICOTHYROTOMY BY: ___
☐ DEFIBRILLATION
☐ SYNCHRONIZED CARDIOVERSION
☐ PACEMAKER
  OUTPUT: ___
☐ CHEST DECOMPRESSION
  ☐ RT    ☐ LT
☐ INTRAOSSEOUS INFUSION

PATIENT ASSESSMENT: PT FOUND UNRESPONSIVE IN MVA, APPARENTLY CLONKED MEDIAL BARRIER THEN INTO GUARDRAIL. PT UNRESTRAINED. DRIVERS WINDOW BROKEN, WINDSHIELD & STEERING WHEEL INTACT. SQUAD PERFORMED RAPID EXTRICATION C SPINAL IMM. RAPID TRAUMA ASSM INSIGNIFICANT. OBTAINED C INCONT/UNCT, VOMITED AT SCENE (SOUND SUCTION) AT FACILITY PLUS RAPID TRANSPORT. SLT INCREASE OF MENTAL STATUS ENROUTE

EMS CREW: 28, 26, 23

PSilvey-OH-St. Bernard FD-000002

MAY 29 2002 10:54    513 242 0305



EXHIBIT
VAN LOVEREN
2

TRAUMA
CASE E 1617193-6    GSH
RRN 717115

GOOD SAMARITAN HOSPITAL
CINCINNATI, OHIO · PAGE 1 OF 3

## EMERGENCY DEPARTMENT TRAUMA/CRITICAL CARE RECORD

Date _____    Arrival Time: 0737

Name Silvi, Pamela _____    Age _____

| Time of Incident: | Chief Complaint/Mechanism: Unrestrained Driver MVA | | Triage Category |
|---|---|---|---|

incontinent urine & stool. Glucose 120 @ 101 pm Squad.
Abnormal Damage to Auto

Triage Category:
Critical  (1)
Urgent  (2)
Stable  (3)

Allergies NKA
PMH: ◯
Meds: ◯

dT ☐ < 5 yrs  ☐ > 5 yrs  ☒ UNK

PREHOSPITAL: Squad St. Bernard _____ from _____
O₂ MASK    Intubated # _____  ☐ ET  ☐ NT    IV: Site and Size _____ IV fluid US Amt received _____
C-Collar: ☒ Y  ☐ N    Meds received: _____
Backboard: ☒ Y  ☐ N    Splints: _____
Monitor: ☐ Y  ☐ N  Rhythm  Sinus

TRAUMA CONSULT ☐  ALERT ☒

| NAME | NOTIFIED | ARRIVED | CONSULTATION SERVICE | | NOTIFIED | ARRIVED |
|---|---|---|---|---|---|---|
| ED Attending | Pasalos | | | Neurosurgery | Corren | | 0756 |
| Chief Resident | Shupe | 0740 | | Orthopedics | | | |
| Resident | Bauska | 0741 | | Cardiothoracic | | | |
| Surgery Attending | | | | Plastics | | | |
| RN #1 | H. Umn | | | ENT | | | |
| RN #2 | Shufts | 0737 | 0737 | Social Service | | | |
| OR RN | | | | Chaplain | | | |
| Anesthesia | | | | Other | | | |
| Respiratory | B Carroll | 0740 | | | | | |
| ICU RN | Quinnt (PA1?) | 0740 | | | | | |
| X-Ray | Quinnt | 0741 | | | | | |
| CT Scan Ordered: | Notified: | Responded: | Arrived: | | | | |

PSilvey-OH-GoodSamaritan-000217

| REVISED GLASGOW COMA | | TIME 0750 0759 | REVISED TRAUMA | ARRIVAL | 1 HOUR |
|---|---|---|---|---|---|

| EYE OPENING: | | | | GLASGOW COMA: | | | |
|---|---|---|---|---|---|---|---|
| Spontaneous | 4 | | | > 14 | 4 | | |
| To voice | 3 | 2 | 2 | 9 - 13 | 3 | | 10 |
| To Pain | 2 | | | 6 - 8 | 2 | | |
| None | 1 | | | 4 - 5 | 1 | | |
| | | | | 3 | 0 | | |

| VERBAL RESPONSE: | | | | SYSTOLIC BP: | | | |
|---|---|---|---|---|---|---|---|
| Oriented | 5 | | | > 89 | 4 | | |
| Confused | 4 | 3 | 3 | 76 - 89 | 3 | | 4 |
| Inappropriate | 3 | | | 50 - 75 | 2 | | |
| Incomprehensible | 2 | | | 1 - 49 | 1 | | |
| None | 1 | | | 0 | 0 | | |

| MOTOR RESPONSE: | | | | RESPIRATORY RATE: | | | |
|---|---|---|---|---|---|---|---|
| Obeys Commands | 6 | | | 10 - 29 | 4 | | |
| Localized (pain) | 5 | 5 | 5 | > 29 | 3 | | |
| Withdraws (pain) | 4 | | | 6 - 9 | 2 | | 2 |
| Flexion (pain) | 3 | | | 1 - 5 | 1 | | |
| Extension (pain) | 2 | | | 0 | 0 | | |
| None | 1 | | | | | | |

| TOTAL GLASGOW SCORE | | 10 10 | TOTAL | 16 | |
|---|---|---|---|---|---|

### Modified Glasgow Scale for Children (4)

| FINDING | SCORE |
|---|---|
| Eye Opening | |
| Spontaneous | 4 |
| To speech | 3 |
| To pain | 2 |
| None | 1 |
| Best Verbal Response | |
| Coos, Babbles | 5 |
| Irritable cries | 4 |
| Cries to pain | 3 |
| Moans to pain | 2 |
| None | 1 |
| Best Motor Response | |
| Normal spontaneous movements | 6 |
| Withdraws to touch | 5 |
| Withdraws to pain | 4 |
| Abnormal flexion | 3 |
| Abnormal extension | 2 |
| None | 1 |

A - Abrasion  E - GSW  I - Scars
B - Laceration  F - Stabbings  J - Casts
C - Contusion  G - Open Fracture  Other
D - Amputation  H - Closed Fracture

EXHIBIT
VAN LOVEREN
3

ER-150
Rev. 4/5
M40211

TRAUMA
CASE # 1617183-6
717113                    GSH

**Good Samaritan Hospital**
375 Dixmyth Avenue / Cincinnati Ohio 45220-2489
(513) 872-1400

**TRAUMA HISTORY AND PHYSICAL FORM**
Page 1 of 2

| NAME Silvey, Pamela | | | | | |
|---|---|---|---|---|---|
| CASE NO. | INJURY DATE 11/1/47 | TIME OF INJURY | TRANSPORT MODE | REFERRING HOSPITAL | |

ADMISSION DATE 1/1/41  DOB  NAME  ADMISSION TIME  AGE  SEX F  RACE C

## MECHANISM OF INJURY

| ☒ MVA | YES | NO | ☐ MOTORCYCLE ☐ BICYCLE | ☐ GUNSHOT | ☐ BURN | ☐ SPORTS |
|---|---|---|---|---|---|---|
| SINGLE VEHICLE: | ☒ | ☐ | | CALIBER: _____ | ☐ CRUSH | ☐ DIVING |
| DRIVER: | ☒ | ☐ | YES NO | RANGE: _____ FT. | ☐ OTHER _____ | |
| FRONT SEAT: | ☒ | ☐ | HELMET ☐ ☐ | ☐ SHOTGUN | | |
| RESTRAINED: | ☐ | ☒ | VS. AUTO ☐ ☐ | GAUGE _____ | SELF-INFLICTED INJURY | |
| EJECTED: | ☐ | ☒ | ☐ FALL | RANGE: _____ FT. | ☐ Yes ☐ No | |
| ROLLOVER: | ☐ | ☒ | | ☐ STAB WOUND | WORK RELATED INJURY | |
| PEDESTRIAN: | ☐ | ☒ | DISTANCE: _____ FT. | ☐ ASSAULT | ☐ Yes ☐ No | |

## HISTORY

| | Yes | No |
|---|---|---|
| LOC | ☒ | ☐ |
| ETOH | ☐ | ☒ |
| hemodynamic instability | ☐ | ☒ |

Single car MVA.
Hit guard rail driver
Side then passenger side

## PAST MEDICAL HISTORY

| | YES | NO | IF YES, EXPLAIN: |
|---|---|---|---|
| CARDIAC | ☐ | ☒ | |
| PULMONARY | ☐ | ☒ | |
| RENAL | ☐ | ☒ | |
| DIABETES | ☐ | ☒ | |
| NEUROLOGIC | ☐ | ☒ | |
| VASCULAR | ☐ | ☒ | |
| TRAUMA | ☐ | ☒ | |
| SMOKING | ☒ | ☐ | |
| ETOH | ☐ | ☒ | |
| SURGERY | ☐ | ☒ | |

| ALLERGIES | MEDICATIONS |
|---|---|
| Ø | Ø |

OTHER:

## PHYSICAL EXAM

**INITIAL VITAL SIGNS**

BP: 105/70   HR: 77   RR: ___   TEMP: ___   $SaO_2$ 100%

CRANIOFACIAL  Ø   PEERL

EARS

EYES  PEERL, disconjugate gaze

NOSE  Ø

ORAL  Ø

NECK  nt/ndn, no step offs

CHEST  CTA, nt/ndn

ABDOMEN  Soft, nontender, nondistended

BACK

PELVIS  Stable

RECTUM  nt tone    GUAIAC ⊖

GENITALIA  nl ♀

EXTREMITIES  no apparent injuries

☐ UNKNOWN

| GLASGOW COMA SCALE | | | TRAUMA SCORE | |
|---|---|---|---|---|
| **EYE OPENING:** | | | GLASGOW COMA | 4 |
| Spontaneous | 4 | | 13-15 | 4 |
| To Voice | 3 | 2 | 9-12 | 3 |
| To Pain | 2 | | 6-8 | 2 | 3 |
| None | 1 | | 4-5 | 1 |
| | | | 3 | 0 |
| **VERBAL RESPONSE:** | | 3 | SYSTOLIC BP: | 3 |
| Oriented | 5 | | > 89 | 4 |
| Confused | 4 | | 76-89 | 3 |
| Inappropriate | 3 | | 50-75 | 2 | 4 |
| Incomprehensible | 2 | | 1-49 | 1 |
| None | 1 | | 0 | 0 |
| **MOTOR RESPONSE:** | | | RESPIRATORY RATE: | |
| Obeys Commands | 6 | | 10-29 | 4 |
| Localized (pain) | 5 | | > 29 | 3 | 4 |
| Withdraws (pain) | 4 | 5 | 6-9 | 2 |
| Flexion (pain) | 3 | | 1-5 | 1 |
| Extension (pain) | 2 | | 0 | 0 |
| None | 1 | | | |
| **TOTAL GLASGOW COMA SCORE (3-15)** | 10 | | **TOTAL RTS (0-12)** | 11 |

## VASCULAR

| | CAROTID | BRACHIAL | RADIAL | FEMORAL | POPLITEAL | PEDAL |
|---|---|---|---|---|---|---|
| LEFT | 2+ | | 2+ | | | 2+ |
| RIGHT | 2+ | | 2+ | | | 2+ |

PSilvey-OH-GoodSamaritan-000228

MEDICAL RECORDS COPY · PLACE ON CHART UNDER "PROGESS NOTES" SECTION

EXHIBIT
VAN LOVEREN
4
2 pages

# GOOD SAMARITAN HOSPITAL
### CINCINNATI, OHIO 45220

### TRAUMA ADMISSION HISTORY AND PHYSICAL

SILVEY, PAMELA                                                                 194537

Barbara Koenig, M.D.

**DATE OF ADMISSION:**            01/15/98

**CHIEF COMPLAINT:**             Motor vehicle accident.

**HISTORY PRESENT ILLNESS:**        The patient is a 34-year-old white female who reportedly left for work at the usual time this morning, driving a van. Approximately an hour or so later her husband, who was driving the same route to his place of employment, saw the van at the side of the road and pulled over. He found his wife slumped over in the driver's seat, apparently restrained. She was responsive but not coherent and not verbalizing appropriately. She seemed to be quite obtundent. There was evidence of minor damage to the van, which included a windshield or a side window and also damage externally to the van where she had hit the side guardrail. There was, however, minimal damage to suggest any high speed impact. Apparently the patient's husband summoned ambulance and she was transported with spine immobilization to Good Samaritan Hospital. Dr. Vincent Pangalos of the Emergency Department asked for a Trauma alert.

Upon patient's arrival, the patient a blood pressure of about 110 systolic but a heart rate of 60. She was showing some signs of attempting to respond verbally but inappropriately and she was reportedly moving her right upper and lower extremities but had some decorticate posturing on the left. The patient's level of consciousness and a dysconguate gaze and the decorticate posturing on the left led the physicians to intubate the patient with neuromuscular blockade and sedation.

After standard trauma evaluation and laboratory and x-ray studies were performed, the patient was transported to the C.T. scanner for C.T. scan of her head and abdomen. According to Dr. Banister, the patient's heart rate dropped to about 45 beats per minute and when she was given 0.5 mg of Atropine, her heart rate came up promptly but so did her blood pressure. When her blood pressure was 190 systolic, she was treated with Nitroglycerin IV. to control this pressure. She was also given, I believe, 25 grams of Mannitol IV. A Foley catheter had been previously placed as had a nasogastric tube, and her endotracheal tube was patent and assist ventilations were employed.

**PAST MEDICAL HISTORY:**        Past medical history was obtained from the patient's husband. He when questioned did not recall the patient complaining of any recent headaches. He states that she has no history of seizures and there is no family history that he is aware of. The patient has no chronic medical or surgical problems, according to her husband.

**MEDICATIONS:**            None.

**ALLERGIES:**             The patient's husband states she is allergic to aspirin.

**IMMUNIZATION STATUS/PERSONAL HABITS:** Not ascertained at this time from the husband.

**PHYSICAL EXAMINATION:**
**VITALS:** Vitals signs were as indicated in the pertinent history.
**HEENT:** The patient did not have any evidence of external trauma to her head. Eyes: initially, they were reported as pupils of 5 mm with a dysconguate gaze and some reactivity. Extraocular movements could not be evaluated at that time. Tympanic membranes were clear and intact bilaterally. Mouth and oropharynx were atraumatic but her dentition is fairly poor for her age. An endotracheal tube was in place when I saw the patient.
Continued on next page.

### ADMISSION HISTORY AND PHYSICAL
### MEDICAL RECORD

PSilvey-OH-GoodSamaritan-
000221

## GOOD SAMARITAN HOSPITAL
CINCINNATI, OHIO 45220

### TRAUMA ADMISSION HISTORY AND PHYSICAL

194537

SILVEY, PAMELA

Page : 2

**NECK:** Unable to be evaluated for pain or other sensation due to the patient's level of cooperation and the medications (neuromuscular blockade and sedation) that she had received. There was, however, a cervical collar in place and no evidence of tracheal deviation, crepitus or subcutaneous emphysema.

**LUNGS:** Clear to auscultation bilaterally.

**HEART:** Regular rhythm at a borderline tachycardic rate without murmur or gallop.

**CHEST:** Stable on AP and lateral compression without crepitus or subcutaneous emphysema.

**ABDOMEN:** Soft, flat, apparently nontender. There were no masses or organomegaly appreciated. Bowel sounds were present but hypoactive. One could not elicit for rebound tenderness adequately due to the patient's level of consciousness. Pelvis was stable to AP and lateral compression.

**RECTAL:** Exam was performed by Dr. Banister and the patient had good sphincter tone despite the fact that the patient had been incontinent of stool and urine at the time of her initial evaluation. Foley catheter was placed.

**EXTREMITIES:** The patient had no evidence of external trauma to her extremities. She did have decorticate posturing on the left and spontaneous range of motion of her right upper and lower extremities. Sensation appeared to be grossly intact in the right lower extremity and probably in the left lower extremity at the time of the initial exam.

**NEUROLOGICAL:** The patient was responsive and attempted to verbalize but inappropriately. It is not clear as to whether she had any spontaneous eye opening and she was intubated when I saw her, so her Glasgow coma score was in the range of about 60.

**LABORATORY STUDIES:**    Chest x-ray and lateral cervical spine films were within normal limits. A C.T. of the head was performed which demonstrated a right anterior temporal lobe hemorrhage, some subarachnoid hemorrhage and a very small subdural on that side with a mass effect and slight right-to-left shift. This bleed was thought to be due either to an aneurysmal bleed or an arteriovenous malformation and not thought to be due to a traumatic blow to the head. Neurosurgery had been consulted and was present to view the patient and the CAT scan at that time. CAT scan of the patient's abdomen was also obtained to rule out any intra-abdominal injury and this was interpreted as being negative or within normal limits with no free intraperitoneal hemorrhage or any solid organ injury. The rest of the patient's laboratory studies were entirely within normal limits.

**IMPRESSION:**    Minor motor vehicle accident with intracerebral hemorrhage secondary to aneurysm or AV malformation as the precipitating cause. Right anterior lobe intracerebral bleed, small subarachnoid hemorrhage and small right subdural hemorrhage.

**PLAN:**    Stat. neurosurgical consultation, immediate arteriography and possible surgical intervention by the neurosurgeons. Control of blood pressure and control of airway with proper oxygenation.

_Barbara Koenig, M.D._

Barbara Koenig, M.D.
mp
D: 01/15/98
T: 01/15/98

cc: Barbara Koenig, M.D., Trauma Services11FG

### ADMISSION HISTORY AND PHYSICAL
### MEDICAL RECORD

PSilvey-OH-GoodSamaritan-000222

**Good Samaritan Hospital**
375 Dixmyth Avenue / Cincinnati, Ohio 45220-2489
(513) 872-1400

DATE: 1/15/98

## PRE - ANESTHESIA EVALUATION

PROCEDURE: 35yo ♀ pMCA → Crani For Aneurysm

PMH: ⊕ mom

⊕ Intracranial bleed → (R) MCA

PAh Silver

GCS - 10 ⁷/₆

Transient 11 ³/₆

CPA - wl

Lat C-spine -ok

Lg still in collar

PREVIOUS ANESTHESIA PROBLEMS:    [  ] None

MEDS: (✓ - taken today)  ∅

ALLERGIES:  ∅  ASN

**PE:** 105/70        77                                                    WT:

DENTITION:                                      AIRWAY:

ETT in place

LABS: PT/PTT - 11.0 / 25.7    4.1 3.5    ¹³⁶/₄₄ / ¹⁰¹/₀.₇ / ⁷⁰/107

ASA:

PLAN: _____ anesthesia discussed; major risks/alternatives/benefits understood and accepted

All questions answered. The patient's postoperative destination was discussed.

HISTORY, PHYSICAL, PHYSICIANS PROGRESS, CONSULTATION NOTES & DISCHARGE SUMMARY

3506    Rev 11/96.



EXHIBIT
VAN LOVEREN
5

PSilvey-OH-GoodSamaritan-
000265

# MAYFIELD CLINIC
## PROCEDURAL CONSENT FORM

*State law requires physicians to inform patients of risks associated with your contemplated surgery or medical procedure. This form is simply a confirmation that we have discussed your contemplated operation or medical procedure and have given you sufficient information upon which to make a decision.*

I, _Pam Silvey_ give my consent to the following procedures or treatments:

_Craniotomy & clipping of aneurysm, & removal of clot_

to be performed by Dr. _van Loveren & Associates_

   The nature of my illness/injury and purpose of these procedures/treatments have been explained to me. Anesthesia has certain risks which you should discuss with the anesthesiologist and your personal physician. Risks of this procedure, include:

- ✓ Death
- ✓ Brain Damage
- ✓ Quadriplegia (Paralysis of all arms and legs)
- ✓ Paraplegia (Paralysis of both legs)
- ☐ Loss of Organ (including bowel and/or bladder problems)
- ☐ Loss of Arm or Leg
- ☐ Loss of function of Organ
- ✓ Loss of function of arm or leg
- ✓ Scars
- ✓ Stroke and/or paralysis
- ✓ Blindness and/or double vision (and/or other vision problems)
- ✓ Hemorrhage (bleeding can be severe)
- ✓ Infection
- ✓ Nerve Damage
- ☐ Other complications of infrequent nature: _stroke, coma, death, need for further surgery_
- ☐ Pain

} All of these are possible; however, unlikely.

Other: _____

   These have been fully explained to me. I have been informed of reasonable alternate methods of treatment and the advisability of the recommended procedures/treatments. All questions I have asked have been answered to my satisfaction. I recognize that the practice of medicine is not an exact science and that it is not reasonable to expect the physician to be able to anticipate or explain all risks and complications of the procedures/treatments. I understand that no guarantees have been made to me about the results of any procedures/treatments.

Signature of Patient: _____   Date: _____

Signature of Relative (Where required): _x Kenneth E. Sily_   Date: _1-15-98_

Signature of Representative (Where required): _____   Date: _____

Witness: _J. Cohen_   Date: _1/15/98_

COMMUNICATIONS   PM-1 CONSENT PM-1 10 11 96

EXHIBIT
VAN LOVEREN
6

PSilvey-OH-Good Samaritan-
001428

DPO-12

GOOD SAMARITAN HOSPITAL
375 DIXMYTH AVENUE
CINCINNATI,OHIO 45220

PAGE:      1

DEPARTMENT OF RADIOLOGY
CAT SCAN REPORT

NAME...... SILVEY,PAMELA S                 D.O.B..... 02/01/963    AGE.. 034
CASE # ..        1849379                   PAT TYPE.. B
MRN........ 194537                         REF. BY. 1 VANLOVEREN, HARRY  M.D.
LOCATION.. 12C     1252 - 01                        5 PANGALOS, VINCENT  M.D.
XRAY #..... 09-291934

ADM DIAGNOSIS.... SUBARACHNOID HEMMORAGE
PERTINENT SYMPTOMS
      TRAUMA


   REQ. #      PROCEDURE                      PERF. DT/TM    REQ. DT/TM
   R4927417    HEAD W/O & W                   01/15/98  0812 01/15/98  0806

                        ****************
                        * FINAL REPORT *
                        ****************
DICT. BY.. GASKILL, MARY F  M.D.           TRAN. BY... SRS
                                           DATE/TIME.. 01/15/98 1616
DATE/TIME. 01/15/98 1503                   PROOF READ. GASKILL, MARY F  M.D.
                                           DATE/TIME.. 01/15/98 1650
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROCEDURE ON SILVEY,PAMELA S            01/15/98  0812

HEAD CT WITHOUT CONTRAST:

FINDINGS:  THE PATIENT IS A 34-YEAR-OLD WOMAN INVOLVED IN AN
UNWITNESSED, MINOR TRAFFIC ACCIDENT.

A LARGE, APPROXIMATELY 3.5 CM HEMORRHAGE IS NOTED IN THE RIGHT
ANTERIOR TEMPORAL LOBE.  SUBARACHNOID HEMORRHAGE IS PRESENT
PRIMARILY IN THE RIGHT SYLVIAN FISSURE AND SUPRASELLAR CISTERN.
A SMALL, RIM RIGHT FRONTOPARIETAL SUBDURAL HEMATOMA IS NOTED.
THERE IS MODERATE MASS EFFECT NOTED WITH COMPRESSION OF THE
THIRD AND RIGHT LATERAL VENTRICLES AND APPROXIMATELY 1 CM
MIDLINE SHIFT TO THE LEFT.  THE FOURTH VENTRICLE IS PATENT.
THERE IS MILD DILATATION OF THE LEFT TEMPORAL HORN.  NO OBVIOUS
FRACTURES ARE IDENTIFIED.

IMPRESSION:

1.  LARGE, RIGHT TEMPORAL HEMATOMA ASSOCIATED WITH SMALL RIGHT,
RIM SUBDURAL HEMATOMA AND PREDOMINANTLY RIGHT-SIDED SUBARACHNOID
HEMORRHAGE.  DUE TO THE PATTERN OF HEMORRHAGE AND THE RELATIVELY
MINOR LEVEL OF TRAUMA, THE POSSIBILITY OF AN UNDERLYING VASCULAR
            * * * RESULT CONTINUED ON NEXT PAGE * * *

                                                      RAD
            * * * CHART COPY * *



EXHIBIT
VAN LOVEREN
7

PSilvey-OH-GoodSamaritan-
000456

DPO-12

GOOD SAMARITAN HOSPITAL
375 DIXMYTH AVENUE
CINCINNATI, OHIO 45220

PAGE:    2  LAST PAGE

DEPARTMENT OF RADIOLOGY
CAT SCAN REPORT

NAME....... SILVEY,PAMELA S            D.O.B..... 02/01/963    AGE.. 034
CASE #....    1849379                  PAT TYPE.. B
MRN....... 194537                      REF. BY. V VANLOVEREN, HARRY   M.D.
LOCATION.. 12C    1252 - 01                       S PANGALOS, VINCENT  M.D.
XRAY #..... 89-291934

ADM DIAGNOSIS.... SUBARACHNOID HEMMORAGE
PERTINENT SYMPTOMS
    TRAUMA


REQ. #    PROCEDURE                    PERF. DT/TM    REQ. DT/TM
R4927417  HEAD W/O & W                 01/15/98  0812  01/15/98  0806
              ***************************
              * FINAL REPORT CONTINUED *
              ***************************
DICT. BY.. GASKILL, MARY F  M.D.       TRAN. BY... SRS
                                       DATE/TIME.. 01/15/98 1616
DATE/TIME. 01/15/98 1503               PROOF READ, GASKILL, MARY F  M.D
                                       DATE/TIME.. 01/15/98 1650

-------------------------------------------------------------------
PROCEDURE ON SILVEY,PAMELA S            01/15/98  0812

LESION SUCH AS AN ANEURYSM OR MALFORMATION SHOULD BE CONSIDERED.

2.  MODERATE MASS EFFECT WITH MIDLINE SHIFT.

THE ABOVE FINDINGS WERE DISCUSSED WITH NEURAL SURGEON ON
1-15-98.


  P1:D7

RAD
. . . ..

PSilvey-OH-GoodSamaritan-
000459

DPO-12

GOOD SAMARITAN HOSPITAL
375 DIXMYTH AVENUE
CINCINNATI, OHIO 45220

PAGE:          1

DEPARTMENT OF RADIOLOGY
SPECIAL PROCEDURE REPORT

```
NAME...... SILVEY.PAMELA S                 D.O.B..... 02/01/963   AGE.. 034
CASE #....    1849379                      PAT TYPE.. B
MRN....... 194537                          REF. BY. : VANLOVEREN. HARRY  M.D.
LOCATION.. 12C    1252 - 01
XRAY #..... B9-291934
```

ADM DIAGNOSIS.... SUBARACHNOID HEMMORAGE
PERTINENT SYMPTOMS
    BLEED

```
REQ. #    PROCEDURE                        PERF. DT/TM    REQ. DT/TM
R4927563  ANGIOGRAM/CAROTID. BILATERAL     01/15/98  0900  01/15/98  0922
R4927999  ANGIOGRAM/VERTEBRAL             01/15/98  1100
R4927998  ANGIOGRAM/VERTEBRAL             01/15/98  1100
```

****************
* FINAL REPORT *
****************

```
DICT. BY.. GASKILL. MARY F  M.D.           TRAN. BY... RFH
                                           DATE/TIME.. 01/15/98 1405
DATE/TIME. 01/15/98 1406                   PROOF READ. GASKILL. MARY F  M.D.
                                           DATE/TIME.. 01/15/98 1652
```

------------------------------------------------------------------

PROCEDURE ON SILVEY.PAMELA S          01/15/98  0900

CEREBRAL ANGIOGRAM:

THE PATIENT IS A 34 YEAR OLD WOMAN INVOLVED IN A MINOR MOTOR
VEHICLE ACCIDENT WHO PRESENTED WITH A LARGE RIGHT TEMPORAL
HEMORRHAGE WITH ASSOCIATED SMALL RIGHT SURDURAL HEMATOMA AND
RIGHT SIDED SUBARACHNOID HEMORRHAGE.  UNDERLYING VASCULAR
MALFORMATION WAS SUSPECTED DUE TO THE PATTERN OF HEMORRHAGE AND
RELATIVELY MINOR TRAUMA. INFORMED CONSENT WAS OBTAINED FROM THE
PATIENT'S HUSBAND.

CEREBRAL ANGIOGRAM WAS PERFORMED VIA RIGHT FEMORAL APPROACH
UTILIZING A 5 FRENCH SHEATH. 5 FRENCH JB-1 CATHETER. REMOVABLE
CORE GUIDEWIRE AND ANGLED GLIDE WIRE.

RIGHT COMMON CAROTID ARTERY INJECTION:  INTRACRANIAL FILMING
DEMONSTRATES AN ANEURYSM AT THE RIGHT MIDDLE CEREBRAL ARTERY
TRIFURCATION.  THE ANEURYSM APPEARS TO HAVE THREE PROMINENT
LOBULATIONS AND POINTS INFERIORLY AND SLIGHTLY ANTERIORLY.  THE
ANEURYSM LIES AT THE TRIFURCATION POINT OF THREE MAJOR MCA
            * * * RESULT CONTINUED ON NEXT PAGE * * *

RAD

* * * CHART COPY * *



PSilvey-OH-GoodSamaritan-
000458

DPO-12

GOOD SAMARITAN HOSPITAL
375 DIXMYTH AVENUE
CINCINNATI, OHIO 45220

PAGE:     2

DEPARTMENT OF RADIOLOGY
SPECIAL PROCEDURE REPORT

NAME...... SILVEY, PAMELA S          D.O.B....., 02/01/1963    AGE.. 034
CASE #....     1849379               PAT TYPE.. B
MRN....... 194537                    REF. BY, : VANLOVEREN, HARRY  M.D.
LOCATION.. 12C    1252 - 01
XRAY #..... B9-291934

ADM DIAGNOSIS.... SUBARACHNOID HEMMORAGE
PERTINENT SYMPTOMS
      BLEED

    REQ. #      PROCEDURE                        PERF. DT/TM     REQ. DT/TM
    R4927563    ANGIOGRAM/CAROTID, BILATERAL     01/15/98  0900  01/15/98  0922
    R4927999    ANGIOGRAM/VERTEBRAL              01/15/98  1100
    R4927998    ANGIOGRAM/VERTEBRAL              01/15/98  1100

                    *************************
                    * FINAL REPORT CONTINUED *
                    *************************
DICT. BY.. GASKILL, MARY F  M.D.        TRAN. BY... REH
                                        DATE/TIME.. 01/15/98 1405
DATE/TIME. 01/15/98 1406                PROOF READ. GASKILL, MARY F  M.D
                                        DATE/TIME.. 01/15/98 1652

-----------------------------------------------------------------

PROCEDURE ON SILVEY, PAMELA S        01/15/98  0900

BRANCHES.  THE NECK OF THE ANEURYSM APPEARS WIDE AND
MAY INVOLVE THE PROXIMAL PORTION OF A RIGHT M2 BRANCH.  A
SMALLER M2 BRANCH FILLS SLIGHTLY LATER AND MAY ARISE FROM OR
NEAR THE BASE OF THE ANEURYSM.  THE ANEURYSM MEASURES
APPROXIMATELY 12 MM IN GREATEST LENGTH.  THE REMAINDER OF THE
RIGHT INTERNAL CAROTID ARTERY IS UNREMARKABLE.  NO OTHER
ANEURYSMS ARE SEEN.  NO STENOSIS ARE PRESENT.

RIGHT BRACHIOCEPHALIC INJECTION.  A BLOOD PRESSURE CUFF WAS
PLACED ON THE RIGHT ARM DURING INJECTION OF RIGHT
BRACHIOCEPHALIC ARTERY.  THE DISTAL RIGHT VERTEBRAL ARTERY IS
VISUALIZED.  THE ORIGIN OF RIGHT PICA IS IDENTIFIED AND APPEARS
NORMAL.  NO ANEURYSMS ARE IDENTIFIED.

LEFT VERTEBRAL INJECTION:  THE LEFT VERTEBRAL ARTERY IS DOMINANT
WITH A PATENT ORIGIN.  THE VESSEL WAS SELECTIVELY CATHETERIZED
USING ROAD MAP TECHNIQUE.  THE DISTAL LEFT VERTEBRAL AND BASILAR
ARTERY ARE PATENT.  A SMALL AMOUNT OF REFLUX DOWN THE RIGHT
VERTEBRAL IS PRESENT.  NO ANEURYSMS OR VASCULAR MALFORMATIONS
            * * * RESULT CONTINUED ON NEXT PAGE * * *

                                                        RAD

            * * * CHART COPY * *

PSilvey-OH-GoodSamaritan-
000457

DPO-12

GOOD SAMARITAN HOSPITAL
375 DIXMYTH AVENUE
CINCINNATI, OHIO 45220

PAGE:    3   LAST PAGE

DEPARTMENT OF RADIOLOGY
SPECIAL PROCEDURE REPORT

```
NAME...... SILVEY,PAMELA S           D.O.B..... 02/01/963   AGE.. 034
CASE #....    1849379                PAT TYPE.. B
MRN....... 194537                    REF. BY. : VANLOVEREN, HARRY  M.D.
LOCATION.. 12C    1252 - 01
XRAY #..... 89-291934
```

ADM DIAGNOSIS.... SUBARACHNOID HEMMORAGE
PERTINENT SYMPTOMS
      BLEED

```
REQ. #    PROCEDURE                    PERF. DT/TM     REQ. DT/TM
R4927563  ANGIOGRAM/CAROTID, BILATERAL 01/15/98  0900  01/15/98  0922
R4927999  ANGIOGRAM/VERTEBRAL          01/15/98  1100
R4927998  ANGIOGRAM/VERTEBRAL          01/15/98  1100
```

************************
* FINAL REPORT CONTINUED *
************************

```
ICT. BY.. GASKILL, MARY F  M.D.        TRAN. BY... RFH
                                       DATE/TIME.. 01/15/98 1405
DATE/TIME. 01/15/98 1406               PROOF READ. GASKILL, MARY F  M.D
                                       DATE/TIME.. 01/15/98 1652
```

-------------------------------------------------------------------

PROCEDURE ON SILVEY,PAMELA S          01/15/98  0900

ARE SEEN.

LEFT COMMON CAROTID ARTERY INJECTION:  THE DISTAL INTERNAL
CAROTID ARTERY AND ITS BRANCHES ARE PATENT.  NO ANEURYSMS OR
VASCULAR MALFORMATIONS ARE IDENTIFIED.

IMPRESSION:

APPROXIMATELY 12 MM, TRI-LOBED ANEURYSM OF THE RIGHT MIDDLE
CEREBRAL ARTERY TRIFUCATION AS DESCRIBED ABOVE.

 P1:D7,P2:D7,P3:D7

* * * CHART COPY * *                           RAD
                                               . . . . . .

PSilvey-OH-GoodSamaritan-
000460

GOOD SAMARITAN HOSPITAL
Cincinnati, Ohio  45220

OPERATIVE REPORT

1252-1
194537

*SILVEY*
SILVEY, PAMELA
HARRY R. VANLOVEREN, M.D.

DATE OF OPERATION:

PREOPERATIVE DIAGNOSIS:     1.  Subarachnoid hemorrhage, right ruptured MCA
                                aneurysm.

POSTOPERATIVE DIAGNOSIS:    Same.

OPERATION PERFORMED:        1.  Right frontotemporal craniotomy.
                            2.  Evacuation of sylvian fissure hematoma.
                            3.  Clipping of MCA aneurysm.

SURGEON:  Barry R. VanLoveren, M.D.

ASSISTANTS:  ANDREW J. KOKKINO, M.D., Michael Link, M.D.

ANESTHESIA:  General anesthesia

OPERATIVE INDICATIONS: This is a young woman found unresponsive in her car one
hour after leaving home for work.  She suffered subarachnoid hemorrhage with
hematoma in the sylvian fissure and the right temporal lobe secondary to
ruptured MCA aneurysm.

Patient identification, lesion identification and localization were confirmed
on the day of surgery by patient examination, record review, and review of
radiographic studies.

DETAILS OF OPERATION:  The patient was taken to the operating room and placed
under general anesthesia with endotracheal intubation.  She was placed on the
operating room table supine with the head in three pin radiolucent fixation
rotated to the left.  The thorax was slightly elevated.  All pressure points
were padded and the patient appropriately secured to the table.  Prophylactic
antibiotics and anticonvulsants were administered.  Brain relaxation was
supplemented with hyperventilation and osmotic diuresis and gravity.  Brain
protection was administered by Anesthesia Department.

The right frontotemporal area was shaved, prepped and draped as a sterile
field as was the right groin for intraoperative angiography.  The scalp
incision began at the tragus and followed the hair line to the midline.  The
myocutaneous flap was reflected inferiorly and retained.  Bur holes were
placed in the bone and a frontotemporal bone flap elevated with the Midas-Rex
instrumentation.  The dura was opened and reflected inferiorly.  The entire
intradural phase of the operation was performed with the aid of the operating
microscope, microsurgical technique and instrumentation.

The brain was quite red.  There was subdural hematoma and significant brain
swelling.  The temporal lobe was entered directly and extensive hematoma
evacuated to create some relaxation.  The sylvian fissure was then dissected
along with the anterior temporal lobe until the aneurysm was identified.  The
aneurysm was complex and bi-lobed.  On dissection, it was found that the M-1
entry vessel had a long base with the aneurysm.  The two M-2 exit vessels were



PSllvey-OH-Good Samaritan-
001241

GOOD SAMARITAN HOSPITAL
Cincinnati, Ohio  45220

OPERATIVE REPORT

SYLVEY, PAMELA

PAGE:  2

partially incorporated into the aneurysm neck and/or fundus.  This
necessitated a clip application that maintained a small aneurysm rest to allow
distal flow to continue.  We used a slightly curved non-feromagnetic
Yassergill clip.  The intraoperative angiogram demonstrated patency of the
vessels and, in fact, showed no significant aneurysm rest although we know
that one was retained.  The aneurysm rest was wrapped with cotton.

After irrigation and hemostasis and further evacuation of temporal hematoma,
the wound was closed.  The dura was reapproximated with interrupted Vicryl
sutures, the bone was replaced with titanium plates and screws.  Retention
sutures were placed in the dural edge.  The myocutaneous flap was closed over
the Jackson-Pratt drain using interrupted Vicryl sutures and staple
approximation of skin.  Sterile dressing and head wrap were applied and the
patient returned to the recovery room in stable condition.

_Harry van Loveren m.d._

HARRY R. VANLOVEREN, M.D.

HV/47/3640
D:  01/16/98
T:  01/17/98
 (cclist)

CC: Harry R. VanLoveren, M.D.

PSilvey-OH-Good Samaritan-
001242

**Good Samaritan Hospital**
3217 Clifton Ave. / Cincinnati, Ohio 45220-2489
(513) 872-1400

SILVEY, PAMELA S
1849379-1    034
MRN 000000194537
DR. VANLEVEREN, HARRY P    01/1

1/16/98 Trauma

AFVSS
Abd soft
Pt somewhat competent ↑ responsive
Pt lg OK yesterday ↑ no ⊕ MentA
⊕ identified injuries
Trauma will sign off.
Neuro per neurosurg
following few commands.

Bloeny MD

---

**RESPIRATORY SERVICES DEPT.**
**SPONTANEOUS VENTILATORY PARAMETERS**

PATIENT: SILVEY
DATE: 1-16-98

M.V. 4.75 liters     RR 18 BPM
TV 263 ml.     NIF 28 CWP
RR/TV 60     VC ___ ml

THERAPIST: B. Barrosoe

---

1/16 Pulm.

34 yo WF ē recent SAH 2° aneurysm. Clipped yesterday. CT head shows some edema. On decadron · mannitol · dilantin · nimotop. Fisher grade 3. Fluids @ 75cc/hr ē good U.O. levophed @ 20µ ē SBP 110-120 range. Sedated ē sublimaze. Breathing ē CPAP alone (TV 250 RR 14 : pO₂ 80 pH 7.3)

PMH: heavy smoker
VSS. AF    Gen: sedate ⊕    HEENT: ∅ JVD    Cor: regular @ 92 J m̄
Lung: CTA    Abd: soft    Ext: ⊕ edema /mottling
Weaning parameters acceptable.    TCD's scheduled for am.
Imp: S/p SAH ē clipping.    ? 1° proven edema vs ischemia 2° vasospasm. Currently tol'd for tol̄

Plan: ✓ TCD's in am. If ↑ will place central line vs swan to advance Pressors ē maximize volume. If not ↑ will lighten sedation ē attempt extubation.

3-273 (REV. 8/83)    HISTORY, PHYSICAL, PHYSICIAN PROGRESS, CONSULTATION NOTES & DISCHARGE SUMMARY

EXHIBIT
VAN LOVEREN
10

PSilvey-OH-GoodSamaritan-000268

Pam Silvey
Progress Note
January 19, 1998

Pam Silvey was evaluated in Neuro ICU. She remains neurologically intact without evidence of overt vasospasm. She will continue routine post operative care, this is day 4 subarachnoid hemorrhage. H. van Loveren, M.D.

Pam Silvey
Progress Note
January 26, 1998

Pam Silvey was evaluated in Neuro Intensive Care and discussed with the resident and nursing staff. Neurologically she remains intact and a follow up angiogram did not demonstrate vasospasm. Her primary problem is with poor oxygenation. She is supported by intubation and ventilation and is being treated by Dr. Hayner, our neuro-intensivist. H. van Loveren, M.D.

Pam Silvey
Progress Note
January 27, 1998

Pam Silvey was evaluated in Neuro Intensive Care. She was discussed with her family as well. She remains neurologically quite stable and obeys commands easily. Her main problems are ventilatory. We are able at this time to begin weaning her ventilation and hopefully proceed towards extubation. H. van Loveren, M.D.

Pam Silvey
Progress Note
January 29, 1998

Pam Silvey was evaluated in Neuro Intensive Care and discussed with our neurointensivist, Dr. Parker. She has not met ventilatory weaning criteria. We have plans to perform a tracheostomy so that we can progress her rehabilitation. H. van Loveren, M.D.

Pam Silvey
Progress Note
January 31, 1998

Pam Silvey was evaluated. She has had no complications from tracheostomy. Dr. Hayner continues to work with her ventilatory support. She has been recovering from the ileus with return of a more normal bowel routine, even though her abdomen remains somewhat distended. H. van Loveren, M.D.

Pam Silvey
Progress Note
February 1, 1998

Pam Silvey was evaluated. She is stable with tracheostomy, but continues to have difficulties with ARDS. The neurointensivists are managing ventilation. H. van Loveren, M.D.

Pam Silvey
Progress Note
February 3, 1998

Pam Silvey was evaluated in Neuro Intensive Care and discussed with Dr. Parker, Neuro-Intensivist. She is sedated with Ativan to achieve improved ventilation which is impaired by ARDS, felt to the secondary in part to pneumonia, in combination with an extensive smoking history. Neurologically she remains relatively unchanged. H. van Loveren, M.D.



EXHIBIT
VAN LOVEREN
11

GOOD SAMARITAN HOSPITAL
Cincinnati, Ohio  45220

**DISCHARGE SUMMARY**

SILVEY, PAMELA                                               194537
STEVEN S. WUNDER, M.D.

DATE OF ADMISSION:  02/21/98

DATE OF DISCHARGE:  02/27/98

FINAL DIAGNOSES:           1.  Subarachnoid hemorrhage.
                           2.  Right MCA aneurysm with clipping.
                           3.  Respiratory failure.
                           4.  Acute respiratory distress syndrome.
                           5.  Tracheostomy.
                           6.  Gait disturbance.
                           7.  Resolved hemiparesis.
                           8.  Resolved cognitive impairment.
                           9.  Status post tracheostomy removal.

HISTORY OF PRESENT ILLNESS:  This 34-year-old female was admitted to Good
Samaritan Hospital on 01/15/98.  She presented with increasing confusion.  She
had an automobile accident.  When she came in, she was noted to have a large
subarachnoid hemorrhage on the right.  Work-up showed evidence of a right MCA
aneurysm.  She underwent craniotomy and clipping.  She did well in this
regard.  Postoperatively, she had pneumonia and ARDS.  She was managed by Dr.
Parker.  She had a tracheostomy.

HOSPITAL COURSE:  From a respiratory standpoint, she eventually improved.  She
had mild cognitive impairment and left hemiparesis initially.  She was
medically stabilized and admitted to Rehabilitation.  She had resolution of
the left hemiparesis.  She had resolution of any cognitive impairments and was
clear.  She had neuropsychological screen and speech screen, and she was
independent with thought processes, memory, etc.  She still had some very
minor balance difficulties in physical therapy.  She was pretty well
independent, however, for gait transfers, and mobility.  In occupational
therapy, she did well with ADL skills.  She required some verbal queues for
safety for balance.  Her Dilantin level was toxic up to 23.  She was at 100 mg
of Dilantin t.i.d., and we backed off to b.i.d.  Her last Dilantin level was
17.5.  We ordered another one the day of discharge, and that is still pending.
Her tracheostomy site was healing up well.  She was continent of bowel and
bladder.  There were no other nursing issues.  Her husband came in and
observed and was comfortable with her care.

DISCHARGE MEDICATIONS:       1.  Axid 150 b.i.d.
                             2.  Proventil inhaler p.r.n.
                             3.  Dilantin 100 b.i.d.



EXHIBIT
VAN LOVEREN
12

PSilvey-OH-VanLoveren, MD-
001443



GOOD SAMARITAN HOSPITAL
Cincinnati, Ohio  45220

SILVEY, PAMELA

DISCHARGE SUMMARY

PAGE:  2                                                    194537

DISCHARGE INSTRUCTIONS:  She was to follow up with Dr. VanLoveren in six weeks. She was to see Dr. Parker as needed.  Outpatient therapy for higher level balance was ordered.

STEVEN S. WUNDER, M.D.

SW/47/5647
D:  02/27/98
T:  03/02/98

(cclist)

CC: Harry R. VanLoveren, M.D.
    Steven S. Wunder, M.D.
    Thomas J. Parker, M.D.

PSilvey-OH-VanLoveren, MD
001444



# MAYFIELD
## C L I N I C

April 20, 1998

Daniel Sway, M.D.
1540 West North Bend Road
Cincinnati, OH 45224

RE: PAM SILVEY

Dear Dr. Sway:

Mrs. Silvey was evaluated at the Mayfield Clinic on April 20, 1998, in follow up to clipping of her right MCA aneurysm three months ago. She still experiences some postural dizziness which is improving. Meclazine has been prescribed for these symptoms. Her easy fatigibility is improving especially after discontinuation of Dilantin three weeks earlie. Her complaint of progressive hair loss is unexplained and she has been referred to a dermatologist.

She has been encouraged to initiate a physical exercise program and prepare to return to work the first of June.

With best regards,

Harry R. van Loveren, M.D.

HRvL/AZ/jp/DOT 04-21-98

506 Oak Street · Cincinnati, Ohio · 45219-2552
513-221-1100 · 800-325-7787 · FAX 513-569-5279
www.mayfieldclinic.com
Affiliates: Mayfield Spine Institute · University ... Department of Neurosurgery · Children's Hospital Medical Center
Offices: Anderson · Blue Ash · ... · Edgewood · Fairfield · Hillsboro · Maysville
· Mt. Au... · Williamstown

PSilvey-OH-VanLoveren, MD-
001438



EXHIBIT
VAN LOVEREN
13

GOOD SAMARITAN HOSPITAL
CINCINNATI, OHIO  45220

DISCHARGE SUMMARY

SILVEY, PAM                                           194537

D

DATE OF ADMISSION:           1/15/98

DATE OF DISCHARGE:           2/27/98

FINAL DIAGNOSIS:             Subarachnoid hemorrhage.
                             Pneumonia, organism unspecified.
                             Adult respiratory distress
                                  syndrome.
                             Respiratory failure.
                             Essential hypertension.
                             Herpes simplex bronchitis.
                             Dysphagia.
                             History of tobacco abuse.
                             Tracheostomy for persistent
                                  respiratory failure.

PRINCIPAL PROCEDURES:        Temporary tracheostomy.
                             Clipping of cerebral aneurysm.
                             Bronchial biopsy with bronchoscopy.
                             Insertion of endotracheal tube.
                             Continuous mechanical ventilation.
                             Swan Ganz catheterization.

HOSPITAL SUMMARY:            The patient is a 35 year old female
who was found in the car unconscious after a motor vehicle
accident. Her work up from the Emergency Department revealed an
intracerebral bleeding and an angiogram confirmed a subarachnoid
hemorrhage secondary to aneurysm. This was clipped on 1/15 and
she was transferred to the ICU thereafter on mechanical
ventilation. She developed significant cerebral vaso spasm as
well as ARDS requiring hyperdynamic hypervolemic therapy. This
included intravenous Dopamine as well as Dobutamine and Levophed.
Due to inability to wean off of mechanical ventilation a
tracheostomy was performed and she was continued on aggressive
therapy until resolution of her cerebral vaso spasm and ARDS.
Because of persistent temperature she underwent a bronchoscopy
which did reveal herpes simplex in culture and this was treated
with clinical resolution on Acyclovir. She was also placed on
Cefepime as well as Flagyl for Acinetobacter in her sputum. Her
condition gradually improved and then later weaning was
instituted. She was seen by Physical Medicine and Rehab and her
tracheostomy tube was removed on 2/21 without difficulty. Her
Prednisone had been weaned off which had been used for the
assistance of resolution of ARDS and on 2/21 she was transferred
to the Rehab Unit for further therapy prior to being discharged
home.



EXHIBIT
VAN LOVEREN
14

PSilvey-OH-GoodSamaritan-
000117

GOOD SAMARITAN HOSPITAL
CINCINNATI, OHIO  45220

DISCHARGE SUMMARY

SILVEY, PAM                                        194537

Medications include Axid, 150 mgs. b.i.d.; Proventil inhaler,
p.r.n. and Dilantin, 100 mgs. b.i.d.  Activities ad lib.  Diet
regular.  Follow up will be arranged at the time of discharge
from the Rehab Unit.


_____
Christopher Hayner, M.D.
lb
D:    9/4/98
T:    9/7/98
cc:   Christopher Hayner, M.D.

last name SILVEY first name PAMELA     page 3    AGE

**ALLERGIES:** Aspicin     **BIRTH:** 3/1

| date | cheif complaint | lab tests, impress, xray | medications |
|------|-----------------|--------------------------|-------------|
| 7-23-93 WT 102 BP 94/62 T 99.1 | Pt is having sinus sh's feeling pressure above and around eyes and back of head. She can't breathe through her nose _lungs clear_ turbinates 3+ 3+ inflamed & swollen pharynx 1-2+ " " uvula was 1+ swollen TMs N/A no neck rigidity | post pharyngitis | ① Floricet 25 mg daily ② ③ Nasalcort spray ③ erythrom 250 #13 ② ④ Advil / Tylenol |
| 7-27-93 WT 100½ BP 90/62 Tp 98.6 | Pt c/o slight fever → Frontal Sins H/A Flaring up (2 times) left eye 6am x 1 day. Sinuses are better and Pt got sick this morning w a flu like illness. All of her kids have had it for 2 days. Cardia: Heart rate regular and 86/min Lungs: Clear w no rales or rhonchi (agree) HEENT: Throat non inflamed w some white patches? (no) normal Ears: clear w no fluid in middle ear Neck: no lymphadenopathy (agree) - Frontal sins: no pain on compression - Eyes: conjunctiva and sclera non-jaundiced or inflamed (agree) Nose: 1+ inflammation and swelling, no suicidal (agree) She feels much better now — | → Frontal Sins 1 2. 3. 4 5. Tylenol qi imp gastroenteritis & naso pharyngitis Pt adv clear liquid diet | |
| | | | Aspicin |

PSilvey-OH Longshore, MD-000056

EXHIBIT
VAN LOVEREN
15
5 pages

last name SILVEY first name PAMELA    page 7

**ALLERGIES:** ASA    **BIRTH:** 2/1

| date | cheif complaint | lab tests, impress, xray | medications |
|---|---|---|---|
| 10-4-94 953/4 BP 96/86 | Pt c/o wisdom tooth coming - (R) upper side) very painful, dreaded | | 1. orajel 2. tylenol |
| | — has several rotten teeth or has a 3+ tender 1-2+ inflammed area at back upper Rgt gum. | | |
| | — is wisdom tooth coming in? abcess? from dental caries | | — Vicron 430 — amoxil 250 430 to oral surg ASAP |
| | Frontal area | | |
| 10-27-94 wt 95 BP 80/60 | Pt c/o bad VHA's ? These start when she gets off work. Cant sleep- just tosses + turns. x 2-30 days — is upset at work! is working 10 hours/dy 50 hours/wk | | 1- tylenol . |
| | Lungs clear, TMs, cervical node n/r Turbinates 2+, 2+ swollen & inflammed No, maxillary sinus tenderness if all to dental caries (Rhinitis? (sinusitis? | | seldane / rinoral / A |
| 11-4-94 wt 99 4/1 BP 88/60 | Pt c/o bad pain in (R) jaw. — Pt sees oral surgeon tomorrow. LEFT | | tylenol seldane/rinoral adv |
| | Has 3+ tenderness f (R) maxillary sinus & (L) mandible 1" 1-2+ swelling f (L) " " " " & has 2-2+ swelling & tenderness of the gum on (L) lower | | warm soaks ASA Rx 1) Keflex 250 #40 2) tylenol #3 #2 |

PSilvey-OH Longshore, MD-
000052

last name SILVEY first name PAMELA page 9 AGE:

ALLERGIES                                    BIRTH: 2/1/6

| date | cheif complaint | lab tests, impress, xray | medications |
|------|-----------------|--------------------------|-------------|
| 12-15-94 | Has started new job x 4wks | | none |
| wt. 97 | ago - is exposed to paint fumes | | |
| BP 14/62 | and thinner fumes that | | |
| | cause her to have HAs, makes | | |
| | her sinuses clogged, makes | | add Claritin # 140 |
| | throat burn. Needs note | | Advil sinus 7tbs |
| | from doctor to move to a | | |
| | different section- | | |
| | Turbinates 2+ 2+ | inflamed & swollen | |
| | Lungs - clear | | |
| 2-10-95 | | | |
| wt 99 | | | |
| BP 110/82 | | | |

CC: Cold/Congestion    Pro. green

Date: 2-10-95
Weight: 99
BP:
Temp: 98.1
Increased temp. recently?  Y  N  /When?    How high?

cough ++ night
throat sore for awhile
right ear pops

Medications:
none

PE: Lungs: clear? (Y) N    Wheezing?  Y  N    Rales?  Y  N

but it
prolonged

| Nasal Turbinates: | swollen? | (Y) N | degree 1 (2 3) 4 |
| | inflamed? | (Y) N | degree 1 (2 3) 4 |
| | purulent exudate? | (Y) N | |
| Pharynx: | inflamed? | (Y) N | degree 1 (2) 3 4 |
| | swollen? | (Y) N | degree (1) 2 3 4 |
| Cervical nodes: | swollen? | (Y) N | degree (1) 2 3 4 |

① Tavist D ⑤
2 Tg/ewol otb
ES

Ears:

| | | LFT | clear | xs cerumen | inflamed | purulent |
| | | RT | clear | xs cerumen | inflamed | purulent |

concave    convex degree 1 2 3 4
inflamed degree 1 2 3 4
convex degree 1 2 3 4
concave    convex degree 1 2 3 4
inflamed degree 1 2 3 4

② Actifed x 600
③ Vaporizer & water
④ Velramyn w/
AB

Impression: pharyngitis    allergic rhinitis    otitis
Plan:

PSilvey-OH Longshore, MD-000049

last name Silvey    first name Pamela    page 16    AGE 3:

**ALLERGIES:** ASA    **BIRTH:** 2/1/63

date | cheif complaint | lab tests, impress, xray | medications

---

Date: 8-22-96    Time: A.M./P.M.    Who Called: Longshore    Phone: 541-4539 (H)

Patient's Full Name: Pam Silvey    Age:    To:

Medication Allergy:    PHARMACY: 873-3677 Marlene

REASON FOR CALL: Wts EMG results    DISPOSITION: EMG office

8-21-96 (BS+H)    — unable to reach

Got What EMG results?    8-23-96 — spoke č

Who ordeved these?    Marlene will

TO GOOD SAM pt to see him done 8/21/96    fax results

when reviewed Sue

Rec'd by: Sue    Handled by: please call at

---

8-24-96 Spoke č pt re EMG - normal findings FS 11:01 pm

8-27-96 Here for follow-up of neck    1. Anti-inflammatory

Wt:103 injury - feels better.    (Naprosyn)

8-27-96 BP 110    EMG of Rgt arm N/R

has splint on Rgt fore arm because of tendonitis



slight pain here (in upper back

PAP ( )

PELVIC EXAM ( )    medium Right shoulder area

BREAST EXAM ( )    check ↑ cm 1/2 + when she raises Rgt

BSE EXPLAINED ( )    arm to 180°    improved healing

MAMMOGRAM ( )    acute cervical

dT ( )    strain

FLU ( )    (Rtc prn    (Longshore MD)

PNEUMONIA ( )

LIVING WILL ( Y/N )

return to regular duty 8/30/96 -

given notes — D. Longshore had

Bd off 8/7 - 8/14/96

D Rem 8/14 - 8/18/96    ASA

PSilvey-OH Longshore, MD-
000042

College Hill Med. Assoc., Inc.
Daniel H. Sway, M.D.
C. Herbert Schapera, M.D.
1540 W. North Bend Road
Cincinnati, Ohio 45224

Name _Silvey Pamela_
DOB _2-1-63_
Phone # _____
Ins. _BC/BS_

| M T W T F S S | |
|---|---|
| DATE 8-6-97 | |
| HT | WT |
| T | P |
| BP 100 / 74 | |
| ILL/WELL RESP | |
| CALL RET 5 DD WN | |

C/o F/u Visit from 7-30-97 Back pain, pt still having back pain & shoulder pain

Tight, burning sensation middle & lower dorsal region

not at lumbal region any longer

Not better.

Taking muscle relaxer & Tylenol
Refer to rehab.

Dr. Heis / Rissover / Bathori

7-29- 8-4
8-4- 8-11-97

let: 8-11 if can't go to work & not seen by spec. yet.

Bathori

TE: 8-8-97

O.: Koppenhoefer
Open Enden Referral

PSilvey-OHSway M.D.-
000022

NG-294a
3/97

**TriHealth**   □ Bethesda North
☑ = Bethesda Oak     CRITICAL CARE FLOW SHEET

**COORDINATED CARE**   Date 4/3/98

□ 23 Hour Hold
□ Clinical Pathway _____  Day # _____

□ Standard of Care _____

SILVEY,PAMELA S
1849379-1  C35  F
FSN 000000194537
VANLOVEREN, HARRY R
DOB 02/01/1963   01/15/9
#43

## CAREGIVER SIGNATURES

| INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|
| | _(signature)_ RN | | _(signature)_ RN |
| | | AV | _Alisa Vittur_ |

## PATIENT/FAMILY LEARNING ASSESSMENT

* Further Documentation in Patient's Focus Notes

Date:_____  New Learning Needs Identified:_____  None □

Continuing Barriers to Learning:_____  None □

Previous Instructions:  Retained □   Need Reinforcement   □ Topics Requiring Reinforcement:_____
                                                        Signature:_____

## PATIENT/FAMILY EDUCATION

**Learning Need**

| CODES: | | | | |
|---|---|---|---|---|
| **Learner** | 1. Activity/Exercise | 14. Isolation | 28. Skin Care | **Evaluation** |
| Pt = Patient | 2. Advance Directives/ | 15. Medication | 29. Support Groups | S = States _____ |
| Sp = Spouse | code status | 16. Neurological Checks | 30. Therapy/Audiology | D = Demonstrates: No |
| P = Parent | 3. Adjusting to home | 17. Nutrition | 31. Therapy/Dysphagia | Assistance Needed |
| R = Other Relative | 4. Cardiovascular | 18. Pain Management | 32. Therapy/Enterostomal | DP = Demonstrates |
| ) = Other | 5. Chemotherapy | 19. Post - Operative | 33. Therapy/Occupational | with Physical |
| | 6. Communication | 20. Pre - Operative | 34. Therapy/Physical | assistance |
| **Method** | 7. Dialysis | 21. Procedure | 35. Therapy/Speech | DV = Demonstrates with |
| V = Videotape | 8. Discharge | 22. Pulmonary | 36. Transfusions | Verbal assistance |
| S = Slides | 9. Equipment (specify) | rehabilitation | 37. Urological | N = No Evidence of |
| O = One to One | 10. Family communication/ | 23. Psychosocial | 38. Wound/Incision Care | Learning (Explain) |
| D = Demonstration | visiting plan | 24. Rehabilitation | 39. Orientation to room and | NR = Needs Reinforcement |
| H = Handout | 11. GI | 25. Respiratory | environment | NA = Learning not |
| TV = Cable | 12. Health Education | 26. Safety | 40. Other | Assessed at this Time |
| Healthcare | 13. Home Care | 27. Sexuality | | |

| TIME | LEARNER | METHOD | LEARNING NEED | EVALUATION | INITIALS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOCUS NOTES

| | | | |
|---|---|---|---|
| 0715 | activity | D | ↑ to chair × asst, gets unsteady, takes few cold step ↑ |
| | | D | "Side Stepn" from cx her to su pt usl hard writing summary ↑ |
| 0745 | activity | D | return to bed c̄ asst ↑ |

PSilvey-OH-Good Samaritan
000707

EXHIBIT
VAN LOVEREN
16

# BethesdaTriHealthGood Samaritan

## INFORMED CONSENT STATEMENT

### Bethesda & Good Samaritan Sites

**Protocol Title:** Genetic and Environmental Risk Factors for Hemorrhagic Stroke

**Principal Investigator:** Joseph P. Broderick, M.D. (513) 558-3760

**Co-investigators:** Thomas Brott, M.D., Rashmi Kothari, M.D., Art Pancioli, M.D., Laura Sauerbeck, R.N., Edward Jauch, M.D.

**Study Sites:** The University of Cincinnati Medical Center and 18 regional hospitals (including Bethesda Oak Hospital, Good Samaritan Hospital, and Bethesda North Hospital). Patients will also be interviewed at home, nursing homes, or rehabilitation facilities.

## INTRODUCTION

It is important that I understand the following information before I agree to be a part of this study. I will understand the goals and steps involved. I will be warned of possible dangers or things that may make me uncomfortable. I will also be warned of any other things that I may need to know about before starting the study. The information will also give me other options I have if I choose not to be in the study. I may stop being in the study any time. I am not being promised certain results. I am volunteering to be in this study. No one is forcing me. If I do not want to be in the study I will still get the standard care available to patients not in the study.

## OBJECTIVES OF THE STUDY

I, *Pam Silvey*_____, agree to participate in a medical research study, the goal of which is to determine the significant environmental and genetic risk factors and the causes of intracerebral hemorrhage and subarachnoid hemorrhage. The genes that will be tested in this study are the genes for Apo-E (a gene that determines the level of blood protein that is also found in the brain), alpha-1-antitrypsin (a gene which may be related to the formation of aneurysms of blood vessels in the brain), and the amiloride-sensitive sodium channel (a gene which controls the level of salt in cells). Other stroke-related genes may be discovered in the future. If so, I may be contacted to use my tissue samples to evaluate the presence of any of the newly discovered genes.

BethesdaTriHealth Good Samaritan
Revised 11/10/97

IRB *Approved* ICS NOV 10 1997



EXHIBIT
VAN LOVEREN
17
5 pages

PSilvey-OH-Good Samaritan-001422

Genetic & ~~~~ronmental Risk
Factors for Hemorrhagic Stroke
PI: Joseph P. Broderick, M.D.
Page 2 of 5

This study is under the direction of _LAURA SAUERBECK_ and the medical supervision of Dr. Joseph P. Broderick, M.D. Other professional persons who work with them as study staff may assist or act for them.

I will be one of approximately 720 subjects to participate in this trial.

## FINANCIAL COSTS TO THE SUBJECT:

I understand that being in this research program will not cost me anything beyond that of the standard treatment. There will be no additional personal expense. If I have questions about my medical bill relative to research participation, I may contact Joseph P. Broderick, M.D.

## DURATION:

My participation in this study will last initially for approximately one hour (including a 45 minute interview, and 15 minutes for blood pressure determination and obtaining a buccal cell sample). In addition I will be contacted by telephone at three months and six months after onse for a phone interview concerning my present state of health and independence (each phone interview will last approximately 30 minutes). If I have a family history of ruptured cerebral aneurysm, I may also be contacted at a future date to participate in genetic linkage studies.

## PROCEDURES:

I am under the care of a physician. I understand that my physician, Dr. _VAN LOVEREN_ has given permission for me to take part in this study. (If the patient is not under the care of a physician, simply enter N/A in the blank for the physician's name.)

I have been told that during the course of this study, the following will occur:

I will be asked a series of questions about my medical history and medication I may have rece: taken. This interview should only take about 30-45 minutes.

I will have my blood pressure taken 3 times one minute apart.

A sample of my buccal cells (cells lining the cheek inside the mouth) will be obtained. This involves rinsing my mouth gently with water prior to having the sample obtained. Then a che brush will be inserted in my mouth and twirled firmly against my inner right cheek for 30 seconds. A second set of buccal cells will be obtained from my left inner cheek with the sam method. This procedure will be repeated an additional time on each cheek (a total of four buc brushes).

BethesdaTriHealth Good Samaritan      IRB _Approved_ ICS  NOV 10 19

Revised 11/10/97

PSilvey-OH-Good Samaritan-001423

At three months and six months I will be contacted by telephone and asked questions c
my present state of health and independence (each telephone interview will last approx.
minutes).

## RISK/DISCOMFORTS:

Possible discomforts include having my arm "squeezed" during the blood pressure read
possible irritation from the cheek brush.

There may be risks and discomforts which are not yet known.

## CONFIDENTIALITY:

I understand that information regarding genetic testing will not be released to any indiv
including myself or my family members.

## PREGNANCY:

If I am a woman and I am or should become pregnant, there is no risk to me or my fetu:
participation in this study.

## BENEFITS:

I have been told that I will receive no direct benefit from my participation in this study,
participation may help health care practitioners better understand the potential environr
genetic risk factors associated with intracerebral and subarachnoid hemorrhage.

## AVAILABILITY OF INFORMATION:

Any questions that I may have concerning any aspect of this investigation will be answe
Dr. Joseph P. Broderick, M.D., Principal Investigator or an associate at (513) 558-3760

Records involving participation in this investigation will be held confidential. Since th
clinical investigation, my records will be subject to sponsor, TriHealth Institutional Re
Board and possibly Food & Drug Administration review or other governmental agencie

The TriHealth Network: I understand that Bethesda Hospital, Inc. (including Bethesda
Hospital and Bethesda North Hospital) and The Good Samaritan Hospital of Cincinnat
have become affiliated in a network through a new company known as TriHealth, Inc.
TriHealth Network also includes other companies and health care providers. I underst:
my care during this admission/treatment may involve one or all of these companies/pro
that everyone who participates in my care needs to have access to all of my TriHealth r

Bethesda TriHealth Good Samaritan    IRB _Approved_ ICS NOV 1

Revised 11/10/97

PSilvey-OH-Good Samaritan-
001424

I agree that all medical records and other information concerning me which has been acqui
the past or is acquired during this admission/treatment by any health care provider in the
TriHealth Network may be released or disclosed as may be needed to care for me to any ot
healthcare provider in the TriHealth Network.

## COMPENSATION IN CASE OF INJURY:

There is a chance that I might be injured during any study in medicine or behavior. The stu
may or may not be the cause. It has been explained to me whether I can be treated and/or
compensated. TriHealth makes all decisions case by case. This is the policy of TriHealth.
understand I will not get payment for being injured. If I think the study has injured me I w
Joseph P. Broderick, M.D., at (513) 558-5748. If I have any more questions about this, or
being in the study, I may call Dr. V. Franklin Colón. His phone number is (513) 872-1650
is the Chair of the Institutional Review Board for TriHealth. This Board reviews research
projects. It makes sure that the rights and welfare of patients in studies are protected.

## RIGHT TO REFUSE OR WITHDRAW:

I understand that being in this study is voluntary. I am free to withdraw at any time. There
not be any prejudice to my continued medical care if I wish to withdraw. The standard trea
for my condition will still be available to me. I understand that I have the right to ask ques
at any time. All questions will be answered to the best of my doctor's ability. During the s
there may be significant new findings. This may relate to my willingness to continue. Thi
information will be provided to me.

I have read the description of this investigation. I have been informed of the probable
consequences of my withdrawal from the study. I freely give my consent to participate.

## PARTICIPATION IN ANOTHER STUDY:

Is the subject participating in another study? If yes, please provide the Principal Investigat
name and title of the study.

## TITLE OF STUDY:

_____

_____

INSTITUTIONAL STUDY NUMBER: _____

SPONSOR STUDY NUMBER: _____

Bethesda TriHealth Good Samaritan    IRB _Approved_ ICS NOV 10 19

Revised 11/10/97

PSilvey-OH-Good Samaritan-
001425

## WITNESSING AND SIGNATURES:

## I HAVE RECEIVED A COPY OF THIS INFORMED CONSENT STATEMENT.

1. _Pam Silvey_
Subject (PRINTED NAME)

Subject (SIGNATURE)                 2.

2. _Diana Oberschmidt_
Witness (PRINTED NAME)

Witness (SIGNATURE)                 2.1

3. _Joseph Broderick_
Approved Investigator (PRINTED NAME)
*(Must Be An IRB APPROVED Investigator)*

Approved Investigator (SIGNATURE)

Ethnic Origin
of **Subject**:

☐ African-American   ☐ Asian   ☒ Caucasian

☐ Hispanic   ☐ Native American   ☐ Other _____

*In 1994 the Office for Protection from Research Risk (OPRR), National Institutes of Health (NIH) and the Food &
Administration (FDA) established a requirement that information regarding gender and minority status be obtained*

---

*The following is required if subject is unable to sign or under the age of 18 years old:*

---

Relationship to Subject
(i.e. mother/father/guardian)

Family Member or
Guardian (SIGNATURE)

The Informed Consent Statement should be signed by the subject (or his/her legal representative
minor or unable to sign personally), the investigator, and one witness who attests that the Conse
was presented and those questions asked by the subject in the presence of the witness were answ

Once an Informed Consent Statement is completed, a copy is required to be given to the following partic

1)   original - patient's hospital record
2)   copy to the patient
3)   copy kept by the investigator
4)   copy to the IRB Office (mail or fax 872-1549) within five (5) working days

FDA requires notation of patient's informed consent into this study be documented within the phy
patient's hospital (if applicable) and office charts (located in the investigator's o

BethesdaTriHealth Good Samaritan     IRB *Approved* ICS NOV 1 0
Revised 11/10/97

PSilvey-OH-Good Samaritan-
001426

# Major Risk Factors for Aneurysmal Subarachnoid Hemorrhage in the Young Are Modifiable

Joseph P. Broderick, MD; Catherine M. Viscoli, PhD; Thomas Brott, MD; Walter N. Kernan, MD;
Lawrence M. Brass, MD; Edward Feldmann, MD; Lewis B. Morgenstern, MD;
Janet Lee Wilterdink, MD; Ralph I. Horwitz, MD; for the Hemorrhagic Stroke Project Investigators

*Background and Purpose*—To identify risk factors for subarachnoid hemorrhage (SAH) and intracerebral hemorrhage, we designed a case-control study of men and women 18 to 49 years of age (the Hemorrhagic Stroke Project [HSP]). This report focuses on SAH.

*Methods*—Patients were recruited from 44 hospitals in the United States. Cases with SAH must have had a ruptured aneurysm documented by angiography or surgery. Two controls, identified by random digit dialing and matched to each patient for age, sex, race, and telephone exchange, were sought for each case subject.

*Results*—Between 1994 and 1999, 425 patients with SAH were enrolled in HSP, and 312 cases met the criteria for aneurysmal SAH. The present analyses also included 618 matched controls. Of the 312 cases, 66% were current cigarette smokers compared with 30% of controls (adjusted odds ratio [OR], 3.73; 95% CI, 2.67 to 5.21). Cocaine use within the previous 3-day period was reported by 3% of cases and no controls (bivariate exact OR, 24.97; 95% exact CI, 3.95 to ∞; adjusted estimate not calculable). Other independent risk factors in the multivariable model included hypertension (adjusted OR, 2.21; 95% CI, 1.48 to 3.29), low body mass index (OR, 1.59; 95% CI, 1.08 to 2.35), primary family history of hemorrhagic stroke (OR, 3.83; 95% CI, 1.73 to 8.46), caffeine in pharmaceutical products (OR, 2.48; 95% CI, 1.19 to 5.20), lower educational achievement (OR, 2.36; 95% CI, 1.44 to 3.87), and nicotine in pharmaceutical products (adjusted estimate not calculable).

*Conclusions*—Aneurysmal SAH may be largely a preventable disease among the young and middle-aged because several prevalent risk factors can be modified by medication (eg, hypertension) or behavioral change (eg, cigarette smoking, cocaine use). The association of caffeine and nicotine in pharmaceutical products and aneurysmal SAH warrants further study. *(Stroke.* 2003;34:1375-1381.)

**Key Words:** case-control studies ■ cerebrovascular disorders ■ cigarette smoking ■ cocaine ■ risk factors ■ subarachnoid hemorrhage

Subarachnoid hemorrhage (SAH) and intracerebral hemorrhage (ICH) affect ≈55 000 to 60 000 patients in the United States every year.[1] The mortality rate of hemorrhagic stroke is 39% to 50%, with half of the deaths occurring in the first 2 days.[1-4] Therefore, primary prevention remains the most important means of reducing the morbidity and mortality associated with hemorrhagic stroke. Effective prevention depends on understanding the mechanisms and factors underlying the occurrence of SAH and ICH and knowing the populations that are at greatest risk.

Most SAHs are due to rupture of an intracranial aneurysm of a major artery at the base of the brain.[2] A few SAHs occur secondary to rupture of an arteriovenous malformation. Only 10% to 20% of patients with SAH have no clear structural source of bleeding by brain imaging or cerebral angiography.[2,5] However, identification of the factors leading to the formation and rupture of intracranial aneurysms remains an area of intense study because it provides the best way to develop effective prevention strategies.

The Hemorrhagic Stroke Project (HSP) is a collaboration between investigators of 4 clinical stroke centers and their surrounding hospitals, the Food and Drug Administration, and manufacturers of phenylpropanolamine.[6] Its main purpose was to examine the relationship of phenylpropanolamine

Received October 2, 2002; accepted October 22, 2002.

A complete list of regional centers, hospitals, coordinators, and institutional investigators that participated in the Hemorrhagic Stroke Project is given in the Appendix, which can be found online at http://stroke.ahajournals.org.

From the Department of Neurology, University of Cincinnati, Cincinnati, Ohio (J.P.B.); Departments of Neurology (L.M.B.), Internal Medicine (W.N.K.), Medicine (R.I.H.), and Epidemiology and Public Health (L.M.B., R.I.H.), Yale University School of Medicine, New Haven, Conn; Department of Neurology, Epidemiology, Emergency Medicine, and Neurosurgery, University of Michigan, Ann Arbor (L.B.M.); Department of Neurology, Brown University School of Medicine, Providence, RI (E.F., J.L.W.); Mayo Medical School, Rochester, Minn (T.B.); and Veterans Affairs Connecticut Healthcare System, New Haven (L.M.B.).

Reprint requests to Joseph P. Broderick, MD, University of Cincinnati, College of Medicine, 231 Bethesda Ave, Cincinnati, OH 45267. E-mail joseph.Broderick@uc.edu

© 2003 American Heart Association, Inc.

*Stroke* is available at http://www.strokeaha.org

DOI: 10.1161/01.STR.0000074572.91827.F4

EXHIBIT
VAN LOVEREN
18

SEP 24 2003 16:23    218 368 6421    PAGE.02

and the risk of hemorrhagic stroke in persons 18 to 49 years of age. Primary results of the HSP have been reported elsewhere.[6] The goal of the present analysis was to determine the environmental risk factors for aneurysmal SAH.

## Methods

### Recruitment and Classification of Patients With Hemorrhagic Stroke

Between December 1994 and July 1999, we identified patients with symptomatic SAH or ICH from 44 hospitals in Connecticut, Massachusetts, Ohio, Kentucky, Rhode Island, and Texas (see the Appendix, which is available online at http://stroke.ahajournals.org).[6] An SAH was diagnosed from clinical symptoms plus either CT evidence of subarachnoid bleeding or lumbar puncture showing xanthochromia. Eligibility criteria for cases included the following: age of 18 to 49 years, ability to communicate and complete the interview within 30 days of the stroke event, no previously diagnosed brain lesion predisposing to hemorrhage (ie, arteriovenous malformation, tumor, aneurysm), and no prior stroke. Cases were recruited in person or by telephone as soon as they were identified, provided that their personal physician approved. For the present analysis, we focused only on case subjects with aneurysmal SAH that was defined as SAH due to a documented intracranial aneurysm by cerebral angiography, surgery, or autopsy.

### Recruitment of Controls

We attempted to identify 2 matched controls for each case using random digit dialing. Matching criteria included telephone exchange, sex, ethnic group (black versus nonblack), and age (within 3 years for case subjects <30 years of age and within 5 years for cases ≥30 years of age). When a perfectly matched control could not be located, we enrolled an imperfectly matched control rather than exclude the case. All control interviews had to be completed within 30 days of the case's stroke event to minimize seasonal differences in exposures.

### Ascertainment of Exposure Data and Other Subject Information

Trained researchers used a structured questionnaire to obtain demographic, risk factor, behavioral, and pharmaceutical information from all subjects. Interviews were conducted in person when the subject refused or a meeting could not be arranged within 30 days of the case's focal time.

The patient interviews included questions about medical history, including hypertension, diabetes, polycystic kidney disease, thyroid disease, menopausal status, and prior family history of hemorrhagic stroke. Social and behavioral histories included questions on cigarette smoking, alcohol consumption, illicit drug use, caffeine consumption, and education level. Because the primary focus of the HSP was the use of phenylpropanolamine and the risk of hemorrhagic stroke, subjects were also asked to recall cold symptoms, medications used to treat them, and any other medications taken during the 2 weeks before focal time. After all volunteered medications were recorded, subjects were asked if they had taken several specific medications or classes of medications (eg, aspirin, anticoagulants, diet pills).

To verify exposures, participants were asked to pick out reported brand-name cough-cold or appetite-suppressant medications from a book containing package photographs. They were then asked to produce each medication so that the exact name and manufacturer's lot numbers could be recorded. If the container was not available, a brand-name medication was considered verified if the subject had identified it in the book. Only verified medication exposures were counted in the analysis.

To determine the active ingredients in each medication, we relied on published sources.[7,8] For national brands and prescription drugs that had possible formulation changes during the study period and for

generic or store-brand medications, we verified active ingredients directly with the manufacturer.

To ensure confidentiality, patients were assigned a unique number to identify them in computerized files. Paper research records were maintained in locked offices accessible only to the investigators and research staff. A certificate of confidentiality was obtained from the US Department of Health and Human Services to enable the investigators to withhold names and identifying characteristics of research subjects from persons not connected with the research.

### Statistical Analysis

In the first phase of analysis, we estimated the odds ratio (OR) and associated probability value for the association between aneurysmal SAH and a subject characteristic or exposure using exact conditional logistic modeling for matched sets. To identify independent risk factors, dichotomous features with $P<0.10$ for the bivariate association with SAH were considered for inclusion in a multivariate logistic model using a forward selection algorithm (with criterion for entry set at $P=0.05$). Multivariate modeling was performed with asymptotic methods. Exact logistic models were estimated by the LogXact Program, version 2.1 (Cytel Software Corporation). Adjusted models were estimated with SAS, version 8.0 (SAS Corp).

## Results

The final case group for the HSP comprised 702 subjects, including 425 (60%) with an SAH and 277 (40%) with an ICH. Of the 425 cases of SAH, 312 cases met the criteria for aneurysmal SAH and represent the basis for the present analyses (Table 1).

Two controls were enrolled for 306 cases (98%) and 1 control for 6 cases. All 618 controls were matched to their cases on sex and telephone exchange. Age matching was successful for 617 controls, and ethnicity matching was achieved for 601 controls (97%). Compared with controls, cases with aneurysmal SAH were significantly ($P\leq0.05$) more likely to report lower educational achievement in bivariate analysis (Table 2). With regard to medical history, cases were more likely to report a diagnosis of hypertension

### TABLE 1. Assembly of Cohort

|  | n |
| --- | --- |
| SAH identified (December 1994–August 1999) | 883 |
| Ineligible subjects | 351 |
| Died within 30 d of stroke | 208 |
| Not able to communicate within 30 d of stroke | 88 |
| Prior history of stroke | 41 |
| Prior history of brain tumor or AVM | 5 |
| In hospital >72 h before stroke | 9 |
| Eligible subjects—HSP | 532 |
| Not enrolled* | 104 |
| Not contacted within 30 d | 83 |
| Refused participation | 19 |
| No physician approval to contact | 2 |
| Enrolled | 428† |
| Aneurysmal SAH subjects for present analyses | 312 |

AVM indicates arteriovenous malformation.

*For nonenrolled subjects, stroke events were confirmed to be eligible, but ability to communicate within 30 days of event was not assessed.

†Three subjects were removed from analysis: 1 had uncertain index date; 1 completed the interview >30 d after event; 1 had 1 matching control identified.

TABLE 2.   Subject Features and Risk of Aneurysmal SAH: Bivariate Analysis

| Feature* | Cases (n=312), n (%) | Controls (n=618), n (%) | Matched OR | P |
|---|---|---|---|---|
| Socioeconomic features | | | | |
| Female | 191 (61) | 379 (61) | | |
| Black race | 53 (20) | 107 13 (17) | | |
| Age, y | | | | |
| <20 | 0 (0) | 5 (1) | | |
| 20–29 | 23 (7) | 57 (9) | | |
| 30–39 | 107 (34) | 213 (34) | | |
| 40–49 | 182 (58) | 343 (55) | | |
| Education <12th grade | 67 (21) | 53 (9) | 3.27 | <0.0001 |
| Medical history | | | | |
| Hypertension | 113 (36) | 130 (21) | 2.39 | <0.0001 |
| Diabetes | 15 (5) | 39 (6) | 0.71 | 0.35 |
| Family history of hemorrhagic stroke | 28 (9) | 18 (3) | 3.10 | 0.0003 |
| BMI <23 kg/m² | 95 (31) | 132 (21) | 1.71 | 0.001 |
| Polycystic kidney disease | 2 (1) | 1 (0) | 4.00 | 0.52 |
| Elevated cholesterol | 34 (11) | 116 (19) | 0.53 | 0.002 |
| Postmenopausal (% women) | 36 (19) | 77 (20) | 0.89 | 0.75 |
| Thyroid disease (underactive) | 6 (2) | 24 (4) | 0.44 | 0.14 |
| Thyroid disease (overactive) | 4 (1) | 8 (1) | 1.00 | 1.00 |
| Health behaviors | | | | |
| Tobacco | | | | |
| Current smoker | 204 (65) | 186 (30) | 5.07 | <0.0001 |
| Former smoker | 49 (16) | 161 (26) | 1.39 | 0.17 |
| Never smoker | 59 (19) | 271 (44) | | |
| Current tobacco (average†) | | | | |
| None | 110 (35) | 432 (70) | Reference | |
| <1 pack/d | 68 (22) | 90 (15) | 3.32 | <0.0001 |
| ≥1 pack/d | 132 (43) | 96 (15) | 6.13 | <0.0001 |
| Alcohol drinks ≥2/d (average†) | 40 (13) | 34 (5) | 2.94 | 0.0001 |
| Caffeinated drinks ≥5/d (average†) | 112 (37) | 145 (23) | 1.94 | <0.0001 |
| Exposures in 3-d period | | | | |
| Cocaine‡ | 9 (3) | 0 (0) | 24.97 | 0.0001 |
| Marijuana | 26 (8) | 23 (4) | 2.38 | 0.007 |
| Aspirin | 39 (12) | 64 (10) | 1.24 | 0.38 |
| Phenylpropanolamine | 10 (3) | 17 (3) | 1.15 | 0.87 |
| Anticoagulant | 1 (0) | 2 (0) | 1.00 | 1.00 |
| Oral contraceptive (% women) | 12 (6) | 34 (9) | 0.64 | 0.31 |

*Number of subjects with missing data (cases, controls): lean body mass (1, 4); alcoholic drinks (11, 0); caffeinated drinks (8, 1).

†Average use in preceding 6 months.

‡Three case subjects used cocaine and marijuana in 3-day period; 1 case used cocaine and heroin.

(before the index stroke), to report a history of brain hemorrhage in a primary family member, and to have low body mass index (BMI; <23 kg/m³). Controls were more likely to report a history of elevated cholesterol. With regard to health behaviors and use of medicine, cases were more likely to be current cigarette smokers, to be heavy alcohol (≥2 drinks daily) and caffeine (≥5 drinks daily) users, and to report exposure to cocaine, marijuana, caffeine (in pharmaceuticals), and nicotine (in pharmaceuticals) in the 3 days before the index date.

In the multivariable model, the OR for the association with risk for aneurysmal SAH was highest for family history of hemorrhagic stroke (OR, 3.83) and current cigarette smoking (OR, 3.73) (Table 3). Other significant independent risk factors included hypertension, lean body mass, caffeine in pharmaceutical products, and less than a high school educa-

TABLE 3.   Adjusted ORs for Risk of Aneurysmal SAH*

|  | Adjusted Matched OR | 95% CI |
|---|---|---|
| Education <12th grade | 2.37 | 1.45–3.87 |
| Medical history |  |  |
| Primary family history | 3.32 | 1.54–7.12 |
| Hypertension | 2.22 | 1.51–3.28 |
| Body mass index <23 kg/m² | 1.77 | 1.22–2.58 |
| Health behaviors |  |  |
| Current cigarette smoking | 3.66 | 2.64–5.07 |
| Cocaine use | † | † |

*311 case subjects and 614 controls subjects were included in the analysis (no missing data).
†Cocaine use was included in model, but estimates were not calculable with asymptotic methods.

tion. Cocaine use and use of nicotine in pharmaceutical products were included in the model, but estimates of OR were not calculable with asymptotic methods.

We further investigated the relationship between cigarette smoking, lean body mass, and risk of SAH. As shown in Table 2, there was a significant dose response between number of cigarettes smoked on average in the prior 6 months and risk for aneurysmal SAH. The relationship between lean body mass and risk for stroke is displayed by smoking status and dose in Tables 4 and 5, respectively. Among case subjects, smokers were more likely to be lean than nonsmokers (32% of current and 35% of former compared with 22% of never smokers). However, in our data, there was no relationship between lean body mass and smoking in control subjects (~20% had BMI <23 kg/m² in all smoking groups). Accordingly, the risk for SAH associated with lean body mass was observed among current and former smokers but not among subjects classified as never smokers (Table 4). When we examined the risk of lean body mass according to strata defined by average daily cigarette use in the prior 6 months, however, we found an elevated OR in all groups, including subjects who reported no daily use in the prior 6 months (Table 5). (This latter finding was due to the strong relationship of low BMI and stroke status among former smokers in our data.) In this analysis, the association of lean body mass and stroke was strongest among current smokers who smoked at least 1 pack daily (OR, 3.35; $P=0.05$).

## Discussion

Ours is the first large case-control study to demonstrate a significant association between cocaine use and the risk of

aneurysmal SAH. Use of cocaine and other illicit drugs has been reported in cases series of hemorrhagic stroke.[9–15] However, because only 3% to 4% of cases of aneurysmal SAH report exposure to cocaine, the statistical significance of such a relationship is difficult to demonstrate without a large number of cases, as in our present study.

Several biological explanations for the relationship between cocaine use and rupture of intracranial aneurysm have been hypothesized. One possibility is that the acute elevations in blood pressure associated with cocaine use cause already present unruptured aneurysms to rupture.[12,14] Another possibility is that cocaine causes the intracranial aneurysm to develop and rupture acutely because of markedly elevated blood pressure or an intracranial arteriopathy.[17]

Our study also confirms that cigarette smoking is the most important modifiable risk factor for SAH.[19–24] The OR or relative risk of SAH associated with current smoking in other case-control or cohort studies ranges from 3 to 4 with a clear dose response, as was also seen in the present study.[19–25] In population-based or cohort studies, 70% to 75% of persons with SAH have a prior history of smoking, and 50% to 60% are current smokers. Our study has the highest reported percentage of current smokers among cases (66%) because our population of cases of SAH includes only those 18 to 49 years of age, the segment of the population with the highest rates of smoking. Because 30% of the control subjects also smoke, we estimate that 45% of the cases of aneurysmal SAH in this age group may be attributed to current smoking of cigarettes. In addition, the risk of aneurysmal SAH was less for former smokers than current smokers. Thus, smoking is by far the most important preventable cause of aneurysmal SAH.

Our findings include an association between use of nicotine and caffeine in pharmaceutical products and risk for aneurysmal SAH. Pharmaceutical products containing nicotine are not known to increase risk for stroke, although a few case reports exist.[27,28] Pharmaceutical doses of caffeine in combination with phenylpropanolamine have been associated with risk for stroke in case reports,[29,30] but caffeine in coffee beverages is not associated with an increased risk for stroke.[31] None of our caffeine users were also using phenylpropanolamine. Our results must be regarded as only suggestive.

In our population, hypertension is a clear risk factor for aneurysmal SAH confirming other population-based studies.[19–21] Because 21% of the control population in this age group have a history of hypertension, hypertension is the most important preventable risk factor after current smoking.

TABLE 4.   Relationship of Lean Body Mass (BMI<23 kg/m²) to Risk of SAH Overall and by Smoking Strata

|  | Cases | | | Controls | | | Matched OR (Exact P) |
|---|---|---|---|---|---|---|---|
|  | n | Lean, n | Lean, % | n | Lean, n | Lean, % |  |
| All subjects | 312 | 96 | 31 | 618 | 132 | 21 | 1.71 (0.001) |
| Current smokers* | 203 | 66 | 32 | 185 | 39 | 21 | 1.83 (0.05) |
| Ex-smokers | 49 | 17 | 35 | 161 | 31 | 19 | 4.11 (0.11) |
| Never smokers* | 59 | 13 | 22 | 268 | 62 | 23 | 1.00 (1.00) |

*Among current smokers, 1 case and 1 control were missing body mass data; among never smokers, 3 control subjects were missing body mass data.

SEP 24 2003 16:25                                           216 368 6421         PAGE.05

TABLE 5. Relationship of Lean Body Mass (BMI <23 kg/m²) to Risk of SAH by Average Daily Use of Cigarettes* in Prior 6 Months

| | Cases | | | Controls | | | Matched OR |
|---|---|---|---|---|---|---|---|
| | n | Lean, n | Lean, % | n | Lean, n | Lean, % | (Exact P) |
| All subjects | 312 | 96 | 31 | 618 | 132 | 21 | 1.71 (0.001) |
| ≥1 pack | 131 | 38 | 29 | 95 | 17 | 18 | 3.35 (0.05) |
| <1 pack | 68 | 26 | 38 | 90 | 22 | 24 | 1.63 (0.79) |
| 0 | 110 | 32 | 29 | 429 | 93 | 22 | 1.75 (0.11) |

*Two cases who were current smokers with BMI <23 kg/m² were missing data on cigarette dose. Two cases with BMI <23 kg/m² who were current smokers reported 0 daily use on average in prior 6 months. Among subjects reporting no daily use, 3 controls were missing body mass data; among subjects reporting ≥1-pack/d use, 1 case and 1 control were missing body mass data.

Other independent risk factors in our study included a low BMI, family history of hemorrhagic stroke, and low educational achievement. The association of low BMI with SAH has been previously reported,[21,32,36] but the biological mechanism underlying this association is unclear. When this relationship was examined according to average daily cigarette use, we found an association in all groups, including subjects who reported no daily use in the prior 6 months. Of particular interest in this analysis is the observation that the association of lean body mass and stroke was strongest among current smokers who smoked at least 1 pack daily.

Other case-control studies of SAH have found that cases of aneurysmal SAH are more likely to report a family history of SAH and intracranial aneurysm than matched controls.[21,32,33] Our data also indicate that there may be a heritable component to the formation and rupture of intracranial aneurysm.[21,32,34–37] In 2001, Onda and colleagues[38] reported the results of a genome-wide linkage (104 affected sibpairs) and haplotype association study that mapped the occurrence of intracranial aneurysms to chromosome 7q11. The best evidence for linkage was detected at D7S2472, in the vicinity of the elastin gene (ELN), an excellent candidate gene for intracranial aneurysm given the importance of elastin in the structure and function of intracranial arteries. Fourteen distinct single-nucleotide polymorphisms were identified in ELN, and no obvious allelic association between intracranial aneurysms and each single-nucleotide polymorphism was observed. The haplotype between the intron-20–intron-23 polymorphisms of ELN was strongly associated with intracranial aneurysm (P=0.0000381), and homozygous patients were at high risk (P=0.002), with an OR of 4.39. These findings suggest that a genetic focus for intracranial aneurysms may lie within or close to the ELN locus on chromosome 7.

In another genome-wide linkage study of 48 affected sibpairs collected from 24 extended Finnish pedigrees, investigators found the strongest association between the presence of intracranial aneurysm and chromosome 19q13.2.[39] The region on chromosome 19 contains several loci related to cerebrovascular or cardiovascular physiology, including apolipoprotein E, CII and CI, notch 3, cardiac troponin I, and genes associated with abnormalities in cardiac conduction. A large National Institute of Neurological Disorders and Stroke–funded study to identify genetic risk factors for intracranial aneurysms, called the Familial Intracranial Aneurysm Study, is also underway in North America, Australia, and New Zealand. Further familial linkage and association studies are needed to explore the genetic basis for intracranial aneurysm.

Low educational achievement has been associated with a increased risk of aneurysmal SAH in previous studies, but ours is the first to demonstrate a statistically significant association in a multivariable model.[21,36] The finding of an association between SAH and socioeconomic status is consistent with a recent study on SAH from any cause[40] and with findings on other adverse health events, including stroke mortality,[41] ischemic stroke incidence,[42] other cardiovascular disease, and all-cause mortality.[43] Although these and other reports have firmly established the importance of socioeconomic status as a determinant of health, the mechanism for the association is not fully understood. Traditional vascular risk factors explain only part of the association.[43,44] Other important factors may include health behavior, occupational stress, access to care, and nontraditional biological events such as insulin resistance and altered coagulation.[45]

Biases that might have affected this analysis of the HSP include selection and recall bias. We adopted several strategies to reduce the possibility of bias in selection of cases, including active case surveillance and objective eligibility determination. In the 2 centers with the largest number of enrolled subjects (Yale and University of Cincinnati), we ascertained cases from all regional hospitals. However, one limitation of this study is that a large majority of cases of SAH were excluded because of early mortality or because significant brain injury did not allow a reliable interview of the potential case. For example, of the 883 potential cases, only 428 were enrolled in the study. Most cases were excluded because of death or inability to complete the interview. It is possible that these very severe cases of SAH may have a different distribution of risk factors. Thus, it is more accurate to say that the risk factors that we have identified are for less severe cases of SAH in the young and middle-aged population.

A subsequent case-control study of ICH and SAH examining all ages is ongoing in Greater Cincinnati/Northern Kentucky, 1 of the 4 participating communities in the HSP.[21,46] In this study, risk factor information from the medical records of all cases of SAH is abstracted, regardless

of whether the subjects undergo an in-person structured interview. The distribution of risk factors, as documented in the medical record, among cases of SAH who died is very similar to that among interviewed controls.[21] This latter study suggests that the risk factor data from the HSP is generalizable to all cases of SAH in persons 18 to 49 years of age.

Recall bias refers to the tendency of case subjects, compared with control subjects, to have more or less accurate recall of exposures. Although recall bias is discussed in relation to case-control studies, efforts to demonstrate that it has an important effect on measured associations have commonly failed.[47,48] In the HSP, we adopted several safeguards against recall bias, including a highly structured interview. In addition, to overcome greater stimulation for recall among cases, we used a shorter interval between the focal time and interview dates for controls.

In summary, aneurysmal SAH is largely a preventable disease among the young and middle-aged because current cigarette smoking, illicit drug use, and hypertension are 3 of the most important and common risk factors. Our study also confirms the importance of family history of hemorrhagic stroke, a lean body mass, and low educational achievement as risk factors for aneurysmal SAH.

## Acknowledgments

This work was supported by grants from Novartis Consumer Health, Inc (formerly Ciba Consumer Pharmaceuticals), Thompson Medical Company, Inc, and Chattem, Inc.

## References

1. Broderick J, Brott T, Tomsick T, Huster G, Miller R. The risk of subarachnoid and intracerebral hemorrhages in blacks as compared with whites. *N Engl J Med.* 1992;326:733–736.
2. Longstreth W. Nontraumatic subarachnoid hemorrhage. In: Gorelick P, Alter M, eds. *Handbook of Neuroepidemiology.* New York, NY: Marcel Dekker, Inc; 1994:123–140.
3. Hop JW, Rinkel GJ, Algra A, van Gijn J. Case-fatality rates and functional outcome after subarachnoid hemorrhage: a systematic review. *Stroke.* 1997;28:660–664.
4. Epidemiology of aneurysmal subarachnoid hemorrhage in Australia and New Zealand: incidence and case fatality from the Australasian Cooperative Research on Subarachnoid Hemorrhage Study (ACROSS). *Stroke.* 2000:31:1843–1850.
5. Rinkel GJ, van Gijn J, Wijdicks EF. Subarachnoid hemorrhage without detectable aneurysm. A review of the causes. *Stroke.* 1993;24:1403–1409.
6. Kernan W, Viscoli C, Brass L, Broderick J, Brott T, Feldmann E, Morgenstern L, Wilterdink J, Horwitz R. Phenylpropanolamine and the risk of hemorrhagic stroke. *N Engl J Med.* 2000;343:1826–1832.
7. Knodel LC, Kandall SCB. *Nonprescription Products: Formulations and Features ('98–'99).* Washington, DC: American Pharmaceutical Association; 1997.
8. *Physician's Desk Reference.* Montvale, NJ: Medical Economics Co, Inc; 1999.
9. Conway JE, Tamargo RJ. Cocaine use is an independent risk factor for cerebral vasospasm after aneurysmal subarachnoid hemorrhage. *Stroke.* 2001;32:2338–2343.
10. Davis GG, Swalwell CI. The incidence of acute cocaine or methamphetamine intoxication in deaths due to ruptured cerebral (berry) aneurysms. *J Forensic Sci.* 1996;41:626–628.
11. Fessler RD, Esshaki CM, Stankewitz RC, Johnson RR, Diaz FG. The neurovascular complications of cocaine. *Surg Neurol.* 1997;47:339–345.
12. Levine SR, Brust JC, Futrell N, Ho KL, Blake D, Millikan CH, Brass LM, Fayad P, Schultz LR, Selwa JF. Cerebrovascular complications of the use of the "crack" form of alkaloidal cocaine. *N Engl J Med.* 1990;323:699–704.
13. Nanda A, Vannemreddy PS, Polin RS, Willis BK. Intracranial aneurysms and cocaine abuse: analysis of prognostic indicators. *Neurosurgery.* 2000; 5:1063–1067; discussion 1067–1069.
14. Nolte KB, Brass LM, Fletterick CF. Intracranial hemorrhage associated with cocaine abuse: a prospective autopsy study. *Neurology.* 1996;46: 1291–1296.
15. Oyesiku NM, Colohan AR, Barrow DL, Reisner A. Cocaine-induced aneurysmal rupture: an emergent factor in the natural history of intracranial aneurysms? *Neurosurgery.* 1993;32:518–525; discussion 525–526.
16. Vilalta J. [Cocaine and cerebrovascular diseases in young adults]. *Revista Neurologia.* 2000;30:1276.
17. Storen EC, Wijdicks EF, Crum BA, Schultz G. Moyamoya-like vasculopathy from cocaine dependency. *AJNR Am J Neuroradiol.* 2000:21: 1008–1010.
18. Sloan MA, Kittner SJ, Rigamonti D, Price TR. Occurrence of stroke associated with use/abuse of drugs. *Neurology.* 1991;41:1358–1364.
19. Bonita R. Cigarette smoking, hypertension and the risk of subarachnoid hemorrhage: A population-based case-control study. *Stroke.* 1986;17: 831–835.
20. Longstreth WTJ, Nelson LM, Koepsell TD, van Belle G. Cigarette smoking, alcohol use, and subarachnoid hemorrhage. *Stroke.* 1992;23: 1242–1249.
21. Kissela BM, Sauerbeck L, Woo D, Khoury J, Carrozzella J, Pancioli A, Jauch E, Moomaw CJ, Shukla R, Gebel J, Fontaine R, Broderick J. Subarachnoid hemorrhage: a preventable disease with a heritable component. *Stroke.* 2002;33:1321–1326.
22. Knekt P, Reunanen A, Aho K, Heliovaara M, Rissanen A, Aromaa A, Impivaara O. Risk factors for subarachnoid hemorrhage in a longitudinal population study. *J Clin Epidemiol.* 1991;44:933–939.
23. Robbins A, Manson J, Lee I, Satterfield S, Hennekens C. Cigarette smoking and stroke in a cohort of U. S. male physicians. *Ann Intern Med.* 1994;120:458–462.
24. Shinton R, Beevers G. Meta-analysis of relation between cigarette smoking and stroke.*BMJ.* 1989;298:789–794.
25. Juvela S, Hillbom M, Numminen H, Koskinen P. Cigarette smoking and alcohol consumption as risk factors for aneurysmal subarachnoid hemorrhage. *Stroke.* 1993;24:639–646.
26. Mhurchu CN, Anderson C, Jamrozik K, Hankey G, Dunbabin D, for the Australasian Cooperative Research on Subarachnoid Hemorrhage Study (ACROSS) Group. Hormonal factors and risk of aneurysmal subarachnoid hemorrhage: an international population-based, case-control study. *Stroke.* 2001;32:606–612.
27. Pierce JR. Stroke following application of a nicotine patch. *Ann Pharmacother.* 1994;28:402.
28. Jackson M. Cerebral arterial narrowing with nicotine patch. *Lancet.* 1993;342:236–237.
29. McDowell JR, LeBlanc HJ. Phenylpropanolamine and cerebral hemorrhage. *West J Med.* 1985;142:688–691.
30. Kikta DG, Devereaux MW, Chandar K. Intracranial hemorrhages due to phenylpropanolamine.*Stroke.* 1985;16:510–512.
31. Grobbee DE, Rimm EB, Giovannucci E, Colditz G, Stampfer M, Willett W. Coffee, caffeine, and cardiovascular disease in men. *N Engl J Med.* 1990;323:1026–1032.
32. Wang P, Longstreth W Jr, Koepsell T. Subarachnoid hemorrhage and family history: a population-based case-control study. *Arch Neurol.* 1995; 52:202–204.
33. Schievink WI, Schaid DJ, Michels VV, Piepgras DG. Familial aneurysmal subarachnoid hemorrhage: a community-based study. *J Neurosurg.* 1995;83:426–430.
34. Schievink WSD, Michels V, Piepgras D. Familial aneurysmal subarachnoid hemorrhage: a community-based study. *J Neurosurg.* 1995;83: 426–429.
35. Ronkainen A, Hernesniemi J, Ryynanen M. Familial subarachnoid hemorrhage in east Finland, 1977–1990. *Neurosurgery.* 1993;33:787–796; discussion 796–797.
36. Bromberg J, Rinkel G, Algra A, van Duyn C, Greebe P, Ramos L, van Gijn J. Familial subarachnoid hemorrhage: distinctive features and patterns of inheritance. *Ann Neurol.* 1995;38:929–934.
37. Schievink WI. Genetics and aneurysm formation. *Neurosurg Clin N Am.* 1998;9:485–495.
38. Onda H, Kasuya H, Yoneyama T, Takakura K, Hori T, Takeda J, Nakajima T, Inoue I. Genomewide-linkage and haplotype-association studies map intracranial aneurysm to chromosome 7q11. *Am J Hum Genet.* 2001;69:804–819.

SEP 24 2003 16:27          216 368 6421          PAGE.07

U8/24/2003 WED 15:25 6

39. Olson J, Vongpunsawad S, Kuvianiemi H, Ronkainen A, Hernesniemi J, Ryynanen M, Kim L, Tromp G. Search for intracranial aneurysm susceptibility gene(s) using Finnish families. *BMC Med Genet*. 2002;3:7.

40. Jakovljevic D, Sivenius J, Sarti C, Torppa J, Mahonen M, Immonen-Raiha P, Kaarsalo E, Alhainen K, Tuomilehto J, Puska P, Salomaa V. Socioeconomic inequalities in the incidence, mortality and prognosis of subarachnoid hemorrhage: the FINMONICA Stroke Register. *Cerebrovasc Dis*. 2001;12:7–13.

41. Kunst AE, del Rios M, Groenhof F, Mackenbach JP. Socioeconomic inequalities in stroke mortality among middle-aged men: an international overview: European Union Working Group on Socioeconomic Inequalities in Health. *Stroke*. 1998;29:2285–2291.

42. Jakovljevic D, Sarti C, Sivenius J, Torppa J, Mahonen M, Immonen-Raiha P, Kaarsalo E, Alhainen K, Kuulasmaa K, Tuomilehto J, Puska P, Salomaa V. Socioeconomic status and ischemic stroke: the FINMONICA Stroke Register. *Stroke*. 2001;32:1492–1498.

43. Marmot MG, Shipley MJ, Rose G. Inequalities in death: specific explanations of a general pattern? *Lancet*. 1984;1:1003–1006.

44. Smith GD, Neaton JD, Wentworth D, Stamler R, Stamler J. Socioeconomic differentials in mortality risk among men screened for the Multiple Risk Factor Intervention Trial, I: while men. *Am J Public Health*. 1996;86:486–496.

45. Pickering T. Cardiovascular pathways: socioeconomic status and stress effects on hypertension and cardiovascular function. *Ann N Y Acad Sci*. 1999;896:262–277.

46. Woo D, Sauerbeck LR, Kissela BM, Khoury JC, Szaflarski JP, Gebel J, Shukla R, Pancioli AM, Jauch EC, Menon AG, Deka R, Carrozzella JA, Moomaw CJ, Fontaine RN, Broderick JP. Genetic and environmental risk factors for intracerebral hemorrhage: preliminary results of a population-based study. *Stroke*. 2002:33:1190–1196.

47. Schlesselman J. *Case-Control Studies Design, Conduct, Analysis*. New York, NY: Oxford University Press; 1982: appendix A. Monographs in Epidemiology and Biostatistics.

48. Aitken J, Bain C, Ward M, Siskind V, MacLennan R. How accurate is self-reported family history of colorectal cancer? *Am J Epidemiol*. 1995; 141:863–871.