# EXHIBIT E

## Case Identification                                          FORM 01

PHYSICIAN                         |35 0 0 80| 0//6|9r    (1)
STUDY NUMBER    LOG-IN DATE

CENTER _Good Samaritan_    (13)
Admission log  1    Surveillance clinician ④    Discharge log  6
ER log  2    Direct referral  5    Other  7
CAT/MRI log  3

ID#/Rm.

LOG-IN DX | _SAH_ |    ADMISSION DATE _0_/_15_/_95_    (44)
(19)

**MATCHING CRITERIA** [verify with subject]    (50)

| BIRTHDATE | [AGE] | GENDER | ETHNIC GROUP | HOME TELEPHONE | Check box, if none [ ] |
|---|---|---|---|---|---|
| 02   63 [3 4] | | F ①  M 2 | Black  1  Non-black ② | (5/3) 54/-: | |

**EVENT SCREENS ELIGIBLE** [circle first category that applies; if eligible, complete Form 02]    (1)

NO    001  No hemorrhage    If not eligible, describe event:
002  Traumatic hemorrhage    (4)
003  Hemorrhage > 30 days prior
999  No information on event available

YES (000)    Type of hemorrhage:  Intraparenchymal 1  SAH ②  Other 3  Uncertain 4    (34)

Source _Medical Records_    [ _ _ _ _ ] 0/27/95    3 cv    (35)
DATE    STAFF

**MD APPROVAL OBTAINED** [leave blank if not sought]    (44)

NO    101  Reasons:

YES (000)

Source    [ _ _ _ _ ] 01/27/95    3 03    (51)
DATE    STAFF

**CONSENT OBTAINED** [circle first category that applies; leave blank if event screened ineligible above]

NO    201  No hemorrhage
202  Traumatic hemorrhage
203  Age ineligible
204  Prior history of stroke/TIA    [after review]
205  Hemorrhage > 30 days prior
206  History of brain tumor
207  Hemorrhage > 72 hours after admission

301  Subject died w/in 30 days of event    [Died: __/__/__]
302  Subject unable to communicate w/in 30 days of event
303  Subject not contacted w/in 30 days of event

401  Subject refuses consent
Reasons:

YES (000)

| CHECKLIST | YES/NO/DK |    (54)
|---|---|
| Clinical stroke syndrome | X |
| CT/MRI/LP evidence for bleed | X |
| Not related to trauma | X |
| Index date w/in 30 days | X |
| MD approves contact | X |
| No prior hx of stroke/TIA | X |
| Age 18-49 | X |
| Able to communicate | X |
| Consents to participate | X |

02/13/95    3 cv    (73)
DATE    STAFF

**EVENT DATE/TIME** [complete if event eligible]    (1)
_0/15/95_    _06:00_  am ①  pm 2    from FORM 02 [X]    02c [ ]
INDEX DATE    FOCAL TIME

[Rev 082396]    DATE FAXED 0/13/1.95    EDITED    ENTERED

Confidential    HSP000588

## HSP Case Identification                                    FORM 01

| | | | |
|---|---|---|---|
| **CASE ADDRESS** | NAME | 7UE | |
| | STREET | | WORK/DAY PHONE(S) |
| | CITY: Cincinnati  Ohio  ZIP: 45223 | | (513) 541-  HOME/EVENING PHONE(S) |

| | | | |
|---|---|---|---|
| **PROXY** | NAME | | SPOUSE  RELATIONSHIP TO CASE |
| | STREET  (SAME) | | WORK/DAY PHONE(S) |
| | CITY                 ZIP | | (513) 541-1  HOME/EVENING PHONE(S) |

| | | | |
|---|---|---|---|
| **CONTACT #1** | NAME  NONE | | RELATIONSHIP TO CASE |
| | STREET | | WORK/DAY PHONE(S) |
| | CITY                 ZIP | | HOME/EVENING PHONE(S) |

| | | | |
|---|---|---|---|
| **CONTACT #2** | NAME  NONE | | RELATIONSHIP TO CASE |
| | STREET | | WORK/DAY PHONE(S) |
| | CITY                 ZIP | | HOME/EVENING PHONE(S) |

**Notes:**

## INTERVIEWS

| | | REASON INTERVIEW NOT COMPLETED | STAFF/REASON | |
|---|---|---|---|---|
| CASE | 02/13/98 | | 1301 | (17) |
| PROXY | 02/14/98 | | 1301 | (20) |
| CTLA | 02/12/98 | | 1301 | (30) |
| CTLB | 02/11/98 | | 1301 | (39) |

Confidential                                                    HSP0005886

HSA Event Evaluation                                                     FORM 02

CASE STUDY NUMBER _____ 3 _ 5 _ 0 _ 0 _ 8 _ 0        FIRST 3 LETTERS OF LAST NAME

**A. DESCRIPTION OF NEUROLOGIC EVENT**

**1. INITIAL SYMPTOMS**  Source of data: Med. record ☒  Doctor ☐  Nurse ☐

MEDICAL RECORDS INDICATE. NO SIGNIFICANT PAST
MEDICAL HISTORY FOUND BY HUSBAND ON
7:00AM
1-15-98 ONE HOUR AFTER LEAVING FOR WORK AT 6:00AM
SLUMPED OVER IN SEAT OF VAN, RESTRAINED
RESPONSIVE BUT NOT COHERENT, NOT VERBALIZING
(MINOR DAMAGE TO VAN)

|  | Yes | No | NM |
|---|---|---|---|
| Headache | 1 | 2 | ③ |
| Nausea | 1 | 2 | ③ |
| Vomiting | 1 | 2 | ③ |
| Left-sided weakness | 1 | 2 | ③ |
| Right-sided weakness | 1 | 2 | ③ |
| Memory problems/confusion | ① | 2 | 3 |
| Change in/double vision | 1 | 2 | ③ |
| Other | ① | 2 | 3 |

Date & Time of Symptom Onset: 01 / 15 / 97 month day year   06 : 00  am ①  pm 2

**2. PRECIPITATING ACTIVITIES**  Source of data: Med. record ☒  Doctor ☐  Nurse ☐

DRIVING TO WORK

|  | Yes | No | NM |
|---|---|---|---|
| Sexual activity | 1 | 2 | ③ |
| Defecation/micturition | 1 | 2 | ③ |
| Exercise/other effortful activity | 1 | 2 | ③ |
| Strong emotion/arguing | 1 | 2 | ③ |
| Sleeping/resting/sitting | 1 | 2 | ③ |
| Other | ① | 2 | 3 |

**3. ACTIONS TAKEN**  Source of data: Med. record ☒  Doctor ☐  Nurse ☐

HUSBAND CALLED LIFE SQUAD TAKEN TO GOOD
SAMARITAN CT= RT Temporal to Lobe Hem.
C S.A.H C mass effect SLIGHT RT→LT Sh. 27
Sm RT RIM SDH ANGIOGRAM =12mm TRILOBED
ANEURYSM OF THE RT MCA TRIFURCATION)

Date & Time of Arrival at ER: 01 / 15 / 98 month day year   08 : 15  am ①  pm 2

Staff completing section / Date completed _____ 503  01 / 27 / 98 month day year

ENTERED JUL 0 1 1998

[Rev 022296]    CHECKED JUL 1 5 1998                    EDITED _____    ENTERED

Confidential                                                    HSP00058863

## B. DIAGNOSTIC STUDIES

### Head Imaging Study:                                                    Done 1    Not done 2

1. Type of study    *[ENTER DATA FOR STUDY THAT FIRST*    CT ①    Without contrast ①
   *SHOWED EVIDENCE OF HEMORRHAGE]*    MRI  2    With contrast  2
   MRI/MRA  3    With & without contrast  3

2. Date and time of study
   Location study performed:    Good SAMARITAN    0 1 / 5 / 97    88:88 am 1 / pm 2

3. Findings:

| | Yes | No | Unc | | Yes | No | Unc | | Yes | No | Unc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal | 1 | ② | 8 | AVM | 1 | ② | 8 | Ischemic | 1 | ② | 8 |
| Intraparenchymal hemorrhage | ① | 2 | 8 | Aneurysm | 1 | ② | 8 | Other | ① | 2 | 8 |
| Subarachnoid hemorrhage | ① | 2 | 8 | Tumor | 1 | ② | 8 | | | | |

### Lumbar Puncture:                                                       Done 1    Not done ②

1. Date and time of study    ___ / ___ / ___ month day year    ___ : ___ hour min    am 1 / pm 2

2. Red blood count    Tube #1 _____ /mm3    Tube #2 _____ /mm3

3. Xanthochromasia present    Yes 1    No 2    Unc 3    4. Opening pressure _____ mmH20

### Angiogram:                                                             Done ①    Not done 2

1. Type of Study    4-vessel ④    3-vessel 3    2-vessel 2    1-vessel 1

2. Date and time of study
   Location study performed:    Good SAMARITAN    0 1 / 5 / 97    08 : 12 am / pm ①

3. Findings

| | Yes | No | Unc | | Yes | No | Unc | | Yes | No | Unc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal | 1 | ② | 8 | AVM | 1 | ② | 8 | Thrombus | 1 | ② | 8 |
| | | | | Aneurysm | ① | 2 | 8 | Spasm | 1 | ② | 8 |
| | | | | Tumor | 1 | ② | 8 | Other | 1 | ② | 8 |

Staff completing section / Date completed _____    SCS    01 / 27 / 98 month day year

## C. DIAGNOSTIC IMPRESSION

*[CHECK DOCUMENTS AVAILABLE*    Admission notes ☒    Head CT report ☒    Angiogram ☒
*AT TIME SECTION COMPLETED]*    Discharge summary ☐    MRI report ☐    LP Results ☐
   Form 02c ☐

### Eligibility of Event

1. Event type  *IF OTHER, DESCRIBE:* _____    Hemorrhagic stroke ①    Other 3
   Non-hemorrhagic stroke 2    Uncertain 8

2. Cause of hemorrhage    Tumor 01    Blood dyscrasious 05    Other 09
   *IF OTHER, SPECIFY:* _____    Vasculitis 02    Aneurysm ⑥    Uncertain 88
   AVM 03    Anticoagulants 07    NA 99
   Cavernous malformation 04    Thrombolytic agents 08

### Determination of Index Date/Focal Time

1. Index Date/Focal Time 1  *[ONSET OF SXS LEADING TO DIAGNOSIS]*    0 1 / 5 / 97 Index Date    06 : 00 hour min    am ① / pm 2 / DK 8

2. SENTINEL SYMPTOMS:   Present 1 / Absent ② / Unknown 8   *[ONSET OF SENTINAL SYMPTOMS]*    ___ / ___ / ___ Sentinal Date    ___ : ___ hour min    am 1 / pm 2 / DK 8

Staff completing section / Date completed _____    SCL    01 / 27 / 98 month day year

Confidential

HSP000

## HSP Event Evaluation [from subject]                    FORM 02c

CASE STUDY NUMBER    _3 5 0 0. 8 0_          FIRST 3 LETTERS OF LAST NAME

DATE FORM 02 COMPLETED _0 2 / 1 3 / 9 8_         PERSON COMPLETING FORM   _3 0?_

### A. DESCRIPTION OF NEUROLOGIC EVENT

**1. SYMPTOMS:**  Can you describe the symptoms that brought you to the hospital? When did you FIRST begin to feel these symptoms?

Case dosn't Remember Feeling ill on
01/15/98 Left For Work at ~6:00 AM
was smoking A cigarette & DRINKing coffee
At Time That's Last Thing The case
Remember's
Proxy stated That The case had
Not complained of Feeling ill
On 1/15/98 Approx 45mins After
The case had Left For work he Found her van in ditch
c slight Damage case was restrained by seatbelt
& unresponsive

| | Yes | No | Unc |
|---|---|---|---|
| Headache | 1 | 2 | (8) |
| Nausea | 1 | 2 | (8) |
| Vomiting | 1 | 2 | (8) |
| Left-sided weakness | 1 | 2 | (8) |
| Right-sided weakness | 1 | 2 | (8) |
| Memory problems/confusion | 1 | 2 | (8) |
| Change in/double vision | 1 | 2 | 8 |
| Other | (1) | 2 | 8 |

Date & Time of Symptom Onset:  _0 1 / 1 5 / 9?_  month day year   _0 6 : 0 0_  (am)  hr min pm

**2. PRECIPITATING ACTIVITIES:**  What were you doing at the time you FIRST felt the symptoms that brought you to the hospital?

Driving To work

| | Yes | No | Unc |
|---|---|---|---|
| Sexual activity | 1 | (2) | 8 |
| Defecation/micturition | 1 | (2) | 8 |
| Exercise/other effortful activity | 1 | (2) | 8 |
| Strong emotion/arguing | 1 | (2) | 8 |
| Sleeping/resting/sitting | 1 | (2) | 8 |
| Other | (1) | 2 | 8 |

**3. ACTIONS TAKEN**  What did you do in response to these symptoms? When did you FIRST go to a hospital for these symptoms?

Case dosen't Remember proxy states
he called life squad & case was taken
To Good Samaritan

Date & Time of Arrival at ER:  _0 1 / 15 / 9 8_  month day year   _0 7 : 5 9_  (am)  hr min pm

[Rev 022298]                    EDITED _____                    ENTERED ☐

Confidential                                                         HSP00058865

## I. COGNITIVE EVALUATION * [Complete Section E before administering interview (Form 04)]

Now, I have a few quick questions to check your level of alertness.
First, I have 2 'yes/no' questions.
Q1   Can you tell me, [Yes or No], as part of this study, have we asked you to take a pill?
Q2   As part of this study, have we asked you to answer a series of questions?

Q3   What is the current month?       Q5  Please, close and open your eyes.    Q7  *Level of consciousness:*
Q4   How old are you?                      Q6  Please, close and open you hand.        *Alert, drowsy; stuporous; coma*

---

Q1   Y /Ⓝ
Q2   Ⓨ/ N
Q3   *Feb.*                    Q5  Ⓨ/ N        Q7  *Alert*            0 2 / 3 1 / 9 8
Q4   *3  4*                    Q6  Ⓨ/ N                                Acceptable  Ⓛ
                                                                      Not acceptable  2

                                                                      Check if able to interview ☑

---

Q1   Y / N
Q2   Y / N
Q3   _____            Q5  Y / N        Q7  _____            — __ / __ / __
Q4   __ __               Q6  Y / N                                Acceptable   1
                                                                  Not acceptable  2

                                                                  Check if able to interview ☐

---

Q1   Y / N
Q2   Y / N
Q3   _____            Q5  Y / N        Q7  _____            — __ / __ / __
Q4   __ __               Q6  Y / N                                Acceptable   1
                                                                  Not acceptable  2

                                                                  Check if able to interview ☐

---

Q1   Y / N
Q2   Y / N
Q3   _____            Q5  Y / N        Q7  _____            — __ / __ / __
Q4   __ __               Q6  Y / N                                Acceptable   1
                                                                  Not acceptable  2

                                                                  Check if able to interview ☐

---

Q1   Y / N
Q2   Y / N
Q3   _____            Q5  Y / N        Q7  _____            — __ / __ / __
Q4   __ __               Q6  Y / N                                Acceptable   1
                                                                  Not acceptable  2

                                                                  Check if able to interview ☐

---

Comments:

## Proxy Respondent

As a separate study we are also examining the usefulness of indirect - or Proxy - interviews for medical research.
We would like to ask a person who knows you well some of the same questions as we ask you;
We will then compare their responses with yours to see how useful these 'proxy' interviews are in providing information.
We would like to speak with the person who knows best how you felt and what medications, if any, you may have taken
in the two weeks before your admission. Would it be possible for us to speak with that person and ask them if they
would be willing to be interviewed?

No ☐    Yes ☒    [IF YES, RECORD PROXY INFORMATION ON FORM 01]

Confidential

## A. ILLNESS SYMPTOMS AND MEDICATION USE

1. First, I would like to ask you about some common illness symptoms.

   FOR EACH SYMPTOM, ASK:   Do you recall having a [SYMPTOM] at any time during this 2-week period?
   *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*

   *IF NO, RECORD BELOW AND SKIP TO NEXT SYMPTOM.*

   *IF YES OR DK, RECORD BELOW AND PROBE:*
      Did you have this [SYMPTOM] on [ID]?
      Did you have this [SYMPTOM] at any time in the three days before [ID]?
      Did you have this [SYMPTOM] at any OTHER time during this 2-week period?
      Did you use any medication to treat this symptom during this period?  *[IF YES, PROBE FOR AND RECORD MED(S).]*

| SYMPTOM | SYMPTOM PRESENT? | DAYS PRESENT ID | -1,-2,-3 | Other days | MED. USED? | Medications used for symptom |
|---|---|---|---|---|---|---|
| | | *[1=YES; 2=NO; 7=REF; 8=DK]* | | | | |
| a. Cough | 2 (5) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| b. Runny nose | 2 (10) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| c. Nasal congestion | 2 (15) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| d. Sore throat | 2 (20) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| e. Headache | 2 (25) | ⊔ | ⊔ | ⊔ | ⊔ | *[RECORD MEDICATION NAMES IN SECTION B.]* |

f. *IF ANY SYMPTOMS REPORTED IN [a-d], PROBE:*
   Do you believe your symptom[s] was[were] caused by a respiratory
   infection (such as a cold or flu) or were due to allergies?

   Infection  1    Ref  7    (30)
   Allergies  2    DK  8
   Neither/other  3

2. Now, I would like you to try to recall ANY [other] MEDICATIONS you may have used during this time period.
   *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*
   Please look at the calendar again and take a minute to think about ANY [other] medication or drug you may have taken
   ON THE ID, IN THE THREE DAYS BEFORE THAT DATE, OR AT ANY OTHER TIME DURING THESE TWO WEEKS.
   We are interested in ANY medication that you may have taken, including those prescribed by a doctor OR
   that you bought over-the-counter.

*Note names of medications recalled below:*      [Other] medication recalled 1    None recalled 2    DK 8    (31)

_____

_____

_____

_____

_____

_____

*[RECORD MEDICATION NAMES IN SECTION B.]*

Page 2

Confidential

ESP000588

A. ILLNESS SYMPTOMS AND MEDICATION USE, continued

3. I would now like to review some SPECIFIC MEDICATIONS you may have taken during this period of time.
[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]
Did you take...

TAKEN
[1=YES; 2=NO;
7=REF; 8=DK] *If medication taken, note names below:*

| | | TAKEN | | |
|---|---|---|---|---|
| a. | Aspirin? | 2 | _____ | (32) |
| b. | Acetominophen  [such as Tylenol]? | 2 | _____ | |
| c. | Anti-inflammatories  [such as Advil, Motrin, Naprosyn, or Feldene]? | 2 | _____ | |
| d. | Blood thinners  [such as Coumadin]? | 2 | _____ | |
| e. | Asthma medication  [e.g., an inhaler, Theophylline, or Prednisone]? | 2 | _____ | |
| f. | Medication for depression  [such as Marplan, Nardil, or Parnate]? | 2 | _____ | |
| g. | Hemorrhoidal preparations? | 2 | _____ | |

*[RECORD MEDICATION NAMES IN SECTION B.]*

4. I would now like to ask you about some OTHER DRUGS you may have used during this time.
[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]
As with all your answers during this interview, your responses to these questions regarding drug use are confidential and please remember that your frank answers are very important for this research.
Please look at this table [SHOW CARD] and try to remember if you used any of these drugs during this period.
I will point to each drug.
Did you use ...

TAKEN
[1=YES; 2=NO;
7=REF; 8=DK] *If drug taken, note names below:*

| | | TAKEN | | |
|---|---|---|---|---|
| a. | Marijuana | 2 | _____ | (39) |
| b. | Hashish | 2 | _____ | |
| c. | Cocaine/Crack | 2 | _____ | |
| d. | Speed | 2 | _____ | |
| e. | LSD | 2 | _____ | |
| f. | Ecstasy | 2 | _____ | |
| g. | Heroin | 2 | _____ | |
| h. | Methadone | 2 | _____ | |
| i. | ICE | 2 | _____ | |
| j. | PCP | 2 | _____ | |
| k. | Inhalants | 2 | _____ | |
| l. | Other | 2 | _____ | |

*[RECORD DRUG NAMES IN SECTION B.]*

*RECORD DETAILS OF MEDICATION/DRUG USE IN SECTION B1.*

5. FOR CASE:  Did you take any medication between the time your symptoms began on [ID]  [i.e., Focal Time]
and the time you were admitted to the hospital?

*Note names of medications recalled below:*     Medication recalled 1    None recalled ②    DK 8    NA 9    (51)

_____

_____

*RECORD DETAILS OF MEDICATION/DRUG USE IN SECTION B2.*

Page 3

Confidential

HSP00058874

## C. CAFFEINE USE

Now, I'd like to ask a few questions about your consumption of coffee and other beverages containing caffeine. We are only interested in drinks that contain caffeine. Please, do not include decaffeinated beverages in your answers.

*FOR EACH DRINK TYPE:*   cups of coffee   *REPEAT QUESTIONS IN BOXED AREA.*
                          cups of tea,
                          caffeinated sodas

| *Repeat question, starting with ID and going BACK 3 DAYS* | Do you ever drink [DRINK TYPE]? | On [DAY] how many [DRINK TYPE] did you have?* *[If ID, probe for use before Focal Time] |
|---|---|---|
| | What was your average DAILY consumption of [DRINK TYPE] in the last 6 months? | |

| DRINK TYPE | Never Used | ID* | -1 | -2 | -3 | Average daily consumption |
|---|---|---|---|---|---|---|
| 1. Cups of coffee | ☐ | 0 2.0 (5) | 0 4.0 (8) | 0 4.0 (11) | 0 4.0 (14) | 0 4.0 (17) 8 oz. cups |
| 2. Cups of tea (including iced tea) | ☒ | __.__ (20) | __.__ (23) | __.__ (26) | __.__ (29) | __.__ (32) 8 oz. cups |
| 3. Caffeinated sodas (e.g., Coke, Pepsi, Mountain Dew) | ☒ | __.__ (35) | __.__ (38) | __.__ (41) | __.__ (44) | __.__ (47) 12 oz. sodas |

*IF CAFFEINATED BEVERAGES CONSUMED ON ID, -1, -2, OR -3, PROBE:*
During this 4-day period, your last caffeine-containing beverage was on day [SPECIFY DAY].
On that day, at what time of day did you have your LAST drink containing caffeine?   0 5 : 5 9   am ①(50)
                                                                                      Time of day   pm 2
                                                                                                    dk 8

4. Did you take any caffeine-containing stimulants (such as No-Doz or Vivarin) on ID or in the 2 weeks before ID?    Yes 1   No ②   Ref 7   DK 8    (88)

## D. ALCOHOL USE

Now, I'd like to ask a few questions about your use of alcohol.

| | Yes | No | Ref | DK | |
|---|---|---|---|---|---|
| 1. The first few questions cover your past, as well as current, use of alcohol. | | | | | (5) |
| a. Have you ever felt that you ought to cut down on your drinking? | 1 | ② | 7 | 8 | |
| b. Have people annoyed you by criticizing your drinking? | 1 | ② | 7 | 8 | |
| c. Have you ever felt bad or guilty about your drinking? | 1 | ② | 7 | 8 | |
| d. Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover? | 1 | ② | 7 | 8 | |

2. In the last 6 months, have you consumed any alcoholic beverages (that includes beer, wine, mixed drinks and liqueurs)?    SKIP TO E←    Yes 1 / No ② / Ref 7 / DK 8   (9)

*FOR EACH DRINK TYPE:*   glasses of wine   *REPEAT QUESTIONS IN BOXED AREA.*
                          bottles or cans of beer,
                          mixed drinks or liquers

| *Repeat question, starting with ID and going BACK 3 DAYS* | Do you ever drink [DRINK TYPE]? | On [DAY] how many [DRINK TYPE] did you have?* *[If ID, probe for use before Focal Time] |
|---|---|---|
| | What was your average WEEKLY consumption of [DRINK TYPE] in the last 6 months? | |

| DRINK TYPE | Never Used | ID* | -1 | -2 | -3 | Average weekly consumption |
|---|---|---|---|---|---|---|
| a. Glasses of wine | ☐ | __.__ (10) | __.__ (13) | __.__ (16) | __.__ (19) | __.__ (22) 4 oz. glasses |
| b. Bottles/cans of beer | ☐ | __.__ (25) | __.__ (28) | __.__ (31) | __.__ (34) | __.__ (37) 12 oz. bottles |
| c. Mixed drinks/liquers | ☐ | __.__ (40) | __.__ (43) | __.__ (46) | __.__ (49) | __.__ (52) drinks (1oz liquer) |

*IF ALCOHOL CONSUMED ON ID, -1, -2, OR -3, PROBE:*
d. During this 4-day period, your last alcohol-containing drink was on day [SPECIFY DAY].
On that day, at what time of day did you have your LAST drink containing alcohol?    __ : __   am 1   (55)
                                                                                     Time of day   pm 2
                                                                                                    dk 8

Page 7

Confidential

## 1. TOBACCO USE

1. Have you ever smoked cigarettes?                                          Yes ① (5)
                                                                    No  2
                                          SKIP TO 2 <—    Ref  7
                                                                    DK  8

   a.  At what age did you first start smoking cigarettes?                    1 4  (6)

   b.  Do you still smoke cigarettes?        SKIP TO c <—  Yes ①    Ref  7  (8)
                                                                No  2    DK  8

      IF NO, PROBE:    How long has it been since you last smoked?           __ __ . __ yrs.  (9)
                  During the years you smoked,
                    how many cigarettes would you say you smoked in an average day?    __ __ . __ cgs.  (12)

      SKIP TO d.

   c.

> Repeat question, starting with ID and going BACK 3 DAYS
>
> Can you tell me, on [DAY] how many cigarettes did you smoke?*
> *[If ID, probe for use before Focal Time]
>
> How many cigarettes would you say you normally smoked in an average day over the last 6 months?

|  | ID* | -1 | -2 | -3 | Avg. daily cigarettes |
|---|---|---|---|---|---|
| Cigarettes | 0 2 . 0 (15) | 3 0 . 0 (18) | 3 0 . 0 (21) | 3 0 . 0 (24) | 3 0 . 0 (27) cigarettes |

IF CIGARETTES USED ON ID, -1, -2, OR -3, PROBE:
   During this 4-day period, your last cigarette was on day [SPECIFY DAY],
      On that day, at what time of day did you have your LAST cigarette?    0 5 : 5 9  am ① (30)
                                                         Time of day    pm  2
                                                                dk  8

   d.  Did you use any nicotine patches (such as Nicoderm) or nicotine gum    Yes  1    No ②   Ref  7   DK  8  (35)
      (such as Nicorette) on ID or in the 2 weeks before ID?

2. Have you ever smoked cigars?                                              Yes  1  (36)
                                                                No ②
                                           SKIP TO 3 <—    Ref  7
                                                                  DK  8

   a.  At what age did you first start smoking cigars?                     __ __  (37)

   b.  Do you still smoke cigars?        SKIP TO c <—  Yes  1          7  (39)
                                                                No  2    DK  8

      IF NO, PROBE:    How long has it been since you last smoked?           __ __ . __ yrs.  (40)
                  During the years you smoked:
                  How many cigars would you say you smoked in an average day?    __ __ . __ cgs.  (43)

      SKIP TO 3.

   c.

> Repeat question, starting with ID and going BACK 3 DAYS
>
> Can you tell me, on [DAY] how many cigars did you smoke?*
> *[If ID, probe for use before Focal Time]
>
> How many cigars would you say you normally smoked in an average day over the last 6 months?

|  | ID* | -1 | -2 | -3 | Avg. daily cigars |
|---|---|---|---|---|---|
| Cigars → | __ . __ (46) | __ . __ (49) | __ . __ (52) | __ . __ (55) | __ . __ (58) cigars |

IF CIGARS USED ON ID, -1, -2, OR -3, PROBE:
   During this 4-day period, your last cigar was on day [SPECIFY DAY],
      On that day, at what time of day did you have your LAST cigar?    __ __ : __ __  am  1  (61)
                                                         Time of day    pm  2
                                                          dk  8

Confidential

ESP00058879

## 2. MEDICAL HISTORY, continued

6. Have you ever been told by a doctor that you had diabetes or high blood sugar?

| | |
|---|---|
| Yes | 1 |
| No | (2) |
| Ref | 7 |
| DK | 8 |

SKIP TO 7 <—   (5)

a. How old were you when you were FIRST told you were diabetic or had high blood sugar?    _ _ _    (6)
*IF CASE AND AGE FIRST TOLD IS WITHIN 1 YEAR OF CURRENT AGE, PROBE:*
Was this before or after your hospital admission on [ADM. DATE]?    Before 1    After 2    DK 8    (8)

b. Are you taking any medication for this condition?

| | |
|---|---|
| Yes | 1 |
| No | 2 |
| Ref | 7 |
| DK | 8 |

SKIP TO 7 <—   (8)

| Are you being treated with... | Yes | No. | DK | *IF YES, YEAR TREATED BEGAN* | |
|---|---|---|---|---|---|
| Insulin injections? | 1 | 2 | 8 | _ _ _ _ | (10) |
| Pills (e.g., Diabinese, Orinase, Glucotrol, Micronase, Gliburide)? | 1 | 2 | 8 | _ _ _ _ | (15) |
| If pills, specify name: _____ | | | | | |

7. Have you ever been told by a doctor that you had thyroid disease?
*IF YES, PROBE:*    Was it called hypo- or hyper-thryoidism?

| | |
|---|---|
| SKIP TO 8 <— No | (1) |
| Hypothyroidism | 2 |
| Hyperthyroidism | 3 |
| Uncertain type | 4 |
| DK | 8 |

(20)

a. Did you ever require any of the following medications...

| | Yes | No | Ref | DK | |
|---|---|---|---|---|---|
| Radioactive iodine? | 1 | 2 | 7 | 8 | (21) |
| Tapazole or PTU? | 1 | 2 | 7 | 8 | |
| Synthroid or thyroxine? | 1 | 2 | 7 | 8 | |
| Other? | 1 | 2 | 7 | 8 | |

*SPECIFY:*

8. [BEFORE [ID], HAD] Have you ever been told by a doctor that you had any of the following conditions?

| | Yes | No | Ref | DK | |
|---|---|---|---|---|---|
| a. Cancer?    IF YES, SPECIFY TYPE(S): _____ | 1 | (2) | 7 | 8 | (25) |
| b. Lung disease (e.g., bronchial asthma, emphysema, COPD)? | 1 | (2) | 7 | 8 | |
| c. Kidney failure or insufficiency? | 1 | (2) | 7 | 8 | |
| d. Polycystic kidney disease? | 1 | (2) | 7 | 8 | |
| e. Cirrhosis of the liver? | 1 | (2) | 7 | 8 | |
| f. Other chronic liver disease? | 1 | (2) | 7 | 8 | |
| g. Elevated cholesterol or blood lipids? | 1 | (2) | 7 | 8 | |
| h. Sickle cell anemia? | 1 | (2) | 7 | 8 | |
| i. Hemophilia? | 1 | (2) | 7 | 8 | |
| j. Other bleeding or clotting disorders (such as Von Willebrand's disease)? | 1 | (2) | 7 | 8 | |

9. Have you ever had any episodes of prolonged or heavy bleeding [e.g., heavy bleeding after a tooth extraction or after a cut to your skin]?    (1)    2    7    8    (35)

10. Before [ID], did you ever suffer from migraine headaches?    (1)    2    7    8    (36)
*IF NO, SKIP TO J.*
*IF YES, ASK:* Has a doctor ever told you that you had migraine headaches?    (1)    2    7    8    (37)

Confidential    ESP000588

## K.  SES INFORMATION

Finally, I have a few general questions.

1. To what ethnic or racial group do you belong?

White, not of hispanic origin (01)    Indian (Am.)/Alaskan native 05    Ref 77    (5)
White, of hispanic origin  02    Asian/Pacific islander 06    DK 88
Black, not of hispanic origin  03    Other 07
Black, of hispanic origin  04

2. Are you currently married or living with a partner?
   IF UNMARRIED, PROBE:    Have you ever been married?

Never married  1    Divorced  5    (7)
Married (2)    Separated  6
Living with partner  3    Ref 7
Widowed  4    DK 8

3. a.    What was the highest grade of schooling that you completed?
   No formal education=00    College=13 14 15 16 17
   Elementary school=1 2 3 4 5 6 7 8    Post-college: ___
   High school=9 10 11 12

Highest grade _1_ _2_    (8)
Ref  7  7
DK  8  8

   b.    IF SUBJECT IS CURRENTLY MARRIED/or living with partner (OR HAS BEEN MARRIED), ASK:
   What was the highest grade of schooling your spouse/partner (former spouse) completed?

Highest grade _1_ _1_    (10)
Ref  7  7
DK  8  8

4. a.    Are you currently employed outside of the home?
   IF NO, PROBE:  Have you ever worked outside the home?

Currently employed (1)    (12)
Formerly employed  2
Never employed  3
Ref  7
DK  8

   IF CURRENTLY [FORMERLY] EMPLOYED, PROBE:
   What work do [did] you do [in your last place of employment]?
   _FACTORY WORKING_

00 43    (13)

   b.    IF SUBJECT IS CURRENTLY MARRIED/or living with partner (OR HAS BEEN MARRIED), ASK:
   What work does (did) your spouse/partner (former spouse) do in her/his last place of employment?
   _FACTORY SHIPPING_

00 83    (17)

5. Are you currently covered by any medical insurance?

Yes (1)    (27)
No  2
SKIP TO 6 ←    Ref  7
DK  8

   a.    What type of insurance do you have?

Medicare  1    Other private  4    (22)
Medicaid  2    Ref  7
HMO (3)    DK  8

6. Please look at this table (SHOW CARD)  Using the letters shown  (A - X) can you tell me which letter corresponds to your (and your spouse/partner's) income for the past year? Include income from all sources such as wages, salaries, government assistance, help from relatives, rent from property, etc.

Code ___    (23)
Ref  7
DK  (8)

7. What is your zipcode (at home)?

4 5 2 2 3    (24)

8. May we have your full home address for purposes of a possible follow-up study ?
   [RECORD ON FORM 01.]

That is the end of the interview.  Thank you very much for your answers.

INTERVIEW COMPLETED

0 2 / 1 3 / 9 8    1 0 : 1 0    AM (1) PM 2    (29)

END OF INTERVIEW

*Verify medications.

Page 15

Confidential

HS?00058

**L.  INTERVIEWER OBSERVATIONS     [PLEASE COMPLETE IMMEDIATELY FOLLOWING INTERVIEW.]**

1. Aphasia severity rating     ~~TEXSES ONLY~~

No usable speech or auditory comprehension                                                                     7      (5)

All communication is through fragmentary expression; great need for inference, questioning, and guessing
by the listener.  The range of information that can be exchanged is limited, and the listener carries the      6
burden of communication.

Conversation about familiar subjects is possible with help from the listener.  There are frequent failures to
convey the idea, but patient shares the burden of communication with the examiner.                             5

The patient can discuss almost all everyday problems with little or no assistance.  Reduction of speech
and/or comprehension, however, makes conversation about certain material difficult or impossible.             (4)

Some obvious loss of fluency in speech or facility or comprehension, without significant limitation on ideas   3
expressed or form of expression.

Minimal discernible speech handicaps; patient may have subjective difficulties that arn't apparent to listener. 2

No deficits                                                                                                     1

2. Language ability of subject during interview:                          No language problem (1)      (6)
                                                              Has some difficulty speaking English  2
                                                              Has great difficulty speaking English  3

3. Language spoken by subject during interview:                                  English (1)      (7)
                                                                                 Spanish  2
                                                                                 Portugese  3
                                                                                 Italian  4
                                               SPECIFY: _____              Other  5

4. Rate your confidence in the ability of the subject to give an accurate history:     Very confident  1      (8)
                                                                           Fairly confident  2
                                                                           Confident  (3)
                                                                           Somewhat confident  4
                                                                           Little or no confidence  5

5. Was anyone else present during the interview?                                 No  (1)      (9)
                                                                              Spouse  2
                                                                              Child  3
                                                                         Other relative  4
                                                                              Friend  5
                                                                            Neighbor  6
                                               SPECIFY: _____              Other  7

   IF YES:  How long were they present?                              Entire interview  1      (10)
                                               During first half only [i.e., sections A,B]  2
                                                              During second half only  3

6. Was the interview completed?       Yes; interview completed with little (<1/10) or no missing information (1)      (11)
                       Yes; interview completed with considerable amount (>1/10) of missing information  2
                                       No: interview terminated before completion  3

   IF INTERVIEW NOT COMPLETED:  When did interview end?                 Last page completed  __ __      (12)
                                                             Last question completed  __ __ __ __      (14)

7. Where was the interview conducted?  Hospital (1)  Rehab. Center  2  Subject's home 3  Subject's office  4      (16)
   IF OTHER, SPECIFY:                                    Friend/neighbor home 5   Other       6

Confidential                                                                H3P00058887

## ○ : Proxy Case Interview                                      FORM 04p

STUDY NUMBER    *350 080 P*
                 *33-0037 P*     FIRST 3 LETTERS OF LAST NAME __ __ __
            (5)                                                                    (12)
                                                                     *3 03*

DATE OF INTERVIEW    *02 / 14 / 98*        PERSON COMPLETING FORM    *3 0 5*
                (15)                                                                    (21)

TIME INTERVIEW STARTED    *12 : 0 5*  AM ①  PM 2
                 (24)

---

## REVIEW OF INDEX DATE AND PRECEDING TIME PERIOD

During this interview, we would like to focus on [CASE NAME] experiences in a specific period of time; that is, the day
*0 2 / 2 9 / 9 7* [ID], and the TWO WEEKS before that day.                                                                    (22)
*0 1*   Index date *98*

To help you remember, we will be using this calendar.    [DISPLAY CALENDAR]
I will circle the index date, which was a [DAY OF WEEK] and note the time of day that [CASE NAME] started
to have symptoms [*0 6 : 0 0* am/pm] and the time of day when [HE/SHE] arrived at the hospital
[*0 2 : 5 0* am/pm].    [NOTE ON CALENDAR DATE OF HOSPITAL ARRIVAL, IF DIFFERENT FROM INDEX DATE.]

I would like you to try to remember that day [ID] and the 2 weeks before that day.    [HIGHLIGHT DAYS ON CALENDAR]

Was there a trip, birthday or other special occasion during that time period that would help you to remember?
[MARK ALL BIRTHDAYS, SPECIAL OCCASIONS, ETC. ON CALENDAR]

Before we begin, we would like you to know that your responses to these questions will be completely confidential.
We have received a Certificate of Confidentiality from the Department of Health and Human Services.
This certificate protects medical investigators from being forced to release data in which a research subject may be identified.
Researchers are allowed to reveal your identifying information only if you consent in writing to its disclosure.
When results of this study are published, neither your name or [CASE]'s name will be used.

Neither your name or [CASE]'s name will be attached to this interview form.
Please remember that your frank answers are critically important for this research.

Confidential                                                                    HSP00058891

## A. ILLNESS SYMPTOMS AND MEDICATION USE

1. First, I would like to ask you about some common illness symptoms.

FOR EACH SYMPTOM, ASK:    Do you recall [CASE NAME] having a [SYMPTOM] at any time during this 2-week period? *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*

*IF NO, RECORD BELOW AND SKIP TO NEXT SYMPTOM.*

*IF YES OR DK, RECORD BELOW AND PROBE:*
Did [HE/SHE] have this [SYMPTOM] on [ID]?
Did [HE/SHE] have this [SYMPTOM] at any time in the three days before [ID]?
Did [HE/SHE] have this [SYMPTOM] at any OTHER time during this 2-week period?
Did [HE/SHE] use any medication to treat this symptom during this period?    *[IF YES, PROBE FOR & RECORD MED(S).]*

| SYMPTOM | SYMPTOM PRESENT? | DAYS PRESENT ID | -1,-2,-3 | Other days | MED. USED? | Medications used for symptom |
|---|---|---|---|---|---|---|
| | | (1=YES; 2=NO; 7=REF; 8=DK) | | | | |
| a. Cough | 2 (5) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| b. Runny nose | 2 (10) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| c. Nasal congestion | 2 (15) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| d. Sore throat | 2 (20) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |
| e. Headache | 2 (25) | ⊔ | ⊔ | ⊔ | ⊔ | _____ |

*[RECORD MEDICATION NAMES IN SECTION B.]*

f.  *IF ANY SYMPTOMS REPORTED IN [a-d], PROBE:*
Do you believe [HIS/HER] symptom[s] was[were] caused by a respiratory infection (such as a cold or flu) or were due to allergies?

Infection 1    Ref 7    (30)
Allergies 2    DK 8
Neither/other 3

2. Now, I would like you to try to recall ANY [other] MEDICATIONS [CASE NAME] may have used during this time period. *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*
Please look at the calendar again and take a minute to think about ANY [other] medication or drug [HE/SHE] may have taken ON THE ID, IN THE THREE DAYS BEFORE THAT DATE, OR AT ANY OTHER TIME DURING THESE TWO WEEKS.
We are interested in ANY medication that [CASE NAME] may have taken, including those prescribed by a doctor OR those [HE/SHE] bought over-the-counter.

*Note names of medications recalled below:*    [Other] medication recalled 1    None recalled ②    DK 8    (31)

_____

_____

_____

_____

*[RECORD MEDICATION NAMES IN SECTION B.]*

Page 2

Confidential

HSP00058892

## A. ILLNESS SYMPTOMS AND MEDICATION USE, continued

3. I would now like to review some SPECIFIC MEDICATIONS [CASE NAME] may have taken during this period of time. *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*
Did [HE/SHE] take...

**TAKEN** [1=YES; 2=NO; 7=REF; 8=DK] *If medication taken, note names below:*

| | | TAKEN | Names |
|---|---|---|---|
| a. | Aspirin? | 2 | _____ (22) |
| b. | Acetominophen [such as Tylenol]? | 2 | _____ |
| c. | Anti-inflammatories [such as Advil, Motrin, Naprosyn, or Feldene]? | 2 | _____ |
| d. | Blood thinners [such as Coumadin]? | 2 | _____ |
| e. | Asthma medication [e.g., an inhaler, Theophylline, or Prednisone]? | 2 | _____ |
| f. | Medication for depression [such as Marplan, Nardil, or Pamate]? | 2 | _____ |
| g. | Hemorrhoidal preparations? | 2 | |

*[RECORD MEDICATION NAMES IN SECTION B.]*

4. I would now like to ask you about some OTHER DRUGS [CASE NAME] may have used during this time. *[INDICATE ID AND THE 2 WEEK PERIOD BEFORE ID ON CALENDAR.]*
As with all your answers during this interview, your responses to these questions regarding drug use are confidential and please remember that your frank answers are very important for this research.
Please look at this table [SHOW CARD] and try to remember if [CASE NAME] used any of these drugs during this period. I will point to each drug.
Did [HE/SHE] use ...

**TAKEN** [1=YES; 2=NO; 7=REF; 8=DK] *If drug taken, note names below:*

| | | TAKEN | Names |
|---|---|---|---|
| a. | Marijuana | 2 | _____ (39) |
| b. | Hashish | 2 | _____ |
| c. | Cocaine/Crack | 2 | _____ |
| d. | Speed | 2 | _____ |
| e. | LSD | 2 | _____ |
| f. | Ecstasy | 2 | _____ |
| g. | Heroin | 2 | _____ |
| h. | Methadone | 2 | _____ |
| i. | ICE | 2 | _____ |
| j. | PCP | 2 | _____ |
| k. | Inhalents | 2 | _____ |
| l. | Other | 2 | |

*[RECORD DRUG NAMES IN SECTION B.]*

---

### RECORD DETAILS OF MEDICATION/DRUG USE IN SECTION B1.

---

5. Did [CASE NAME] take any medication between the time [HIS/HER] symptoms began on [ID] *[i.e., Focal Time]* and the time [HE/SHE] was admitted to the hospital?

*Note names of medications recalled below:*    Medication recalled 1    None recalled (2)    DK 8    NA 9    (51)

_____

_____

_____

---

### RECORD DETAILS OF MEDICATION/DRUG USE IN SECTION B2.

---

*Page 3*

Confidential                                                                HSP00058893

## C. CAFFEINE USE

· Now, I'd like to ask a few questions about [CASE NAME'S] consumption of coffee and other beverages containing caffeine. We are only interested in drinks that contain caffeine. Please, do not include decaffeinated beverages in your answers.

*FOR EACH DRINK TYPE:*    *cups of coffee*    *REPEAT QUESTIONS IN BOXED AREA.*
     *cups of tea,*
     *caffeinated sodas*

| Repeat question, starting with ID and going BACK 3 DAYS | Does [CASE NAME] ever drink [DRINK TYPE]? | On [DAY] how many [DRINK TYPE] did [HE/SHE] have?* *[If ID, probe for use before Focal Time.] |
|---|---|---|

What was [CASE NAME]'s average DAILY consumption of [DRINK TYPE] in the last 6 months?

| DRINK TYPE | Never Used | ID* | -1 | -2 | -3 | Average daily consumption |
|---|---|---|---|---|---|---|
| 1. Cups of coffee | ☐ | 0 1 . 0 (5) | 0 3 0 (8) | 0 3 . 0 (11) | 0 3 . 0 (14) | 0 3 . 0 (17) 8 oz. cups |
| 2. Cups of tea (including iced tea) | ☒ | __ __ . __ (20) | __ __ . __ (23) | __ __ . __ (26) | __ __ . __ (29) | __ __ . __ (32) 8 oz. cups |
| 3. Caffeinated sodas (e.g., Coke, Pepsi, Mountain Dew) | ☐ | 0 0 . 0 (35) | 0 2 0 (38) | 0 2 . 0 (41) | 0 2 . 0 (44) | 0 2 . 0 (47) 12 oz. sodas |

· IF CAFFEINATED BEVERAGES CONSUMED ON ID, -1, -2, OR -3, PROBE:
During this 4-day period, [HIS/HER] last caffeine-containing beverage was on day [SPECIFY DAY], On that day, at what time of day did [HE/SHE] have [HIS/HER] LAST drink containing caffeine?    0 5 : 5 9   am ①(50)   Time of day   pm 2   dk 8

4. Did [HE/SHE] take any caffeine-containing stimulants (such as No-Doz or Vivarin) on ID or in the 2 weeks before ID?   Yes 1   No②   Ref 7   DK 8   [55]

## D. ALCOHOL USE

Now, I'd like to ask a few questions about [CASE NAME]'s use of alcohol.

1. The first few questions cover [HIS/HER] past, as well as current, use of alcohol.

| | Yes | No | Ref | DK | |
|---|---|---|---|---|---|
| a. Has [HE/SHE] ever felt that [HE/SHE] ought to cut down on [HIS/HER] drinking? | 1 | ② | 7 | 8 | (5) |
| b. Have people annoyed [HIM/HER] by criticizing [HIS/HER] drinking? | 1 | ② | 7 | 8 | |
| c. Has [HE/SHE] ever felt bad or guilty about [HIS/HER] drinking? | 1 | ② | 7 | 8 | |
| d. Has [HE/SHE] ever had a drink first thing in the morning to steady [HIS/HER] nerves or to get rid of a hangover? | 1 | ② | 7 | 8 | |

2. In the last 6 months, has [CASE NAME] consumed any alcoholic beverages (that includes beer, wine, mixed drinks and liqueurs)?    Yes 1 (9)   No ②   SKIP TO E←   Ref 7   DK 8

*FOR EACH DRINK TYPE:*    *glasses of wine*    *REPEAT QUESTIONS IN BOXED AREA.*
     *bottles or cans of beer,*
     *mixed drinks or liquers*

| Repeat question, starting with ID and going BACK 3 DAYS | Does [CASE NAME] ever drink [DRINK TYPE]? | On [DAY] how many [DRINK TYPE] did [HE/SHE] have?* *[If ID, probe for use before Focal Time.] |
|---|---|---|

What was [CASE NAME]'s average WEEKLY consumption of [DRINK TYPE] in the last 6 months?

| | Never Used | ID* | -1 | -2 | -3 | Average weekly consumption |
|---|---|---|---|---|---|---|
| a. Glasses of wine | ☐ | __ __ . __ (10) | __ __ . __ (13) | __ __ . __ (16) | __ __ . __ (19) | __ __ . __ (22) 4 oz. glasses |
| b. Bottles/cans of beer | ☐ | __ __ . __ (25) | __ __ . __ (28) | __ __ . __ (31) | __ __ . __ (34) | __ __ . __ (37) 12 oz. bottles |
| c. Mixed drinks/liquers | ☐ | __ __ . __ (40) | __ __ . __ (43) | __ __ . __ (46) | __ __ . __ (49) | __ __ . __ (52) drinks (1 oz. liquer) |

IF ALCOHOL CONSUMED ON ID, -1, -2, OR -3, PROBE:
d. During this 4-day period, [HIS/HER] last alcohol-containing drink was on day [SPECIFY DAY], On that day, at what time of day did [HE/SHE] have [HIS/HER] LAST drink containing alcohol?    __ __ : __ __   am 1 (55)   Time of day   pm 2   dk 8

nfidential    H&P00058897

## TOBACCO USE

1. Has [CASE NAME] ever smoked cigarettes?

Yes ①  (5)
No 2
Ref 7  *SKIP TO 2 <—*
DK 8

   a. At what age did [HE/SHE] first start smoking cigarettes?     1  6  (6)

   b. Does [HE/SHE] still smoke cigarettes?    *SKIP TO c <—* Yes ①  Ref 7  (8)
                                                               No 2  DK 8

      *IF NO, PROBE:*    How long has it been since [HE/SHE] last smoked?  __ __ . __ yrs. (9)
                     During the years [HE/SHE] smoked,
                     how many cigarettes would you say [HE/SHE] smoked in an average day? __ __ . __ cgs. (12)
      *SKIP TO d.*

   c.

> *Repeat question, starting with ID and going BACK 3 DAYS*
>
> Can you tell me, on [DAY] how many cigarettes did [HE/SHE] smoke?* *[If ID, probe for use before Focal Time.]
>
> How many cigarettes would you say [HE/SHE] normally smoked in an average day over the last 6 months?

| | ID* | -1 | -2 | -3 | Avg. daily cigarettes |
|---|---|---|---|---|---|
| Cigarettes | 0 1 . 0 (15) | 2 0 . 0 (18) | 2 0 . 0 (21) | 2 0 . 0 (24) | 2 0 . 0 (27) cigarettes |

*IF CIGARETTES USED ON ID, -1, -2, OR -3, PROBE:*
   During this 4-day period, [HIS/HER] last cigarette was on day [SPECIFY DAY],
      On that day, at what time of day did [HE/SHE] have [HIS/HER] LAST cigarette?  0 5 : 5 9  am ① (30)
                                                                  *Time of day*  pm 2
                                                                          dk 8

   d. Did [CASE NAME] use any nicotine patches (such as Nicoderm) or nicotine gum, (such as Nicorette) on ID or in the 2 weeks before ID?    Yes 1  No ②  Ref 7 (35)

2. Has [CASE NAME] ever smoked cigars?

Yes 1  (36)
No ②
Ref 7  *SKIP TO 3 <—*
DK 8

   a. At what age did [HE/SHE] first start smoking cigars?    __ __  (37)

   b. Does [HE/SHE] still smoke cigars?    *SKIP TO c <—* Yes 1  Ref 7  (39)
                                                                   No 2  DK 8

      *IF NO, PROBE:*    How long has it been since [HE/SHE] last smoked?  __ __ . __ yrs. (40)
                     During the years [HE/SHE] smoked,
                     how many cigars would you say [HE/SHE] smoked in an average day? __ __ . __ cgs. (43)
      *SKIP TO d.*

   c.

> *Repeat question, starting with ID and going BACK 3 DAYS*
>
> Can you tell me, on [DAY] how many cigars did [HE/SHE] smoke?* *[If ID, probe for use before Focal Time.]
>
> How many cigars would you say [HE/SHE] normally smoked in an average day over the last 6 months?

| | ID* | -1 | -2 | -3 | Avg. daily cigars |
|---|---|---|---|---|---|
| Cigars | __ __ . __ (46) | __ __ . __ (49) | __ __ . __ (52) | __ __ . __ (55) | __ __ . __ (58) cigars |

*IF CIGARS USED ON ID, -1, -2, OR -3, PROBE:*
   During this 4-day period, [HIS/HER] last cigar was on day [SPECIFY DAY],
      On that day, at what time of day did [HE/SHE] have [HIS/HER] LAST cigar?  __ __ : __ __  am 1 (61)
                                                               *Time of day*  pm 2
                                                                     dk 8

Confidential                                                    HSP00058898

INTERVIEWER OBSERVATONS    [PLEASE COMPLETE IMMEDIATELY FOLLOWING INTERVIEW.]

1. Language ability of subject during interview:

No language problem ①    (5)
Has some difficulty speaking English  2
Has great difficulty speaking English  3

2. Language spoken by subject during interview:

English ①    (6)
Spanish  2
Portugese  3
Italian  4
SPECIFY:    Other  5

3. Rate your confidence in the ability of the subject to give an accurate history:

Very confident  1    (7)
Fairly confident  2
Confident ③
Somewhat confident  4
Little or no confidence  5

4. Was anyone else present during the interview?

No ①    (8)
Spouse  2
Child  3
Other relative  4
Friend  5
Neighbor  6
SPECIFY:    Other  7

IF YES:  How long were they present?

Entire interview  1    (9)
During first half only [i.e., sections A,B]  2
During second half only  3

5. Was the interview completed?

Yes; Interview completed with little (<1/10) or no missing information ①    (10)
Yes; Interview completed with considerable amount (>1/10) of missing information  2
No: Interview terminated before completion  3

IF INTERVIEW NOT COMPLETED:  When did interview end?

Last page completed    __ __    (11)
Last question completed    __ __ __ __    (13)

6. Where was the interview conducted?  Hospital  1    Rehab. center  2    Subject's home ③   Subject's office  4    (17)
IF OTHER, SPECIFY:    Friend/neighbor home  5    Other    6

7. Gender of proxy respondent

Female  1    Male ②    (18)

Page 12

END OF FORM 4P

onfidential

HSP00058902