UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAMELA S. SILVEY,

    Plaintiff

    v.                            C-1-01-164

SMITHKLINE BEECH CORP.,

    Defendant

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court