UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SILVEY,

        Plaintiff

v.                         C-1-01-164

SMITHKLINE,

        Defendant

### ORDER OF DISMISSAL

Pursuant to the request by counsel for Plaintiff, the Order of Dismissal previously filed in this case is hereby AMENDED to provide that any of the parties may, upon good cause shown by February 12, 2005 reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                                  s/Herman J. Weber
                                      Herman J. Weber, Senior Judge
                                      United States District Court